IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, L.L.C.,<br>604 Goff Industrial Park Road<br>Arkansas City, KS 67005,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE<br>SECRETARY OF AGRICULTURE,<br>14th Street and Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>    Defendants. | Civil Action No. _____ |

## PLAINTIFF'S CERTIFICATE UNDER LCvR 7.1

The undersigned, counsel of record for Plaintiff Creekstone Farms Premium Beef, L.L.C. ("Creekstone") certifies that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Creekstone which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 23, 2006

            Respectfully submitted,

            _____
            Russell S. Frye (D.C. Bar No. 331124)
            FryeLaw PLLC
            P.O. Box 33195

Washington, DC 20033-0195
(202) 572-8267
rfrye@fryelaw.com
Counsel of Record for Creekstone Farms Premium Beef, L.L.C.