## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| CREEKSTONE FARMS PREMIUM BEEF, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-544 (JR) |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and MIKE JOHANNS, IN HIS CAPACITY AS THE SECRETARY OF AGRICULTURE, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JOINT STIPULATION AND MOTION REGARDING
## SUBMISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT

Subject to the Court's approval, plaintiff Creekstone Farms Premium Beef, LLC

("Creekstone" or "plaintiff") and defendants United States Department of Agriculture ("USDA")

and Mike Johanns, Secretary of Agriculture ("Secretary") (collectively "defendants"), through

their undersigned counsel, hereby agree and stipulate as follows:

1.  Because this case involves review of decisions by an administrative agency and the

claims in counts one and two of plaintiff's complaint present questions of law, this case may be

fully and efficiently resolved by determinations on the potentially dispositive issues raised in the

cross-motions for summary judgment discussed below.

2.  Submission and briefing of the parties' cross-motions for summary judgment shall

proceed according to the following schedule:

| | |
|---|---|
| Plaintiff's motion for summary judgment on counts 1 and 2 of its complaint | June 23, 2006 |

| | |
|---|---|
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | August 4, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendant's cross-motion for summary judgment | August 25, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | September 15, 2006 |

3.  Because defendants' answer to the complaint is not necessary to the Court's resolution of the parties' cross-motions for summary judgment, the time for filing defendants' answer, if necessary, shall be extended until 30 days following the Court's decision on the parties' cross-motions for summary judgment, to the extent that any claims or issues remain outstanding.

4.  Because the administrative record is not necessary for the Court's resolution of the parties' cross-motions for summary judgment, the time for filing and producing the administrative record, if necessary, shall be extended until 45 days following the Court's decision on the parties' cross-motions for summary judgment, to the extent that any claims or issues remain outstanding.

5.  Nothing in this joint stipulation waives any right or opportunity plaintiff may have to amend its complaint.

WHEREFORE, the parties move jointly for entry of a schedule pertaining to the submission of cross-motions for summary judgment, and other matters, as set forth above.

A proposed order is attached.

Dated: May 24, 2006                     Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                                        /s/ Edward H. White
                                        JAMES J. GILLIGAN
                                        EDWARD  H. WHITE (D.C. Bar No. 468531)
                                        Attorneys
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.  Room 6110
                                        Washington, D.C. 20530
                                        Tel: (202) 514-5108
                                        Fax: (202) 318-4268
                                        Email: ned.white@usdoj.gov

                                        Attorneys for Defendants


                                        /s/ Russell S. Frye
                                        Russell S. Frye (D.C. Bar No. 331124)
                                        FryeLaw PLLC
                                        P.O. Box 33195
                                        Washington, D.C. 20033-0195
                                        Tel: (202) 572-8267
                                        Email: rfrye@fryelaw.com

                                        Attorney for Plaintiff