IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 06-544 (JR) |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION REGARDING SUBMISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT

The Court having considered the parties' joint stipulation and motion regarding submission of cross-motions for summary judgment, and good cause having been shown, the parties' joint stipulation and motion is hereby

GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed according to the following schedule:

| | |
|---|---|
| Plaintiff's motion for summary judgment on counts 1 and 2 of its complaint | June 23, 2006 |
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | August 4, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendant's cross-motion for summary judgment | August 25, 2006 |

| Defendants' reply in support of their cross-motion for summary judgment | September 15, 2006. |

It is further ORDERED that the time for filing defendants' answer, if necessary, shall be extended until 30 days following the Court's decision on the parties' cross-motions for summary judgment, to the extent that any claims or issues remain outstanding.

It is further ORDERED that the time for filing and producing the administrative record, if necessary, shall be extended until 45 days following the Court's decision on the parties' cross-motions for summary judgment, to the extent that any claims or issues remain outstanding.

IT IS SO ORDERED.

_____    _____
Date                                JAMES ROBERTSON
                                    United States District Judge