IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
CREEKSTONE FARMS PREMIUM BEEF, LLC,           )
                                              )
            Plaintiff,                        )
                                              )
      vs.                                     )   Civil Action No. 06-544 (JR)
                                              )
UNITED STATES DEPARTMENT OF AGRICULTURE,      )
and MIKE JOHANNS, IN HIS CAPACITY AS THE      )
SECRETARY OF AGRICULTURE,                     )
                                              )
            Defendants.                       )
_____)


**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff, Creekstone Farms Premium Beef, LLC ("Creekstone"), respectfully moves the Court for an extension of the June 23, 2006 deadline for submission of Creekstone's Motion for Summary Judgment that was established in the Court's order of May 24, 2006. Creekstone asks that a new deadline of Monday, June 26, 2006 be established.

Good cause exists for this requested extension because a series of unforeseen events would make it extremely difficult for Creekstone to file its motion and supporting documents by the June 23, 2006 deadline. These events include a power failure on the night of June 22, 2006 that disrupted counsel's work on the filing, difficulties in getting information and documents from Creekstone's CEO who has been in Asia on business for over a week, daily changes in the status of negotiations over beef exports, and the recent discovery of new information relevant to Creekstone's claims. No one would be prejudiced

- 2 -

by this extension because Defendants' deadline to respond to the motion for summary judgment is six weeks away.

The undersigned counsel has contacted counsel of record for Defendants, who has authorized me to represent that Defendants do not object to the requested extension to Monday, June 26, 2006.

Dated: June 23, 2006

                                                Respectfully submitted,

                                                /s/ Russell S. Frye
                                               Russell S. Frye (D.C. Bar No. 331124)
                                               FryeLaw PLLC
                                               P.O. Box 33195
                                               Washington, DC 20033-0195
                                               (202) 572-8267
                                               rfrye@fryelaw.com

                                               Attorney for Plaintiff CREEKSTONE FARMS PREMIUM BEEF, LLC