IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CREEKSTONE FARMS PREMIUM BEEF, LLC,                 )
                                                    )
            Plaintiff,                              )
                                                    )
      vs.                                           )   Civil Action No. 06-544 (JR)
                                                    )
UNITED STATES DEPARTMENT OF AGRICULTURE,            )
and MIKE JOHANNS, IN HIS CAPACITY AS THE            )
SECRETARY OF AGRICULTURE,                           )
                                                    )
            Defendants.                             )
_____)

## UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Plaintiff, Creekstone Farms Premium Beef, LLC ("Creekstone") respectfully moves the Court for modification of the schedule for submission of cross-motions for summary judgment, supporting documents, and replies that was established in the Court's order of May 24, 2006.

Good cause exists for the requested schedule change primarily because the Chief Executive Officer of Plaintiff, who has personal knowledge of many of the historical facts involved in this case, has had to travel to Asia for an extended series of business meetings. He has unexpectedly been unavailable much of that time to receive or transmit drafts of documents, including his own declaration, as well as to provide information and guidance to his counsel.  These problems in exchanging electronic communications persisted over the weekend and continued today, when Creekstone's motion for summary judgment is due. Because these communication problems have been more extensive and problematic than

expected, Creekstone's counsel cannot be assured of effective communication until after the July 4th holiday when Creekstone's CEO will again be available in the United States.

Accordingly, and after consultation with Defendants, Creekstone believes it would be desirable and appropriate to extend the deadlines contained in the Court's May 24, 2006 order as follows:

| | |
|---|---|
| Plaintiff's motion for summary judgment on counts 1 and 2 of its complaint | July 14, 2006 |
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | August 25, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendant's cross-motion for summary judgment | September 15, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | October 6, 2006 |

The undersigned counsel has contacted counsel of record for Defendants, who has authorized me to represent that Defendants do not object to the requested modification of the schedule contained in the Court's May 24, 2006 order.  Creekstone is mindful of the Court's time and apologizes for its unanticipated communication difficulties and for requesting two changes in the schedule for Creekstone's submittal in short order.

Dated:  June 26, 2006

Respectfully submitted,


___/s/  Russell S. Frye_____
Russell S. Frye (D.C. Bar No. 331124)

FryeLaw PLLC
P.O. Box 33195
Washington, DC 20033-0195
Tel: (202) 572-8267
Fax: (866) 850-5198
Email: rfrye@fryelaw.com

Attorney for Plaintiff