IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CREEKSTONE FARMS PREMIUM BEEF, LLC,         )
                                            )
                 Plaintiff,                 )
                                            )
         vs.                                )  Civil Action No. 06-544 (JR)
                                            )
UNITED STATES DEPARTMENT OF AGRICULTURE,    )
and MIKE JOHANNS, IN HIS CAPACITY AS THE    )
SECRETARY OF AGRICULTURE,                   )
                                            )
                 Defendants.                )
_____)


## [PROPOSED] ORDER


The Court having considered the plaintiff's unopposed motion for modification of briefing schedule, and good cause having been shown, plaintiff's motion is hereby

GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed henceforth according to the following schedule:

| | |
|---|---|
| Plaintiff's motion for summary judgment on counts 1 and 2 of its complaint | July 14, 2006 |
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | August 25, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendant's cross-motion for summary judgment | September 15, 2006 |

- 2 -

Defendants' reply in support of their cross-
motion for summary judgment                                October 6, 2006

IT IS SO ORDERED.

_____                    _____
        Date                                                        JAMES ROBERTSON
                                                                    United States District Judge

- 2 -