IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-544 (JR) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and MIKE JOHANNS, IN HIS CAPACITY AS THE SECRETARY OF AGRICULTURE, | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of plaintiff's motion for summary judgment, defendants' cross-motion for summary judgment, their respective oppositions and replies, the declaration and exhibits attached thereto, the argument on the motions held _____, 2006, and for good cause shown; it is this _____ day of _____, 2006,

ORDERED that plaintiff's motion for summary judgment is GRANTED; and it is

FURTHER ORDERED that defendants' motion for summary judgment is DENIED; and it is

FURTHER ORDERED that the Department of Agriculture regulations at 9 C.F.R. §§ 101.2 and 102.5(d) are declared to be in excess of statutory authority and are vacated and remanded to the Department of Agriculture for amendment to remove language broad enough to encompass regulation of tests intended to determine whether deceased animals were afflicted with a

disease; and to remove references to imposing conditions or restrictions on the distribution and use of effective, unadulterated biological products; and it is

FURTHER ORDERED that defendants Department of Agriculture and Secretary Johanns shall refrain from interpreting the Virus-Serum-Toxin Act or 9 C.F.R. § 104.1 to authorize them to impose any conditions or limitations on the importation of tests intended to determine whether deceased animals were afflicted with a disease, nor to impose any conditions or limitations on importation permits or other restrictions on to whom and for what uses effective, unadulterated biological products may be imported into the United States and distributed in the United States; and it is

FURTHER ORDERED that defendants Department of Agriculture and Secretary Johanns shall refrain from imposing any restrictions on Plaintiff's access to and use of rapid test kits for screening cattle for bovine spongiform encephalopathy, including refusal to consider claims that beef products came from cattle tested for bovine spongiform encephalopathy as part of the Department of Agriculture's process verification program; and it is

FURTHER ORDERED that this Order shall remain in force until further Order of this Court.

_____
UNITED STATES DISTRICT JUDGE