Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Motion for Summary Judgment

# EXHIBIT 3

# Detecting MAD COW Disease

New tests can rapidly identify the presence of dangerous prions—the agents responsible for the malady—and several compounds offer hope for treatment

By Stanley B. Prusiner

Last December **mad cow disease** made its U.S. debut when federal officials announced that a holstein from Mabton, Wash., had been stricken with what is formally known as bovine spongiform encephalopathy (BSE). The news kept scientists, government officials, the cattle industry and the media scrambling for information well past New Year's. Yet the discovery of the sick animal came as no surprise to many of us who study mad cow disease and related fatal disorders that devastate the brain. The strange nature of the prion—the pathogen at the root of these conditions—made us realize long ago that controlling these illnesses and ensuring the safety of the food supply would be difficult.

As researchers learn more about the challenges posed by prions—which can incubate without symptoms for years, even decades—they uncover strategies that could better forestall epidemics. Key among these tools are highly sensitive tests, some available and some under development, that can detect prions even in asymptomatic individuals; currently BSE is diagnosed only after an animal has died naturally or been slaughtered. Researchers have also made some headway in treating a human prion disorder called Creutzfeldt-Jakob disease (CJD), which today is uniformly fatal.

### Identifying the Cause

ALTHOUGH MASS CONCERN over mad cow disease is new in the U.S., scientific efforts to understand and combat it and related disorders began heating up some time ago. In the early 1980s I proposed that the infectious pathogen causing scrapie (the sheep analogue of BSE) and CJD consists only of a protein, which I termed the prion. The prion theory was greeted with great skepticism in most quarters and with outright disdain in others, as it ran counter to the conventional wisdom that pathogens capable of reproducing must contain DNA or RNA [see "Prions," by Stanley B. Prusiner; SCIENTIFIC AMERICAN, October 1984]. The doubt I encountered was healthy and important, because most dramatically novel ideas are eventually shown to be incorrect. Nevertheless, the prion concept prevailed.

In the years since my proposal, investigators have made substantial progress in deciphering this fascinating protein. We know that in addition to causing scrapie and CJD, prions cause other spongiform encephalopathies, including BSE and chronic wasting disease in deer and elk [see "The Prion Diseases," by Stanley B. Prusiner; SCIENTIFIC AMERICAN, January 1995]. But perhaps the most startling finding has been that the prion protein, or PrP, is not always bad. In fact, all animals studied so far have a gene that codes for PrP. The normal form of the protein, now called PrP$^C$ (C for cellular), appears predominantly in nerve cells and may help maintain neuronal functioning. But the protein can twist into an abnormal, disease-causing shape, denoted PrP$^{Sc}$ (Sc for scrapie, the prion disease that until recently was the most studied).

Unlike the normal version, PrP$^{Sc}$ tends to form difficult-to-dissolve clumps that resist heat, radiation and chemicals that would kill other pathogens. A few minutes of boiling wipes out bacteria, viruses and molds, but not PrP$^{Sc}$. This molecule makes more of itself by converting normal prion proteins into abnormal forms: PrP$^{Sc}$ can induce PrP$^C$ to refold and become PrP$^{Sc}$.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

YUN SUK-BONG EPA



MEAT GETS TESTED in South Korea to determine its origin after the December 2003 discovery that a cow from Washington State had bovine spongiform encephalopathy (BSE). The American beef market has lost millions of dollars since the finding because of import bans enacted by many countries.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

Cells have the ability to break down and eliminate misfolded proteins, but if they have difficulty clearing PrP$^{Sc}$ faster than it forms, PrP$^{Sc}$ builds up, ruptures cells and creates the characteristic pathology of these diseases—namely, masses of protein and microscopic holes in the brain, which begins to resemble a sponge. Disease symptoms appear as a result.

Prion diseases can afflict people and animals in various ways. Most often the diseases are "sporadic"—that is, they happen spontaneously for no apparent reason. Sporadic CJD is the most common prion disease among humans, striking approximately one in a million, mostly older, people. Prion diseases may also result from a mutation in the gene that codes for the prion protein; many families are known to pass on CJD and two other disorders, Gerstmann-Sträussler-Scheinker disease and fatal insomnia. To date, researchers have uncovered more than 30 different mutations in the PrP gene that lead to the hereditary forms of the sickness—all of which are rare, occurring about once in every 10 million people. Finally, prion disease may result from an infection, through, for instance, the consumption of bovine prions.

