Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Motion for Summary Judgment

# EXHIBIT 7



**United States Department of Agriculture**

**Animal and Plant Health Inspection Service**

**Veterinary Services**

**Center for Veterinary Biologics**

510 S. 17th Street,
Suite 104
Ames, IA 50010
(515) 232-5785
FAX (515) 232-7120

CERTIFIED –RETURN RECEIPT REQUESTED

March 4, 2005

Mr. Randy Friedman
Bio-Rad Laboratories
Life Sciences Group
2000 Alfred Nobel Drive
Hercules, CA 94547

Dear Mr. Friedman:

Enclosed is United States Veterinary Biological Product Permit No. 624, reissued this date to Bio-Rad Laboratories, Life Science Group, 2000 Alfred Nobel Drive, Hercules, California 94547, in accordance with Title 9, Code of Federal Regulations, Part 104.5, for general distribution and sale of the following products:

Scrapie Antigen Test Kit, ELISA, Code 5410.20

Chronic Wasting Disease Antigen Test Kit, ELISA, Code 5420.20

Bovine Spongiform Encephalopathy Antigen Test Kit, ELISA, Code 5430.20

This permit is being reissued to add the following product:

Scrapie Antigen Test Kit, ELISA, Code 5410.20.

Please note restrictions on permit.

A copy of this permit must be included with each shipment to expedite passage through customs.

If this permit does not agree with your records, please return it to this office with your comments.

Please forward the U.S. Veterinary Biological Product Permit issued March 17, 2004, to this office for termination and incorporation in our files.

Sincerely,

Richard E. Hill, Jr.
Director
Center for Veterinary Biologics

Enclosure



APHIS  *Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

Federal Relay Service
(Voice/TTY/ASCII/Spanish)
1-800-877-8339

# United States
# Department of Agriculture

**UNITED STATES VETERINARY BIOLOGICAL PRODUCT PERMIT**

DISTRIBUTION AND SALE

NO. 624

Issued at Washington, D.C. on

Expires: Not Applicable

This permit is issued pursuant to the terms of the Act of Congress approved March 4, 1913 (37 Stat. 832), governing the preparation, sale, barter, exchange, shipment, and importation of veterinary biological products. So far as the jurisdiction of the U.S. Department of Agriculture is concerned,

Bio-Rad Laboratories
Life Science Group
2000 Alfred Nobel Drive
Hercules, California  94547

is authorized to import
Scrapie Antigen Test Kit, ELISA, Code 5410.20
Chronic Wasting Disease Antigen Test Kit, ELISA, Code 5420.20
Bovine Spongiform Encephalopathy Antigen Test Kit, ELISA, Code 5430.20
prepared by

Bio-Rad Steenvoorde
Route de Cassel BP16
59114 Steenvoorde France

into the United States through the port of

San Francisco, California

Importation shall be made subject to the following special conditions:
Product will be stored at Bio-Rad Laboratories, 3300 Regatta Boulevard, Richmond, California 94804, and labeled at 3110 Regatta Boulevard, Richmond, California 94804.

The producer/permittee agrees to submit to periodic reinspections of the production facility under terms to be specified in a Cooperative Agreement between the parties.  The permittee agrees to be responsible for all costs associated with these inspections.
See attached restrictions.
This permit may be revoked if the permittee violates or fails to comply with said Act, the regulations made thereunder, or the conditions specified herein.

March 4, 2005
Date

Director, Center for Veterinary Biologics
Animal and Plant Health Inspection Service

APHIS FORM 2006 (APR 2001)

Bio-Rad Laboratories                                                                      Page 2 of 2

## U. S. Veterinary Biological Product Permit No. 624

Restrictions:

1. Each shipment of biological product distributed and sold under this permit must be accompanied by an original certificate endorsed by a full-time, salaried veterinarian of the agency responsible for animal health of the Government of France, or other assurances acceptable to APHIS, certifying that:

   (a) All ingredients of animal origin used to produce this product were not obtained from ruminants that have been in any country cited in 9 CFR 94.18 or countries considered to be of equivalent status by the National Center for Import/Export.

   (b) During the manufacturing process, the manufacturing facility does not receive, store, or process any ingredients of ruminant origin from countries cited in 9 CFR 94.18.

   (c) The product complies with all other provisions of 9 CFR 113.53.

2. Potency testing and distribution and use shall be under the supervision or control of USDA, APHIS, Veterinary Services—under such additional conditions as these authorities may require.

3. Sale and use in the United States restricted to laboratories approved by State and Federal (USDA) animal health officials.

**March 4, 2005**
       **Date**                                    **Director, Center for Veterinary Biologics**
                                                   **Animal and Plant Health Inspection Service**