Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Motion for Summary Judgment

# EXHIBIT 8

**United States Department of Agriculture**

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Veterinary Services

Center for Veterinary Biologics
Suite 104
510 South 17th Street
Ames, IA  50010
(515) 232-5785
FAX (515) 232-7120

May 18, 2004

Certified Mail
Return Receipt Requested

Randy J. Friedman
Bio-Rad Laboratories
Life Sciences Group
2000 Alfred Nobel Drive
Hercules, CA 94547

Dear Mr. Friedman:

The purpose of this letter is to clarify APHIS expectations in regard to restricted distribution of your Bovine Spongiform Encephalopathy Antigen Test Kit, ELISA, Product Code 5430.20.

Currently, the license restrictions include the following statement: "Sale and use in the United States restricted to laboratories approved by State and Federal (USDA) animal health officials." As of the indicated dates of approval, the following are the only BSE Network laboratories approved by State and Federal animal health officials to receive Product Code 5430.20:

- Athens Veterinary Diagnostic Laboratory, College of Veterinary Medicine, University of Georgia, Athens, Georgia 30602.  Approved March 29, 2004.
- California Animal Health and Food Safety Lab System, University of California-Davis, West Health Science Drive, Davis, California 95616. Approved March 29, 2004.
- Center for Veterinary Biologics/National Veterinary Services Laboratories, BMPS – Sample Repository, P.O. Box 844, 1800 Dayton Avenue, Ames, Iowa 50010. Approved prior to March 29, 2004.
- Colorado State University Veterinary Diagnostic Laboratory, 300 W. Drake Rd., Room E100, Fort Collins, Colorado 80526. Approved March 29, 2004.
- Kansas State Veterinary Diagnostic Laboratory, 1800 Dennison Avenue, Kansas State University, Manhattan, Kansas 66506.  Approved May 11, 2004.
- Florida Department of Agriculture and Consumer Services, Kissimmee Veterinary Diagnostic Laboratory, 2700 North John Young Parkway, Kissimmee, Florida 34741.  Approved May 11, 2004.
- Minnesota Veterinary Diagnostic Laboratory, University of Minnesota, 1333 Gortner Avenue, St. Paul, Minnesota 55108.  Approved May 11, 2004.
- New York State Animal Health Veterinary Diagnostic Laboratory, Cornell College of Veterinary Medicine, Upper Tower Road, Ithaca, New York 14853. Approved March 29, 2004.
- Pennsylvania Veterinary Laboratory, 2305 North Cameron Street, Harrisburg, Pennsylvania 17110. Approved May 11, 2004.



Veterinary Services – Safeguarding Animal Health
An Equal Opportunity Employer

Federal Relay Service
(Voice/TTY/ASCII/Spanish)
1-800-877-8339

Mr. Randy J. Friedman                                                                              2

- Texas Veterinary Medical Diagnostic Laboratory, 1 Sippel Rd., College Station, Texas 77843. Approved March 29, 2004.
- USDA-APHIS-VS, 643 Comanche Trail, Frankfort, KY 40601. Approved May 11, 2004.
- Washington Animal Disease Diagnostic Laboratory, Bustad Hall 155N, Pullman, Washington 99165. Approved March 29, 2004.
- Wisconsin Veterinary Diagnostic Laboratory, 6101 Mineral Point Road, Madison, Wisconsin 53705. Approved March 29, 2004.

Please note that with the exception of shipments to NVSL or CVB, you are required to obtain and maintain documentation that you have been approved by appropriate State animal health regulatory authorities for distribution of your kit in their state. Please work with the approved laboratory for this documentation. Domestic distribution beyond this list of approved laboratories would be considered an infraction of your product license and could subject your license to suspension or revocation under 9 CFR, Part 105.2.

Furthermore, it is not APHIS' intent to restrict exportation of this product. As a result, additional authorization is not required to export serials of this kit.

Approved recipients of Bovine Spongiform Encephalopathy Antigen Test Kits, and any future revisions to this list, will be maintained on the National Veterinary Services Laboratories' web site at the following location: `http://www.aphis.usda.gov/vs/nvsl/`. As the list is updated on the website, please pay particular attention to the column indicating the "Date included in Network." This is the date you may begin distribution of your kit to a particular laboratory.

If you have questions, please do not hesitate to contact Lawrence A. Elsken, Section Leader, Compliance or me at (515) 232-5785.

Sincerely,

Steven A. Karli
Director
Inspection and Compliance

cc:
Veterinary Services Management Team
Directors, Center for Veterinary Biologics
Area Veterinarians in Charge
State Veterinarians
Directors, BSE Network Laboratories