IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants.    ) <br> ) | Civil Action No. 06-544 (JR) |

**UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Defendants United States Department of Agriculture ("USDA") and Mike Johanns, Secretary of Agriculture ("Secretary") (collectively "defendants"), respectfully move the Court for modification of the remaining schedule for submission of cross-motions for summary judgment, oppositions, and replies that was first established in the Court's order of May 24, 2006 and was subsequently modified at plaintiff's request in the Court's order of June 27, 2006. Under the current schedule, defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment is due on August 25, 2006.

Good cause exists for the requested schedule change because previously scheduled vacation plans of trial counsel and USDA representatives who have personal knowledge of many of the facts and information involved in this case has hindered, and will continue to hinder for the near future, defendants' ability to exchange and review drafts of documents, including supporting declarations, necessitating additional time for defendants to complete their submissions in this case.

As mentioned, plaintiff made a similar request for modification of the briefing schedule on June 26, 2006 (dkt. no. 5), which the Court granted on June 27, 2006. Defendants' request for modification will not result in a substantial delay of the resolution of this matter.

Accordingly, and after consultation with and consent by plaintiff's counsel, defendants respectfully request that the Court extend the deadlines contained in the Court's June 27, 2006 order that remain as follows:

| | |
|---|---|
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | September 22, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendant's cross-motion for summary judgment | October 16, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | November 6, 2006 |

Undersigned counsel for defendants has contacted plaintiff's counsel, who has no objection to defendants' requested modification of the briefing schedule as set forth above.

Therefore, for the reasons stated above, defendants respectfully request that the Court grant their motion for modification of the briefing schedule.

A proposed order is attached.

Dated: August 24, 2006 	Respectfully submitted,

                                          PETER D. KEISLER
                                        Assistant Attorney General

                                          KENNETH L. WAINSTEIN
                                          United States Attorney

                                          /s/ Edward H. White
                                          JAMES J. GILLIGAN
                                          EDWARD  H. WHITE (D.C. Bar No. 468531)
                                          Attorneys
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W.  Room 6110
                                          Washington, D.C. 20530
                                          Tel: (202) 514-5108
                                          Fax: (202) 318-4268
                                          email: ned.white@usdoj.gov

                                          Attorneys for Defendants