IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-544 (JR) |

## [PROPOSED] ORDER

The Court having considered defendants' unopposed motion for modification of briefing schedule, and good cause having been shown, defendants' motion is hereby

GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed henceforth according to the following schedule:

| | |
|---|---|
| Defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment | September 22, 2006 |
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment | October 16, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | November 6, 2006. |

IT IS SO ORDERED.


_____                            _____
Date                                                                                  JAMES ROBERTSON
                                                                                            United States District Judge