IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF AGRICULTURE, ) <br> and MIKE JOHANNS, IN HIS CAPACITY AS THE ) <br> SECRETARY OF AGRICULTURE, ) <br> ) <br> Defendants. ) | Civil Action No. 06-544 (JR) |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT—ERRATA

The Plaintiff, Creekstone Farms Premium Beef, LLC has identified minor errors in its Memorandum in Support of its Motion for Summary Judgment that might cause confusion or impede understanding of that Memorandum. Some of the errors are simply typographical errors, and others resulted when numbering changed during the production of the final Memorandum.

Accordingly, Plaintiff respectfully offers the following corrections:

| | |
|---|---|
| Page iii | Change page no. for II.B. from 32 to 33 |
| Pages iv-viii | Correct page numbers in Table of Authorities |
| Page iv | Insert Addison v. Holly Hill Co. |
| Page vi | Insert 5 U.S.C. §§ 702-704 and 706; 21 U.S.C. § 151-159; and 21 |

|  | U.S.C. § 155 to the Table of Authorities |
|---|---|
| Page vii | Insert 28 U.S.C. §§ 1331, 1346, and 2201-2202; and 9 C.F.R. pt. 102, § 113.6, pt. 121, and § 121.3 to the Table of Authorities |
| Page vii | Change citation to McGarity article from 13 to 14; add 14 to Berlowitz article |
| Page 1, 1st ¶ | Insert "the" before "statute on which USDA relies" |
| Page 3, 1st line | Change internal page reference from 7-8 to 6-8 |
| Page 3, n. 1 | Change "EPA" to "USDA" |
| Page 8, last ¶ | Change "Exh.t 3" to "Exh. 3" |
| Page 9, 1st full ¶ | Change "Exh. 5" to "Exh. 4" and delete "(" before "France" |
| Page 10, full ¶ | Remove underlining to clarify Internet location |
| Page 12, carryover ¶ | Change "tiled" to "titled" and add "at 1" after "(Exh. 1) Attach. 3" |
| Page 12, last ¶ | Change "Attach. 3" to "Attach. 4" |
| Page 13 n. 6 | Change "(Exh.) 8" to "(Exh. 8)" |
| Page 16, last full ¶ | Insert "under the" between "statutory authority" and "VSTA" |
| Page 18, last ¶ | Change "Attach. 3" to "Attach. 4" |
| Page 21, last full ¶ | Change "40 C.F.R. § 102.5(d)" to "9 C.F.R. § 102.5(d)" |
| Page 25, last full ¶ | Change "40 C.F.R. § 121.3" to "9 C.F.R. §121.3" |
| Page 26, last ¶ | Insert "(Oct. 8, 1976)" after "41 Fed. Reg. 44,358, 44,359" |
| Page 27, last ¶ | Provide full cite for *Lubrizol Corp. v. EPA*, 562 F.2d 807, 820 (D.C. Cir. 1977) |

| | |
|---|---|
| Page 29, 1st full ¶ | Substitute short cite for *Lubrizol Corp. v. EPA* |
| Page 29, last full ¶ | Add open quote before "analogous product" means" and change "31, 326" to "31,326" |
| Page 31, carryover ¶ | Insert ", 265" after 544 U.S. 228" and ", 130" after "462 U.S. 122" |
| Page 33, 1st full ¶ | Insert "at" after "494 U.S." |
| Page 36, 1st full ¶ | Replace "9 C.F.R. § 1021.2(1)" with "9 C.F.R. § 101.2(1)" |
| Page 44, 1st ¶ | Delete ")" from last line |

For the convenience of the Court and opposing counsel, Exhibit 1 is a copy of the Memorandum showing all of these changes, and Exhibit 2 is the Memorandum with all of the changes made. Plaintiff apologizes for any inconvenience these errors may have caused the Court or opposing counsel.

Dated: September 21, 2006

                              Respectfully submitted,

                              ___/s/  Russell S. Frye_____
                              Russell S. Frye (D.C. Bar No. 331124)
                              FryeLaw PLLC
                              P.O. Box 33195
                              Washington, DC 20033-0195
                              (202) 572-8267
                              rfrye@fryelaw.com


                              ___/s/ _William L. Miller_____
                              William L. Miller (D.C. Bar No. 443191)

The William Miller Group, PLLC
2248 Hall Place, NW
Washington, DC 20007
(202) 256-2306
wmiller@williammillergroup.com


Peter C. Choharis
D.C. Bar No. 444787
2771 Woodley Place, NW
(202) 422-8312
Washington, D.C. 20008

Attorneys for Plaintiff CREEKSTONE FARMS
PREMIUM BEEF, LLC