IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants ) | Civil Action No. 06-544 (JR) |

**JOINT STIPULATION AND MOTION REGARDING PAGE LIMITATIONS FOR SUBMISSIONS RELATED TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Subject to the Court's approval, plaintiff Creekstone Farms Premium Beef, LLC ("Creekstone" or "plaintiff") and defendants United States Department of Agriculture ("USDA") and Mike Johanns, Secretary of Agriculture ("Secretary") (collectively "defendants"), through their undersigned counsel, hereby agree and stipulate as follows:

1. Because defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment, due on September 22, 2006, is consolidating two memoranda into one, and plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment, due on October 16, 2006, also will consolidate two memoranda into one, additional pages are needed to address adequately the complex and numerous issues presented in this case.

2. Accordingly, the parties agree that defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment shall not exceed fifty-five (55) pages, and plaintiff's reply in support of its motion for summary judgment and opposition to

defendants' cross-motion for summary judgment shall not exceed forty-five (45) pages. Defendants' reply in support of their cross-motion for summary judgment shall remain limited to twenty-five pages, as provided in LCvR 7(e).

  WHEREFORE, the parties move jointly for entry of an order pertaining to the page limitations of the submissions relating to cross-motions for summary judgment, as set forth above.

  A proposed order is attached.

Dated: September 22, 2006	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

/s/ Edward H. White
JAMES J. GILLIGAN
EDWARD H. WHITE (D.C. Bar No. 468531)
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
Email: ned.white@usdoj.gov

Attorneys for Defendants


/s/ Russell S. Frye
Russell S. Frye (D.C. Bar No. 331124)
FryeLaw PLLC
P.O. Box 33195
Washington, D.C. 20033-0195
Tel: (202) 572-8267
Email: rfrye@fryelaw.com

Attorney for Plaintiff