IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-544 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, and MIKE JOHANNS, IN HIS ) | |
| CAPACITY AS THE SECRETARY OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court having considered the parties' joint stipulation and motion regarding page limitations for submissions related to cross-motions for summary judgment, and good cause having been shown, the parties' joint stipulation and motion is hereby

GRANTED, and it is

ORDERED that defendants' opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment shall not exceed fifty-five (55) pages, and plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment shall not exceed forty-five (45) pages.

IT IS SO ORDERED.

_____    _____
Date                                JAMES ROBERTSON
                                    United States District Judge