IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, and MIKE JOHANNS, IN HIS )<br>CAPACITY AS THE SECRETARY OF )<br>AGRICULTURE, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-544 (JR) |

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants United States Department of Agriculture ("USDA") and Mike Johanns, the Secretary of Agriculture (collectively "defendants") respectfully move this Court for an order granting summary judgment in favor of defendants and denying summary judgment to plaintiff in this action. The grounds in support of this motion are set out more fully in the attached memorandum.

Dated: September 22, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

/s/ Edward H. White
JAMES J. GILLIGAN
EDWARD H. WHITE (D.C. Bar No. 468531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108

Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Defendants