# EXHIBIT 1

Case 1:06-cv-00544-JR   Document 10-3   Filed 09/22/2006   Page 1 of 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, and MIKE JOHANNS, IN HIS )<br>CAPACITY AS THE SECRETARY OF )<br>AGRICULTURE, )<br>)<br>Defendants )<br>) | Civil Action No. 06-544 (JR) |

## DECLARATION OF DR. LISA A. FERGUSON

I, Dr. Lisa A. Ferguson, hereby make the following declaration with respect to the above captioned matter:

1. I am providing this declaration based on my personal knowledge and on information obtained in the course of my employment. If called as a witness, I could competently testify to the facts set forth herein.

2. I am the Senior Staff Veterinarian for the Veterinary Services (VS) program of the Animal and Plant Health Inspection Service (APHIS), an agency of the United States Department of Agriculture (USDA). I am responsible for bovine spongiform encephalopathy surveillance and response activities in APHIS. I have been employed by APHIS' VS program since 1988. I received my Doctor of Veterinary Medicine degree in 1986 from the University of Missouri. I have been involved with regulatory and policy

decision-making for VS relating to transmissible spongiform encephalopathy (TSE) since 1991. Initially, I served as a member of the APHIS TSE Working Group, and in 2002 I became the Chairperson. I have also served as a member of the FDA TSE Advisory Committee.

3.  BSE is a transmissible spongiform encephalopathy. It is a progressive and fatal neurological disorder of cattle first diagnosed in the United Kingdom in 1986. Unlike other infectious diseases which are spread by microbes, the infectious agent in BSE is generally accepted in the scientific community to be a specific type of protein. Abnormal ("misfolded") prion proteins are believed to transmit the disease and cause deterioration of the brain, and degeneration of physical and mental abilities. BSE is spread to healthy cattle through the consumption of tainted tissues from others with the disease, principally, if not exclusively, from animal feed containing protein from ruminants infected with BSE.

4.  Since 1986, when BSE was first diagnosed in the United Kingdom, there have been more than 189,000 confirmed cases of BSE in cattle worldwide. BSE has been confirmed in native-born cattle in twenty-five countries. Over ninety-five percent of all BSE cases identified in cattle, however, have occurred in the United Kingdom. The BSE epizootic in cattle peaked in the United Kingdom between 1992 and 1993. The BSE mitigation measures taken by the United Kingdom have effectively reduced the annual incidence of the disease which has fallen dramatically. For example, between 1992 and 1997, BSE incidence in cattle has fallen by ninety percent in the United Kingdom. BSE mitigation measures in the United Kingdom include destroying all animals showing signs

of BSE or at high risk of developing it, excluding animals more than 30 months of age from the animal and human food chains, and banning mammalian meat-and-bone meal in all animal feed.

5.   The typical incubation period for BSE ranges from two to eight years with an average of five years. Thus on average it takes five years from the date a cow is infected with BSE for the cow to show any outward clinical signs of the disease. Clinical signs of BSE include abnormal posture, inability to walk (non-ambulatory), and other impaired coordination. The length of the incubation period appears to be inversely related to the dose of infectious agent an animal receives – i.e., the higher the dose, the shorter the incubation period. In addition, animals are more susceptible to BSE at a young age, primarily in the first year of life. Therefore, to have an incubation period of less than 30 months, an animal must receive a very high dose at a very young age. As a result of the length of the incubation period, BSE generally exhibits clinically in older cattle, typically far more than 30 months of age. Due to the reasons explained above, it is extremely rare for BSE to have an incubation period of less than 30 months and therefore be detectable in animals of that age. In those cases in which it has been detected in cattle less than 30 months of age, it occurred primarily in countries with significant levels of circulating infectivity. Of all the cattle that were diagnosed with BSE in the United Kingdom, only 0.01 percent were under 30 months of age. The prevalence of BSE in the United States is very low, and the chances of an animal being exposed to a high infectious dose sufficient to shorten the incubation period to 30 months or less is extremely low. The vast majority

of cattle going to market in the United States are less than 24 months old.. Accordingly, the chances of identifying the presence of BSE in such cattle through current testing methods is extremely low.

6. The consensus among the international scientific community is that testing targeted cattle, as opposed to testing all cattle, is the most efficient method for detecting the presence of BSE, especially in light of the limits on current BSE testing methods to detect the disease in its early stages. Current testing methods can only detect a positive case of BSE two to three months before a cow would demonstrate clinical signs of the disease. Since the incubation period for this disease is generally very long, on average about 5 years, there is a long period in the life of an infected animal when current tests would not detect the disease. Therefore, testing clinically normal young cattle is not practical and offers no food safety value because testing a young infected animal with the current methodology would likely produce false negative results. A negative test on a clinically normal animal cannot be interpreted to mean that the animal is necessarily "BSE-free." In contrast, the current test technology provides highly meaningful and reliable results when used for surveillance purposes on animals within USDA's targeted population – specifically, animals exhibiting some type of clinical abnormality that could be consistent with BSE. Accordingly, BSE testing should be done on targeted high risk cattle strictly for surveillance purposes, not as a food safety measure.

