# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, and MIKE JOHANNS, IN HIS )<br>CAPACITY AS THE SECRETARY OF )<br>AGRICULTURE, )<br>)<br>Defendants ) | Civil Action No. 06-544 (JR) |

## DECLARATION OF DR. BYRON RIPPKE

I, Dr. Byron Rippke, hereby make the following declaration with respect to the above captioned matter:

1. I am providing this declaration based on my personal knowledge and on information obtained in the course of my employment. If called as a witness, I could competently testify to the facts set forth herein.

2. I am the Director of the Center for Veterinary Biologics, Policy, Evaluation, and Licensing (CVB-PEL) unit of the United States Department of Agriculture (USDA), and I am a veterinarian. I have held this position for the past one and one half years. I have been employed with the USDA for the past twenty years, and for the last ten years I have been involved in the administration of the Virus-Serum-Toxin Act (VSTA).

3. As a veterinarian at USDA and as Director of CVB-PEL, I review and analyze data submitted to the CVB in support of applications for U.S. Veterinary Biological

Product Licenses or U.S. Veterinary Biological Product Permits for Sale and Distribution. I recommend products for licensure after I have determined that all regulatory requirements for licensure or permitting have been met.

4. My duties include supervisory oversight of product application review and evaluation. This includes both the review of product applications, including data, as well as the accompanying laboratory testing related to licensed veterinary biological products. In the course of my duties, I have reviewed applications for and have become familiar with many different diagnostic instruments, including test kits for Bovine Spongiform Encephalopathy (BSE). I have also served on the USDA's Veterinary Services Transmissible Spongiform Encephalopathies (TSE) Working Group, which considers technical and policy issues related to TSEs including BSE.

5. Viruses, serums, and toxins rely on the interaction of antibodies and antigens through an immunological mechanism to protect animals from disease. Vaccine technology, in the case of viruses and toxins, is based on the delivery of antigens to the animal's immune system to elicit an immune response, produce antibodies, and protect the animal from disease. Serums provide antibodies directly to the animal in order to supplement the animal's immune system to protect against disease.

6. Similar to viruses, serums, and toxins, diagnostic test kits utilize antigens, antibodies, and an immune response to detect disease in animals. The recognition of antigens by antibodies, which is an immune response, is critical to the proper functioning of a diagnostic test kit. Viruses, serums, toxins, and diagnostic tests all require antigens, antibodies, and an immune response to stimulate, supplement, enhance, modulate, detect, or measure the immune system of an animal. Diagnostic test kits thus are functionally

analogous to products made with viruses, serums, or toxins. Diagnostic test kits also act through the detection or measurement of antigens, antibodies, nucleic acids, or immunity.

7.     With respect to BSE test kits in particular, commercial screening diagnostic test kits for the diagnosis of BSE are all immunoassays which act through the detection of an antigen, ($Prp^{res)}$), in a tissue sample by using an antibody. These kits are composed of diagnostic components that are used to diagnose the existence of BSE through the detection of a unique identifier antigen, $Prp^{res}$. A critical component of the BSE Antigen Test Kits is the monoclonal antibody that recognizes the prion protein. These kits are based on the use of this monoclonal antibody to bind to the $Prp^{res}$ antigen following treatment of the sample with protease. The $Prp^{res}$ is a unique protein present only in animals infected with BSE. The binding of the monoclonal antibody to the target antigen is an immunological reaction that can be detected and indicates the presence of $Prp^{res}$. The Steadman's Medical Dictionary defines antigen as any of various sorts of material (e.g. microorganisms, toxoides, exotoxins, endotoxins, foreign proteins, and others) that, as a result of coming in contact with appropriate tissues of an animal body, stimulate an immune response. The BSE Antigen Test Kits thus act through the immunological detection of specific antigens found in animal tissue indicative of disease. Numerous peer-reviewed scientific manuscripts describe monoclonal antibodies binding to prion proteins. See, e.g., Stack MJ, Chaplin MJ, Clark J. Differentiation of prion protein glycoforms from naturally occurring sheep scrapie, sheep-passaged scrapie strains (CH1641 and SSBP1), bovine spongiform encephalopathy (BSE) cases and Romney and Cheviot breed sheep experimentally inoculated with BSE using two monoclonal antibodies. Acta Neuropathol (Berl). 2002 Sep;104(3):279-86; Cashman NR,

Paramithiotis E, Pinard M, Lawton T, LaBoissiere S, Leathers VL, Zou WQ, Estey LA, Kondejewski LH, Francoeur GP, Haghighat A, Spstz SJ, Tonelli Q, Ledebur HC, Chakrabartty A. A prion-specific immunological epitope. Society for Neuroscience Abstracts 2001 Nov;27(2):1743; Korth C, Stierli B, Streit P, Moser M, Schaller O, Fischer R, Schulz-Schaeffer W, Kretzschmar H, Raeber A, Braun U, Ehrensperger F, Hornemann S, Glockshuber R, Riek R, Billeter M, Wüthrich K, Oesch B. Prion (PrPSc)-specific epitope defined by a monoclonal antibody. Nature 1997 Nov 6;390(6655):74-77. Through their use of antibodies and antigens to evoke an immune response, BSE test kits perform like many diagnostic test kits and thus are similarly analogous to viruses, serums, and toxins.

8.  As with other diagnostic test kits, BSE test kits also act through the detection or measurement of antigens, antibodies, nucleic acids, or immunity.

9.  Due to their dependency on the accumulation of a sufficient amount of the prion protein in an animal's brain, the earliest point at which currently licensed BSE test kits can detect a positive case of BSE is two to three months before an infected cow would demonstrate clinical signs of the disease.

10. Although there currently is no cure for BSE, current BSE testing will contribute to the knowledge of the disease and may increase the chances of developing therapies or potential cures for the disease in the future.

11. The USDA Center for Veterinary Biologics regulates diagnostic test kits intended for the diagnosis of disease in animals. There are currently over 200 different test kits licensed or permitted in the U.S. to aid in diagnosing disease in animals. The diagnosis

of a disease or ailment is an inherent and crucial aspect of any treatment for such a disease or ailment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of September, 2006.

Dr. Byron Rippke