# EXHIBIT 3

-----Original Message-----
From: Michael O'Connor [mailto:moconnor@cfpbeef.com]
Sent: Thursday, February 19, 2004 5:50 PM
To: Butler, Jim
Cc: Bill Fielding; ffron@triadfoodsgroup.com%INTER2
Subject: BSE Testing

Dear Jim,

I enjoyed our visit and greatly appreciate your listening to our concerns and recognizing our immediate need for help. We want to officially petition USDA to allow us to meet our export customer requirements and needs. We would like to have the following requirements implemented within 3 weeks.
1) Establish a lab for BSE testing at our plant and equipped by a recognized testing company now being utilized by processors in Japan.
2) Creekstone Farms Premium Beef, LLC (CFPB) would test every animal, and upon a BSE negative result, we would market all product possible for export.
3) If we had a positive test, CFPB would dispose of that carcass and all by-products in an approved manner. We would be able to guarantee that no positive tested material entered the food chain.

It is our understanding today that our export customers and their governments would accept our products immediately if we test every animal with an approved test. We do not understand why USDA is preventing this from happening? We think it would be beneficial to everyone for us to do additional testing. We have one of the newest and best plants in the industry today for food safety and to accommodate trace back systems. We are killing 1,000 head of Black Angus cattle daily, which are highly sought after in the international markets. Not getting approval to export is costing CFPB at least $80,000 per day. Testing will cost us $15 to $20 per head vs. our lost revenue of over a $100 per head. With approval we will immediately hire 40 people and have the ability to run 5 days per week vs. now of only running 4 days per week, thus enhancing the revenues of hundreds of employees and our surrounding community. Without exports, our plants viability and the jobs of 700 people are at risk. We would welcome surveillance on all our procedures by USDA. We will invite our customers as well as USDA to monitor each part of the process. We need our government agencies to help us meet our customers request and let the free market system determine if these costs are justified. It makes no sense that we are being prevented by our government from doing what our customer is requesting while strengthening food safety, trade deficit and our industry's overall economic health with a valued trading partner. We are trying to improve food safety and with additional testing it can only help this process. On another issue, current dentitioning of cattle is not the

1

answer. We are finding a large discrepancy between dentition and our USDA Certification (skeletal) for "A" maturity. This should not be ignored and we believe USDA-FSIS and USDA-AMS should work together on this issue. Thank you for anything you can do to speed up this process. Every day it's delayed is critical. Sincerely,

Bill Fielding
COO, Creekstone Farms Premium Beef, LLC.
Arkansas City, KS

(620) 741-3100

# EXHIBIT 4



To:   J.B. Penn, Under Secretary, United States Department of Agriculture

Date:  March 10, 2004

Re:   Protocol for B.S.E. Testing, Export Capability


Creekstone Farms Premium Beef, LLC respectfully requests that the *BSE Sampling and Testing Program* and its attachments be reviewed and approved. It is critical Creekstone Farms Premium Beef, LLC that testing for B.S.E. is started at the Creekstone Farms plant by March 29, 2004. This means U.S.D.A. approval must come within one week of today's meeting.

As explained in the attached materials, Creekstone faces devastating and likely terminal losses if the tests are not approved for use within Creekstone's facility in this time period. Creekstone is willing to follow any reasonable protocol outlined and approved by the U.S.D.A. Creekstone will work with the U.S.D.A. to use the plant as a test to work out issues related to B.S.E. testing procedures.

I look forward to your comments and ideas on the attached program. If you have any questions or comments, please feel free to have your agency contact me.


Sincerely,

*[signature]*

Bill Fielding
Chief Operating Officer
Creekstone Farms Premium Beef, LLC
Office ph. (620) 741-3170

Creekstone Farms Premium Beef, LLC
604 Goff Industrial Park Rd.
Arkansas City, KS  67005

# EXHIBIT 5

Case 1:06-cv-00544-JR    Document 10-5    Filed 09/22/2006    Page 6 of 16

**United States Department of Agriculture**

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Veterinary Services

Center for Veterinary Biologics
Suite 104
510 South 17th Street
Ames, IA  50010
(515) 232-5785
FAX (515) 232-7120

March 17, 2004

# CENTER FOR VETERINARY BIOLOGICS NOTICE NO. 04-08

Subject:   Diagnostic Test Kits for Bovine Spongiform Encephalopathy

To:   Biologics Licensees, Permittees, and Applicants
      Veterinary Services Management Team
      Directors, Center for Veterinary Biologics
      Area Veterinarians in Charge, VS
      State Veterinarians

## I.   PURPOSE

The purpose of this notice is to inform interested parties that the Center for Veterinary Biologics (CVB) is providing additional information on the product restrictions for veterinary biologics product license and permit applications for diagnostic test kits (including "rapid tests") intended as an aid in the diagnosis of bovine spongiform encephalopathy (BSE).