### Tracing the Mad Cow Epidemic

THE WORLD AWOKE to the dangers of prion disease in cows after the BSE outbreak that began ravaging the British beef industry in the mid-1980s. The truly novel concepts emerging from prion science forced researchers and society to think in unusual ways and made coping with the epidemic difficult. Investigators eventually learned that prions were being transmitted to cattle through meat-and-bone meal, a dietary supplement prepared from the parts of sheep, cattle, pigs and chickens that are processed, or rendered, for industrial use. High heat eliminated conventional pathogens, but PrP$^{Sc}$ survived and went on to infect cattle.

As infected cattle became food for other cattle, BSE began appearing throughout the U.K. cattle population, reaching a high of 37,280 identified cases in 1992. The British authorities instituted some feed bans beginning in 1989, but it was not until 1996 that a strict ban on cannibalistic feeding finally brought BSE under control in the U.K.; the country saw 612 cases last year. Overall the U.K. has identified about 180,000 mad cows, and epidemiological models suggest that another 1.9 million were infected but undetected.

For many people, the regulations came too late. Despite the British government's early assurances to the contrary, mad cow disease proved transmissible to humans. In March 1996 Robert Will, James Ironside and Jeanne Bell, who were working in the National CJD Surveillance Unit in Edinburgh, reported that 11 British teenagers and young adults had died of a variant of Creutzfeldt-Jakob disease (vCJD). In these young patients the patterns of PrP$^{Sc}$ deposition in the brain differed markedly from that found in typical CJD patients.

Many scientists, including myself, were initially dubious of the presumed link between BSE and vCJD. I eventually changed my mind, under the weight of many studies. One of these was conducted by my colleagues at the University of California at San Francisco, Michael



**A BAD INFLUENCE**

Prion proteins exist in at least two forms (*below*)—the normal, or cellular, version (PrP$^{C}$) and the disease-causing one (PrP$^{Sc}$). In a process that is not well understood, PrP$^{Sc}$ changes PrP$^{C}$ into more PrP$^{Sc}$; the newly altered prions, in turn, can corrupt other normal ones (*bottom*). Usually the body eliminates PrP$^{Sc}$ before too much of it accumulates. But if it does build up and is not successfully removed by the cell's machinery, illness can result.

NORMAL PRION PROTEIN (PrP$^{C}$)    DISEASE-CAUSING PRION (PrP$^{Sc}$)

A CHAIN REACTION

### Overview/Rooting Out Prions

- The recent discoveries of cows afflicted with mad cow disease, or bovine spongiform encephalopathy (BSE), in the U.S., Canada and elsewhere emphasize the need for better tests and policies so that infection does not spread and the public is reassured.
- Several new tests make such identification much more rapid than it has been, and some are able to identify low levels of dangerous prions so officials will not have to wait until cattle are sick before they know there is a problem.
- Invention of a blood test would allow diagnoses to be made for living animals and for people and could be important if some of the therapies now being investigated to treat prion diseases in humans prove to be effective.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

Scott and Stephen DeArmond, who collected data in mice genetically engineered to resemble cattle, at least from a prion protein point of view (the PrP gene from cattle was inserted into the mouse genome). These mice became ill approximately nine months after receiving injections of prions from cattle with BSE or people with vCJD, and the resulting disease looked the same whether the prions originated from cows or vCJD patients.

As of February 2004, 146 people have been diagnosed with vCJD in the U.K. and another 10 elsewhere. No one knows exactly how many other people are incubating prions that cause vCJD. Epidemiological models suggest that only a few dozen more individuals will develop vCJD, but these models are based on assumptions that may prove wrong. One assumption, for example, is that vCJD affects only those with a particular genetic makeup. Because prions incubate for so long, it will take some time before we know the ultimate number of vCJD cases and whether they share similar genetics.