7. Variant Creutzfeldt-Jakob disease (vCJD) is a chronic, fatal, but rare neurodegenerative human disease. It has been linked to exposure to BSE, most likely through consumption of contaminated cattle products. Since 1986, only approximately

190 cases have been identified worldwide. Most are believed to have resulted from the consumption of beef or beef products contaminated with high-risk central nervous system tissues designated as "specified risk materials" (SRMs), and approximately 95% were linked to exposure in the United Kingdom. SRMs are those tissues which have been demonstrated to be infective. They include primarily the brain, spinal cord, and other central nervous system materials, as well as such tissues as the distal ileum and tonsils. It is believed that to become infected, humans may need exposure to about 10,000 times the level of infective tissues necessary to infect cattle. Therefore, the relatively small number of cases of vCJD linked to the consumption of BSE contaminated beef suggests a substantial species barrier that may protect humans from widespread illness due to BSE.

8. The United States has taken a number of steps to reduce the likelihood of tissue from a BSE-infected animal from entering the food or feed supply. For example, in 1997, the Food and Drug Administration's ("FDA") feed ban imposed the most important of these measures. The FDA's feed ban prohibits the feeding of ruminant protein to other ruminants. Such feed bans have been highly effective in other countries, and are considered to be the predominant line of defense against the spread of BSE. The FDA and the USDA's Food Safety and Inspection Service promulgated regulations prohibiting cattle parts that have demonstrated BSE infectivity from being used in human food. Since 1989, USDA has also taken other measures to reduce the likelihood of tissue from a BSE-infected animal from entering the food or feed supply, including restricting the

importation of ruminants, ruminant meat, and other ruminant products from countries known to have BSE or considered to be at high risk for BSE.

9. Since 1990, USDA's APHIS has conducted a robust BSE surveillance program of cattle in the United States in order to estimate the prevalence of BSE in the nation's herd and to determine the effectiveness of the other BSE mitigation measures in limiting the spread of the disease. In June 2004, APHIS implemented an enhanced BSE surveillance program under which the agency, in a one-time effort, set out to test as many cattle as possible in the high- risk population for a 12 to 18 month period. This enhanced BSE surveillance program was undertaken in order to obtain a snapshot of the U.S. cattle population and to provide a more accurate estimate of the prevalence, if any, of BSE in that population. As part of the surveillance program, BSE testing is performed exclusively by a number of government-affiliated labs; private testing is not permitted. To date, APHIS has tested over 750,000 cattle for BSE under the enhanced surveillance program with only two positive results.

10. The results of APHIS's BSE surveillance program indicate that the prevalence of BSE in the United States is less than one case per million in adult cattle. Two methods were used to estimate the prevalence of BSE in the United States, and additional sensitivity analyses were done with these methods to evaluate the impact of the assumptions used in the methods. The most likely value (with upper and lower confidence levels) for the estimated number of BSE infected cattle in a population of approximately 42 million adult cattle was 4 (1, 8) in one model and 7 (3, 24) in the second model. The upper and lower bounds from the sensitivity analyses were 1 to 40

infected animals. The enhanced surveillance program continued beyond its original 12 to 18 month period, and because of the low prevalence of BSE, APHIS' surveillance program has been reduced to an ongoing level of approximately 40,000 cattle a year. APHIS' surveillance efforts target high-risk cattle which are exhibiting clinical signs of abnormalities, including signs of central nervous system disorders, and non-ambulatory cattle.

11. On April 8, 2004, at a meeting between representatives of plaintiff and USDA, USDA informed plaintiff that its request to use BSE rapid test kits in a private marketing program could not be granted, because BSE test kits were designed for animal health surveillance purposes, and plaintiff's proposed use of the test kits would imply a food safety aspect that is not scientifically justified.

12. The United States has implemented various BSE mitigation measures that have been largely successful, as there have been only three confirmed cases of cattle infected with BSE in this country. A BSE-positive cow was discovered in the state of Washington in December 2003. However, the cow was born in Canada and was most likely exposed to BSE in Canada prior to its shipment to the United States. The USDA announced in June 2005 that a U.S.-born cow in Texas had tested positive for BSE, and in March 2006, a cow in Alabama also tested positive for BSE. However, at no time did any parts of either of these infected cows enter the animal feed or human food supply.

13. Notwithstanding the extremely low rate of BSE cases in the United States' cattle population, some countries, including major importers such as Japan and South Korea, initially imposed bans on the importation of U.S. beef following the discovery of the first

case of BSE in the United States in December 2003. After Japan detected BSE in its own cattle, it began requiring BSE testing of all cattle for slaughter. Japan recently lifted its ban against U.S. beef, and has resumed its imports after conducting inspections of several American beef processing facilities. South Korea also has recently lifted its ban and is expected to resume its imports of U.S. beef in the next few weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of September, 2006.

Dr. Lisa Ferguson