## II.   BACKGROUND

Numerous test methods (e.g., immunohistochemistry, ELISA, Western blot) and commercial test kits have been developed to aid in the diagnosis of BSE.  Some of these kits have been approved by foreign regulatory officials (e.g., European Union, Japan) for use in their BSE testing programs.   Due to recent confirmed cases of BSE in North America and the anticipated increase in surveillance for BSE in the U.S., the CVB will issue U.S. Veterinary Biological Product Licenses or Permits.

In accordance with Title 9 Code of Federal Regulations §102.5(d), U.S. Veterinary Biological Product Licenses will be issued with the following restrictions:

1.  Sale and use in the United States restricted to laboratories approved by State and Federal (USDA) animal health officials.

2.  Potency testing and distribution and use of BSE test kits shall be under the supervision or control of USDA, APHIS, Veterinary Services under such additional conditions as the Administrator may require.



Veterinary Services – Safeguarding Animal Health
An Equal Opportunity Employer

Federal Relay Service
(Voice/TTY/ASCII/Spanish)
1-800-877-8339

Center for Veterinary Biologics Notice No. 04-08                                    2

In accordance with Title 9 Code of Federal Regulations §104.1, U.S. Veterinary Biological Product Permits will be issued with the following restrictions:

1. Sale and use in the United States restricted to laboratories approved by State and Federal (USDA) animal health officials.

2. Potency testing and distribution and use of BSE test kits shall be under the supervision or control of USDA, APHIS, Veterinary Services under such additional conditions as the Administrator may require.

3. Each shipment of biological product distributed and sold under this permit must be accompanied by an original certificate endorsed by a full-time salaried veterinarian of the agency responsible for animal health of the Government of the country of origin, or other assurances acceptable to APHIS, certifying that: 1) All ingredients of animal origin used to produce this product were not obtained from ruminants that have been in any country cited in 9 CFR 94.18 or countries considered to be equivalent status by the National Center for Import Export.  2) During the manufacturing process, the manufacturing facility does not receive, store, or process any ingredients of ruminant origin from countries cited in 9 CFR 94.18.  3) The product complies with all other provisions of 9 CFR 113.53.

### III.     ACTION

Interested parties should refer to Title 9, Code of Federal Regulations, Subchapter E; Veterinary Services (VS) Memorandum No. 800.50, Basic License Requirements for Applicants; VS Memorandum No. 800.101, U.S. Veterinary Biological Product Permits for Distribution and Sale; and VS Memorandum No. 800.73, General Requirements for Immunodiagnostic Test Kits, for guidance in applying for licensure.  This information is available on the CVB website:

**www.aphis.usda.gov/vs/cvb/regsandguidance.htm**

Applications and supporting materials should be submitted to the CVB-Policy, Evaluation, and Licensing for review.


/s/ Byron E. Rippke for

Richard E. Hill, Jr.
Director
Center for Veterinary Biologics

# EXHIBIT 6




You are here: Home / Newsroom / Release No. 0141.04

# Newsroom

## News Release

Release No. 0141.04

Contact:
USDA Press Office (202) 720-4623

 Printable version

**Statement by Bill Hawks, Undersecretary for Marketing and Regulatory Programs**
**Regarding a Request by Creekstone for Private BSE Testing April 9, 2004**

   WASHINGTON, April 9, 2004 --"Yesterday, USDA officials informed Creekstone Farms Premium Beef that its request for a license to use rapid tests for Bovine Spongiform Encephalopathy (BSE) in a private marketing program can not be granted at this time. The test is now licensed for animal health surveillance purposes. The use of the test as proposed by Creekstone would have implied a consumer safety aspect that is not scientifically warranted.