In vCJD, PrP$^{Sc}$ builds up, not just in the brain but also in the lymphoid system, such as the tonsils and appendix, suggesting that PrP$^{Sc}$ enters the bloodstream at some point. Animal studies have shown that prions can be transmitted to healthy animals through blood transfusions from infected animals. In response to this information, many nations have enacted stricter blood donation rules. In the U.K., people born after 1996, when the tough feed ban came into force, can receive blood only from overseas (those born before are considered already exposed). In the U.S., those who spent three months or more in the U.K. between 1980 and 1996 cannot give blood.

Although such restrictions have contributed to periodic blood shortages, the measures appear justified. Last December the U.K. announced the vCJD death of one of 15 individuals who received transfusions from donors who later developed vCJD. The victim received the transfusion seven and a half years before his death. It is possible that he became infected through prion-tainted food, but his age argues against that: at 69, he was much older than the 29 years of typical vCJD patients. Thus, it seems fairly likely that vCJD is not limited to those who have eaten prion-infected beef.

Since the detection of mad cow disease in the U.K., two dozen other nations have uncovered cases. Canada and the U.S. are the latest entrants. On May 20, 2003, Canadian officials reported BSE in an eight-and-a-half-year-old cow that had spent its life in Alberta and Saskatchewan. (The country's only previous mad cow had arrived as a U.K. import 10 years earlier.) Although the animal had been slaughtered in January 2003, slow processing meant that officials did not test the cow remains until April. By then, the carcass had been turned into pet food exported to the U.S.

Seven months later, on December 23, the U.S. Department of Agriculture announced the country's first case of BSE, in Washington State. The six-and-a-half-year-old dairy cow had entered the U.S. at the age of four. The discovery means that U.S. officials can no longer labor under the misconception that the nation is free of BSE. Like Canada, U.S. agricultural interests want the BSE problem to disappear. Financial woes stem primarily from reduced beef exports: 58 other countries are keeping their borders shut, and a $3-billion export market has largely evaporated.

### Designing Diagnostics

THE MOST straightforward way to provide this assurance—both for foreign nations and at home—appears to be simple: just test the animals being slaughtered for food and then stop the infected ones from entering the food supply, where they could transmit pathogenic prions to humans. But testing is not easy. The USDA uses immunohistochemistry, an old technique that is cumbersome and extremely time-consuming (taking a few days to complete) and so is impractical for universal application.

Accordingly, others and I have been working on alternatives. In the mid-1980s researchers at my lab and elsewhere produced new kinds of antibodies that can help identify dangerous prions in the brain more efficiently. These antibodies, similar to those used in the standard test, recognize any prion—normal or otherwise. To detect PrP$^{Sc}$, we need to first remove any trace of PrP$^C$, which is done by applying a protease (protein-degrading enzyme) to a brain sample. Because PrP$^{Sc}$ is generally resistant to the actions of proteases, much of it remains intact. Antibodies then added to the sample will reveal the amount of PrP$^{Sc}$ present. Using a similar approach, a handful of companies, including Prionics in Switzerland and Bio-Rad in France, have developed their own antibodies and commercial kits. The results can be obtained in a few hours, which is why such

## A WORLDVIEW

Many countries have reported cattle afflicted with BSE, but cases of human infection thought to stem from eating meat from sick cows—variant Creutzfeldt-Jakob disease (vCJD)—remain low, for now at least.

| COUNTRY | BSE CASES | vCJD DEATHS (current cases) |
|---|---|---|
| Austria | 1 | 0 |
| Belgium | 125 | 0 |
| Canada | 2 | 1 |
| Czech Republic | 9 | 0 |
| Denmark | 13 | 0 |
| Falkland Islands | 1 | 0 |
| Finland | 1 | 0 |
| France | 891 | 6 |
| Germany | 312 | 0 |
| Greece | 1 | 0 |
| Hong Kong | 0 | 1* |
| Ireland | 1,353 | 1 |
| Israel | 1 | 0 |
| Italy | 117 | 1 |
| Japan | 11 | 0 |
| Lichtenstein | 2 | 0 |
| Luxembourg | 2 | 0 |
| Netherlands | 75 | 0 |
| Oman | 2 | 0 |
| Poland | 14 | 0 |
| Portugal | 875 | 0 |
| Slovakia | 15 | 0 |
| Slovenia | 4 | 0 |
| Spain | 412 | 0 |
| Switzerland | 453 | 0 |
| U.S. | 1 | 0 (1)† |
| U.K. | 183,803 | 141 (5) |
| Worldwide | | 151 (6) |