   "The United States has taken aggressive measures in response to BSE to both protect consumer health and the animal herd. These measures include an enhanced surveillance system which will test a significant proportion of the population of high risk animals. As part of this system, USDA recently approved rapid tests for screening these animals to determine the presence of BSE in the cattle herd. This action and the approach are based on recommendations by an international panel of experts who reviewed our systems. That panel also explicitly noted that there is no scientific justification for 100 percent testing because the disease does not appear in younger animals.

   "We are continuing our discussions with all of our trading partners so that trade can resume based on international scientific standards set by the World Organization for Animal Health (OIE)."

#

**Newsroom**

**News Releases**
- Latest Releases
- 2003 Releases
- 2002 Releases
- 2001 Releases
- Agency Releases
- Transcripts and Speeches
- Subscribe

**Reports**
- Agency Schedule/Calendar,
- Annual Reports and Mid-Term Reports

**Radio and TV Broadcasts**
- Radio and TV

**Publications**
- USDA Publications

**Events**
- Events by State

# EXHIBIT 7



**PREMIUM BLACK ANGUS BEEF**

DATE:       April 13, 2004

TO:         Undersecretary J.B. Penn
            United States Department of Agriculture
            Email: Jb.Penn@usda.gov

            Undersecretary Bill Hawks
            United States Department of Agriculture
            Email: Bill.Hawks@usda.gov

            Chief of Staff Dale Moore
            United States Department of Agriculture
            Email: Dale.Moore@usda.gov

CC:         Secretary Ann Veneman
            Secretary of Agriculture
            United States Department of Agriculture
            Email: agsec@usda.gov

FROM:       John Stewart, C.E.O.              Bill Fielding, C.O.O.
            Creekstone Farms Premium Beef     Creekstone Farms Premium Beef
            Office: (303) 255-9200             Office: (620) 741-3100
            Email: angusinfo@cfpbeef.com       Email: bfielding@cfpbeef.com

SUBJECT:    RESPONSE TO USDA

On behalf of Creekstone Farms I want to thank you for the opportunity to have met with you in Washington, D.C. last Thursday, April 8. We had hoped for a different outcome to the meeting, however, and are very disappointed with USDA's decision not to allow Creekstone Farms to voluntarily test all of the cattle we process for bovine spongiform encephalopathy (BSE). As we have discussed in the various meetings held with the USDA over the past several weeks, BSE testing of our cattle is something our export customers and consumers are asking for, and we feel we should be able to provide it to them.

Creekstone Farms will challenge the USDA's decision, and are currently analyzing our legal options. We are challenging USDA's authority to control the sales of BSE diagnostic tests in the United States and your decision to prohibit companies like Creekstone Farms from conducting 100% testing of young animals that would meet our customers' needs and requirements.

We are hopeful there will be a resolution to the current U.S. beef trade embargo with Japan. It is imperative to companies such as ours that trade be resumed. However, we

understand the position of our Japanese customers, consumers and their government, as well as the challenges their staunch positions represent. They are requesting 100% testing of all beef bound for their market as the precursor to the resumption of trade. The USDA's current plan to test only older U.S. cattle for BSE will not meet this requirement. On Monday, Japanese Vice Agriculture Minister Mamoru Ishihara announced that the "U.S. government's decision not to accept [Creekstone's] offer is, frankly speaking, regrettable."

Creesktone Farms has received a tremendous amount of support during the past few weeks for our proposal to test all of our cattle for BSE. We will continue to work with our senators and congressmen, as well as industry experts, to help find a solution to this recent USDA decision. Please understand our situation as well as our consternation over why the USDA will not embrace our plan. Creekstone Farms plans to test more cattle than the USDA, at a lower cost. If our plan were to be implemented, we would test over 300,000 head of cattle over the course of a year, versus the USDA proposed cattle population of approximately 220,000 head. As well, the USDA is planning on spending a minimum of $72 million of taxpayer money to conduct these tests. The Creekstone Farms' plan will cost less than $6 million using the identical test kit, and our customers are willing to pay for the cost of the testing.

We ask that the USDA reverse its decision of last week and allow Creekstone Farms to test our beef for BSE. In addition, Creekstone Farms is asking for USDA approval of the following secondary options:

1) Expand the USDA's surveillance program to involve 1 million head of young animals.
2) Approve the procedure whereby Creekstone Farms is allowed to ship brain stem samples to Japan for BSE testing in their laboratories.
3) Approve Kansas State University as an official USDA laboratory with direction to establish Creekstone Farms as a satellite laboratory.
4) Approve the purchase of young Canadian cattle that would be BSE tested at our processing plant in Arkansas City, Kansas.
5) Approve labeling domestic product BSE tested due to increased consumer concern in the U.S.