*Awaiting confirmation    †British subject

DATA AS OF APRIL 30, 2004; SOURCES: INTERNATIONAL ORGANIZATION FOR EPIZOOTIC DISEASES; WORLD HEALTH ORGANIZATION; UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

## TESTING FOR MAD COW

Four kinds of tests are now used to detect dangerous prions ($PrP^{Sc}$) in brain tissue from dead cattle. By identifying infected animals, public health officials and farmers can remove them from the food supply. Some of these tests, however, are time-consuming and expensive, so researchers are working to develop the ideal diagnostic: one that could quickly detect even tiny amounts of $PrP^{Sc}$ in blood and urine and thus could work for live animals and people. The hope is to forestall outbreaks by catching infection as early as possible and, eventually, to treat infection before it progresses to disease.

### BIOASSAY
The bioassay can take up to 36 months to provide results and can be very expensive. Its advantage is that it can reveal particular strains of prions as well as how infectious the sample is based on the time it takes for the test animal to become sick.



### IMMUNOHISTOCHEMISTRY
The first test used to specifically detect prions, immunohistochemistry is considered the gold standard that other tests must meet. But because technicians must examine each slide, the process is very time-consuming, often taking as many as seven days, and is not useful for mass screenings.



### IMMUNOASSAY
Many companies produce immunoassays, and these rapid tests are now in widespread use in Europe; they have just been introduced to the U.S. Results can be had within eight hours, and hundreds of samples can be run simultaneously. These tests work well only with high levels of $PrP^{Sc}$.

Infection is determined by adding marked antibodies that recognize prions or by sorting proteins by weight on a gel, where darks bands indicate the presence of $PrP^{Sc}$.



### CONFORMATION-DEPENDENT IMMUNOASSAY (CDI)
This automated test can detect very low levels of $PrP^{Sc}$ and reveal how much of the dangerous prion is present in the sample without first having to degrade $PrP^{C}$. It informs experts about the animal's level of infection within five hours or so. It has been approved for testing in Europe. CDI is being tested on tissue from live animals and might one day serve as a blood test.



COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

kits are proving useful in the mass screenings under way in Europe and Japan. (Japan discovered its first case of BSE in 2001 and by this past April had reported 11 infected cows in total.)

These rapid tests, however, have limitations. They depend on $PrP^{Sc}$ accumulating to detectable amounts—quite often, relatively high levels—in an animal's brain. Yet because BSE often takes three to five years to develop, most slaughter-age cattle, which tend to be younger than two years, usually do not test positive, even if they are infected. Therefore, these tests are generally most reliable for older bovines, regardless of whether they look healthy or are "downers." At the moment, downer cattle, which cannot stand on their own, are the group most likely to be tested.

Until new regulations came out in January, the U.S. annually sent roughly 200,000 downers to slaughter for human consumption. Of these, only a fraction were tested. Over the next year, however, the USDA will examine at least 200,000 cows for BSE. (Whether milk can be affected remains open; my laboratory is testing milk from BSE-infected cattle.)

Because of the limitations of the existing tests, developing one that is able to detect prions in the bulk of the beef supply—that is, in asymptomatic young animals destined for slaughter—continues to be one of the most important weapons in confronting prion disease outbreaks.

Scientists have pursued several strategies. One tries to boost the amount of $PrP^{Sc}$ in a sample so the prions are less likely to escape detection. If such an amplification system can be created, it might prove useful in developing a blood test for use in place of ones that require an animal's sacrifice (not enough $PrP^{Sc}$ circulates in the blood to be detectable by current methods). Claudio Soto of Serono Pharmaceuticals and his colleagues have attempted to carry this out. They mixed brain preparations from normal and scrapie-infected hamsters and then subjected the mixture to sound pulses to break apart clumps of $PrP^{Sc}$ so it could convert the normal form of the prion protein into the rogue version. The experiment resulted in a 10-fold increase in protease-resistant prion protein. Surachai Supattapone of Dartmouth Medical School has obtained similar results.