This letter is also giving notice to the USDA that our loss in revenue is a minimum of $200,000 per day. We will continue to track this loss on a daily basis to determine damages. Additionally, we have nine important questions that we would appreciate having USDA address and respond to immediately. Please be advised we will be sharing this with the media.

Sincerely,

John D. Stewart
C.E.O.

Bill Fielding
C.O.O.

Creekstone Farms Premium Beef, LLC

Sales, Marketing, & Customer Service
12050 N. Pecos St.
Suite 300
Westminster, CO 80234
303-255-9200
303-255-9215 fax

Plant Operations
604 Goff Industrial Park Road
PO Box 1007
Arkansas City, KS 67005
620-741-3100
620-741-3105 fax



**PREMIUM BLACK ANGUS BEEF**

## IMPORTANT QUESTIONS FOR USDA TO ANSWER

1. What legal grounds (policies/regulations) would prohibit a private industry from performing a Rapid Test method for BSE? If testing young cattle is not a food safety issue, does it fall under APHIS or FDA?

2. Why does the Federal Register prohibit saving of small intestine unless the animal is BSE tested?

3. You have stated that BSE does not occur in cattle under 30 months of age. Why have you prohibited all specified risk materials (SRMS) from all age groups of cattle processed? What is the science behind this decision?

4. How does USDA certify and approve domestic and international sales/production of natural or organic beef products? This would be an implied Consumer Safety Aspect that is not scientifically warranted. You have stated that BSE testing is an "Implied Food Safety Aspect that is not scientifically justified". How does this differ from natural or organic products? If testing is approved, why can't a label state "BSE tested"?

5. How can the USDA justify spending $72,000,000 in taxpayer funds to test 221,000 head of cattle in 12 months ($325/head), when a private company will use the same test method as APHIS to test 300,000 head for $5,400,000 paid for by consumers in 12 months ($18/head)? Also, this private company can fully implement testing in one week, why will it take APHIS five months to fully implement their program? Complete preparation and training took Creekstone Farms one month.

6. Why is the USDA not immediately allowing Canadian cattle under 30 months of age to be sold into the US? If there is any concern, could Creekstone test Canadian cattle?

7. Given the USDA position that BSE testing is not scientifically justified what exactly are the statistical odds and how do you rationalize not giving the people a choice? There have been young cattle (under 30 months) in Japan and England testing positive for BSE.

8. What will be the government's position if a major domestic customer requires packers to do something BSE-related that is not scientifically justified? Will the packer be told he cannot do it?

9. What is the statistical rate of error determining cattle age using dentition?

Sales, Marketing, & Customer Service
12050 N. Pecos St.
Suite 300
Westminster, CO 80234
303-255-9200
303-255-9215 fax

Plant Operations
604 Goff Industrial Park Road
PO Box 1007
Arkansas City, KS 67005
620-741-3100
620-741-3195 fax

# EXHIBIT 8



**United States Department of Agriculture**

Office of the Secretary
Washington, D.C. 20250

June 1, 2004

Mr. John D. Stewart
C.E.O.
Creekstone Farms Premium Beef
Suite 300
12050 North Pecos Street
Westminster, Colorado  80234

Dear Mr. Stewart:

Thank you for your letter of April 13, 2004, regarding your request that the Department of Agriculture (USDA) allow Creekstone Farms to conduct its own testing for bovine spongiform encephalopathy (BSE).

We recognize your disappointment with USDA's decision. However, we remain convinced that allowing a company to use a BSE test in a private marketing program is inconsistent with USDA's mandate to ensure effective, scientifically sound testing for significant animal diseases and maintain domestic and international confidence in U.S. cattle and beef products. Because of your stated intent to pursue legal action in this matter, the Department of Justice has advised us not to provide a substantive reply to the issues raised in your letter at this time.

We continue working diligently, at the highest levels, to reopen international markets for U.S. beef producers based on our contention that current barriers against U.S. beef are scientifically unwarranted. We are sending an identical response to Mr. Fielding.

Sincerely,

/s/


Bill Hawks
Under Secretary
Marketing and Regulatory Programs