Another strategy focuses on the intricacies of the protein shape instead of trying to bolster amounts. A test I developed with my U.C.S.F. colleague Jiri Safar, for example, is based on the ability of some antibodies to react with either $PrP^C$ or $PrP^{Sc}$, but not both. Specifically, the antibody targets a portion of the prion protein that is accessible in one conformation but that is tucked away in the alternative conformation, much like a fitted corner of a sheet is hidden when folded. This specificity means that test samples do not have to be subjected to proteases. Removing the protease step is important because we now know that a form of $PrP^{Sc}$ is sensitive to the action of proteases, which means that tests that eliminate $PrP^C$ probably also eliminate most or all of the protease-sensitive $PrP^{Sc}$—and so these tests could well underestimate the amount of $PrP^{Sc}$ present by as much as 90 percent.

## Spontaneous Prion Disease

Because prion diseases have aspects that resemble those caused by viruses, many people use viral analogies when talking about prions. But these analogies can sow confusion. An example is the presumed origin of the mad cows in Canada and the U.S. Although it is true that bovine spongiform encephalopathy (BSE) first appeared in the U.K. and then spread elsewhere through exported prion-contaminated feed, the idea of a traditional bacterial or viral epidemic is only partly helpful. In those situations, quarantines or bans can curb the spread of disease. But prions can arise spontaneously, which is an extremely important characteristic that distinguishes prions from viruses. In fact, any mammal is capable of producing prions spontaneously.

Spontaneous prion disease, for instance, is thought to have triggered the epidemic of kuru, which decimated a group called the Fore in New Guinea in the past century. The theory is that Creutzfeldt-Jakob disease occurred in an individual, whose brain was then consumed by his or her fellow Fore in a funerary rite involving cannibalism. The continued practice created a kuru epidemic.

Similarly, a feed ban that prevents cows from eating the remains of other animals is crucial in containing BSE. But such bans will not eliminate the presence of mad cows when pathogenic prions arise spontaneously. If every year one out of a million humans spontaneously develops a prion disease, why not the same for cows? Indeed, I suspect that the North American BSE cases could well have arisen spontaneously and that afflicted animals have occasionally appeared unrecognized in herds ever since humans started cattle ranching. We have been extraordinarily lucky that a past spontaneous case did not trigger an American BSE epidemic. Or perhaps small epidemics did happen but went undetected.

Still, many prefer the idea that the two mad cows in North America acquired prions from their feed. Such reasoning allows people to equate prions with viruses—that is, to think of prions only as infectious agents (even though they can also be inherited and occur spontaneously)—and to offer a seemingly plausible plan to eradicate BSE by quarantining herds. But ignoring the revolutionary concepts that govern prion biology can only hamper efforts at developing an effective program to protect the American public from exposure to these deadly agents. We must think beyond quarantine and bans and test for prions even in the absence of an epidemic. —S.B.P.

---

THE AUTHOR

STANLEY B. PRUSINER is professor of neurology and biochemistry at the University of California San Francisco School of Medicine. He is a member of the National Academy of Sciences, the Institute of Medicine and the American Philosophical Society. In 1997 he won the Nobel Prize in Physiology or Medicine for his discovery of and research into prions. This is his third article for *Scientific American*. In the spirit of disclosure, Prusiner notes that he founded a company, InPro Biotechnology, which offers several prion tests, some of which are licensed to Beckman Coulter.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.

Our test—the conformation-dependent immunoassay (CDI)—gained approval for use in Europe in 2003 and might be sensitive enough to detect $PrP^{Sc}$ in blood. The CDI has already shown promise in screening young cows. In the fall of 2003 Japan reported two cases of BSE in cows 21 and 23 months of age. Neither animal showed outward signs of neurological dysfunction. In the case of the 23-month-old cow, two commercially available tests for $PrP^{Sc}$ returned inconclusive, borderline-positive results, but the CDI showed that the brain stem harbored malevolent prions.

Neither of these cases would have been discovered in Europe, where only cattle older than 30 months (24 months in Germany) must be tested if they are destined for human consumption. Initially the Japanese government proposed adopting the European Union's testing protocol. But consumer advocates forced the government to change its policy and test every slaughtered animal. Given that seemingly healthy animals can potentially carry pathogenic prions, I believe that testing all slaughtered animals is the only rational policy. Until now, the tests have been inadequately sensitive. But the advent of rapid, sensitive tests means universal screening can become the norm. (I understand that this statement could seem self-serving because I have a financial interest in the company making the CDI test. But I see no other option for adequately protecting the human food supply.)

### Some New Insights

DURING OUR WORK on the CDI, we discovered a surprising fact about the development of prion disease. As alluded to above, we found that the prion is actually a collection of proteins having different degrees of resistance to protease digestion. We also learned that protease-sensitive forms of $PrP^{Sc}$ appear long before the protease-resistant forms appear. Whether protease-sensitive $PrP^{Sc}$ is an intermediate in the formation of protease-resistant $PrP^{Sc}$ remains to be determined. Regardless, a test that could identify protease-sensitive forms should be able to detect infection before symptoms appear, so the food supply can have maximum protection and infected patients can be assisted as early as possible. Fortunately, by using the CDI, my colleagues and I have been able to detect low levels of the protease-sensitive forms of $PrP^{Sc}$ in the blood of rodents and humans.

Hunting for prions in blood led us to another surprise as well. Patrick Bosque, now at the University of Colorado's Health Sciences Center, and I found prions in the hind limb muscles of mice at a level 100,000 times as high as that found in blood; other muscle groups had them, too, but at much lower levels. Michael Beekes and his colleagues at the Robert Koch Institute in Berlin discovered $PrP^{Sc}$ in virtually all muscles after they fed prions to their hamsters, although they report high levels of prions in all muscles, not just in the hind limbs. (We do not know why our results differ or why the hind limbs might be more prone to supporting prions than other muscles are.) These findings were not observed in rodents exclusively but in human patients as well. U.C.S.F. scientists Safar and DeArmond found $PrP^{Sc}$ in the muscles of some CJD patients, and Adriano Aguzzi and his colleagues at the University of Zurich identified $PrP^{Sc}$ in the muscles of 25 percent of the CJD patients they examined.

Of course, the ideal way to test for prions would be a noninvasive method, such as a urine test. Unfortunately, so far the only promising lead—discovery of protease-resistant PrP in urine—could not be confirmed in later studies.

### Novel Therapies

ALTHOUGH NEW diagnostics will improve the safety of the food and blood supply, they will undoubtedly distress people who learn that they have a fatal disease. Therefore, many investigators are looking at ways to block prion formation or to boost a cell's ability to clear existing prions. So far researchers have identified more than 20 compounds that can either inhibit prion formation or enhance prion clearance in cultured cells. Several compounds have been shown to extend the lives of mice or hamsters when administered around the time they were inoculated with prions, but none have been shown to alter the course of disease when administered well after the initial

## The Significance of Strains

One distinct characteristic that prions do share with viruses is variability; they can come in strains—forms that behave somewhat differently. Laboratory work convincingly shows that prion strains result from different conformations of $PrP^{Sc}$, but no one has yet figured out exactly how the structure of a given strain influences its particular biological properties. Nevertheless, strains can clearly cause different illnesses. In humans, Creutzfeldt-Jakob disease, kuru, fatal insomnia and Gerstmann-Sträussler-Scheinker disease all result from different strains. Sheep have as many as 20 kinds of scrapie. And BSE may also come in various versions. For instance, a 23-month-old animal in Japan and another cow in Slovakia had a good deal of $PrP^{Sc}$ in the midbrain, whereas in most cases $PrP^{Sc}$ tends to accumulate in the brain stem.

The necessity of recognizing and understanding strains has become clear in studies of sheep exposed to BSE prions. A particular breed of sheep, called the ARR/ARR genotype, resists scrapie, the ovine form of mad cow disease (the letters refer to amino acids on the sheep's prion protein). And so several European countries have created scrapie eradication programs based on breeding flocks with the ARR/ARR genotype. Yet these sheep get sick when inoculated with BSE prions. That these sheep are resistant to scrapie but susceptible to BSE prions has important implications for farming practices. It can be argued that such homogeneous populations will only serve to increase the incidence of BSE prions in sheep. Such a situation could prove to be dangerous to humans who consume lamb and mutton because scrapie strains do not seem to sicken humans, whereas BSE prions do. Experiments with animals should be conducted to see if BSE prions from sheep are as deadly as those from cows before livestock experts continue with selective sheep-breeding programs.   —S.B.P.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.



SUNNY DENE RANCH in Mabton, Wash., has been under quarantine since December. This herd and others in the U.S. are now under surveillance for diseased cattle.

infection occurred. Furthermore, many of these agents require high doses to exert their effects, suggesting that they would be toxic in animals.

Beyond the problem of potential toxicity that high doses might entail lies the challenge of finding drugs that can cross the blood-brain barrier and travel from the bloodstream into brain tissue. Carsten Korth, now at Heinrich Heine University in Dusseldorf, and I—and, independently, Katsumi Doh-ura of Kyushu University in Japan and Byron Caughey of the National Institute of Allergy and Infectious Diseases—have found that certain drugs known to act in the brain, such as thorazine (used in the treatment of schizophrenia), inhibit prion formation in cultured cells. Another compound, quinacrine, an antimalarial drug with a structure that resembles thorazine, is approximately 10 times as powerful.

Quinacrine has shown some efficacy in animals. My co-workers and I administered quinacrine to mice, starting 60 days after we injected prions into their brain, and found that the incubation time (from the moment of infection to the manifestation of disease) was prolonged nearly 20 percent compared with untreated animals. Such an extension might be quite significant for humans with prion diseases if they could be made to tolerate the high levels of quinacrine needed or if more potent relatives of the drug could be made. My U.C.S.F. colleagues Barnaby May and Fred E. Cohen are pursuing the potency problem. In cell cultures, they have boosted the effectiveness of quinacrine 10-fold by joining two of its molecules together.

Another therapeutic approach involves the use of antibodies that inhibit $PrP^{Sc}$ formation in cultured cells. Several teams have had some success using this strategy. In mice inoculated with prions in the gut and then given antibodies directed against prion proteins, the incubation period was prolonged. So far, however, only a few patients have received antiprion drugs. Quinacrine has been administered orally to patients with vCJD and to individuals who have the sporadic or genetic forms of prion disease. It has not cured them, but it may have slowed the progression of disease; we await further evidence.

Physicians have also administered pentosan polysulfate to vCJD patients. Generally prescribed to treat a bladder condition, the molecule is highly charged and is unlikely to cross the blood-brain barrier, so it has been injected directly into a ventricle of the brain. The drug has apparently slowed the progression of vCJD in one young man, but it seems unlikely that it will diffuse throughout the brain because similarly charged drugs—administered in the same way—have not.

A controlled clinical trial is needed before any assessment of efficacy can be made for quinacrine and other antiprion drugs. Even an initial clinical trial may prove to be insufficient because we have no information about how delivery of the drug should be scheduled. For example, many cancer drugs must be given episodically, where the patient alternates periods on and off the drug, to minimize toxicity.

Although the road to a successful treatment seems long, we have promising candidates and strategies that have brought us much further along than we were just five years ago. Investigators are also hopeful that when a successful therapy for prion disease is developed, it will suggest effective therapies for more common neurodegenerative diseases, including Alzheimer's, Parkinson's and amyotrophic lateral sclerosis (ALS). Aberrant, aggregated proteins feature in all these diseases, and so lessons learned from prions may be applicable to them as well. <span>SA</span>

MORE TO EXPLORE

**Prions.** Stanley B. Prusiner. 1997 Nobel Prize lecture. Available from the Nobel Foundation site at: www.nobel.se/medicine/laureates/1997/index.html

**Prion Biology and Diseases.** Second edition. Edited by Stanley B. Prusiner. Cold Spring Harbor Laboratory Press, 2004.

**Advancing Prion Science: Guidance for the National Prion Research Program.** Edited by Rick Erdtmann and Laura B. Sivitz. National Academy Press, 2004.

COPYRIGHT 2004 SCIENTIFIC AMERICAN, INC.
KEVIN P. CASEY EPA