# EXHIBIT 9



**RECEIVED**

JUL 1 5 2004

DEAN OF VET. MED.

July 13, 2004

Dean Ralph Richardson, DVM
College of Veterinary Medicine
Kansas State University
101 Trotter Hall
Manhattan, KS 66506

Dear Dean Richardson,

Creekstone Farms would like to formally request program and laboratory approval for BSE Testing at the Creekstone Farms Premium Beef Facility in Arkansas City, KS. We would like to utilize the services of Kansas State University as an authority on BSE laboratory protocols and for the testing of BSE. We believe that this will be a great opportunity for both Kansas State and Creekstone Farms.

Kansas State University has the authority to allow us to be a satellite laboratory, and we would like them to exercise this authority. We believe that KSU should be supporter of agriculture based businesses in Kansas and should offer services to aid in growing agri-business, which is what Creekstone Farms is attempting to do. The ability to test for BSE will allow for strong growth for the company and add tremendously to the economy which provides jobs for several hundred people.

Creekstone Farms would like to set a timeline for approval of our laboratory as a satellite laboratory to Kansas State University for BSE Testing. Creekstone Farms understands that no testing can occur without approval from APHIS, but, would like to make sure we are absolutely ready to start a ramp-up of testing once approval is given. Our intent is to continue our testing efforts even when the USDA successfully negotiates a resumption of exporting of beef to the Pacific Rim Countries. We believe that KSU has the complete authority to approve us, but, if necessary we can provide them with information that states that approval would be supported by APHIS.

Please respond as to your intentions as Creekstone Farms Premium Beef believes that it will be making some significant progress in getting approval for 100% testing at it's facility in a very short time. I believe that we should set clear objectives and deadlines on the details of the satellite laboratory approval program so that we can meet the objective of satellite laboratory approval by August 20, 2004. In order for us to meet this deadline, we would like a response by July 19, 2004. I, as well as John Stewart and Bill Fielding, look forward to your reply.

Sincerely,

James C. Wilson
James Wilson
Director of Technical Services

Creekstone Farms
Premium Beef, LLC
604 Goff Industrial Park Road
Arkansas City, Kansas 67005
620-741-3100
620-741-3195 fax

If you have any questions, please feel free to contact me.

Sincerely,

James Wilson
Director of Technical Services
Creekstone Farms Premium Beef
P.O. Box 1007
600 Goff Industrial Park Road
Arkansas City, KS 67005
Office : (620) 741-3170
Fax : (620) 741-3195



Please note:   This message contains information which may be confidential and privileged.   Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message.   If you have received the message in error, please advise the sender by reply email and delete the message.   Thank you for your cooperation.

# EXHIBIT 10



**USDA**

ted States
ertment of
iculture

rketing and
julatory
grams

mal and Plant
alth Inspection
rvice

terinary Services

tional Veterinary
rvices Laboratories

D. Box 844
00 Dayton Avenue
nes, IA 50010
15) 663-7286
IX (515) 663-7397

August 5, 2004

Dean Ralph Richardson
College of Veterinary Medicine
Kansas State University
101 Trotter Hall
Manhattan, KS 66506-5601

Dear Dean Richardson:

Thank you for your letter of July 13, 2004, regarding Creekstone Farms' request to operate a satellite laboratory in connection with Kansas State University's participation in the Department of Agriculture's (USDA) bovine spongiform encephalopathy (BSE) surveillance program.

We are pleased to have Kansas State University participate in USDA's BSE testing program, and we appreciate your making us aware of Creekstone's request. As you are aware, in accordance with one of the recommendations provided by an international review panel, USDA announced the current surveillance plan to significantly augment BSE surveillance efforts for a period of 12 to 18 months. Under the plan, USDA has specified that testing of samples from targeted cattle will be conducted only at USDA's National Veterinary Services Laboratories in Ames, Iowa, and also within a geographically dispersed network of State and university laboratories that meet certain criteria. We selected 12 State laboratories, including Kansas State University, to assist in the surveillance efforts. This network has more than sufficient capacity to handle all of the testing we expect to occur.

Given the consequences that can result from these tests and the potential for governmental action, we believe that BSE testing is an inherently governmental function that must be conducted by Federal and State laboratories. This is crucial if we are to preserve domestic and international market confidence in U.S. agricultural commodities. Accordingly, USDA will continue to limit approval for conducting tests to Federal and State/Federal cooperative laboratories and would not authorize Creekstone Farms as a satellite laboratory. Additionally, we must clarify that, contrary to information provided to you by Creekstone Farms, Kansas State University does not have the authority to designate satellite laboratories for BSE testing.

APHIS  Safeguarding American Agriculture
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

Federal Relay Service
(Voice/TTY/ASCII/Spanish)
1-800-877-8339

2.

Dean Ralph Richardson

Again, we are pleased that Kansas State University will participate in USDA's surveillance program, and we hope that this information is helpful in clarifying our laboratory policies in regard to BSE. Thank you again for writing.

Sincerely,

Randall L. Levings
Director

# EXHIBIT 11

08/19/2004  20:41     6207413195          CREEKSTONE FARMS                    PAGE  02/02



**PREMIUM BLACK ANGUS BEEF™**
and Other Fine Food Products

August 19, 2004

Undersecretary Bill Hawks
United States Department of Agriculture

Dear Undersecretary Hawks:

As you are aware, we have been working to have Kansas State University approve us as a satellite testing lab.  Our clear understanding from prior meetings with you was this would be acceptable to USDA.  We could test cattle under the surveillance program and or be ready to test in our plant under the supervision of Kansas State University if permission for broader testing is approved.

I hope the recent letter sent is just a case of Mr. Levings not being informed.  We would ask that you send a letter to Kansas State University acknowledging it is within their authority and has your acceptance if they give us approval.

We continue to be willing to have Kansas State University or USDA employees or an independent third party operate our lab at our expense.  We want to test even if present negotiations are completed.

We appreciate your prompt reply to rectify this misunderstanding.

Sincerely,

Bill Fielding
Chief Operations Officer
Creekstone Farms Premium Beef, LLC

Creekstone Farms
Premium Beef, LLC
604 Goff Industrial Park Road
Arkansas City, Kansas 67005
620-741-3100
620-741-3195 fax

# EXHIBIT 12



**USDA**

**United States Department of Agriculture**

Office of the Secretary
Washington, D.C. 20250

September 24, 2004

Mr. Bill Fielding
Chief Operations Officer
Creekstone Farms Premium Beef, LLC
604 Golf Industrial Park Road
Arkansas City, Kansas  67005

Dear Mr. Fielding:

Thank you for your letter of August 19, 2004, reiterating your request that the Department of
Agriculture (USDA) allow Creekstone Farms to conduct its own testing for bovine spongiform
encephalopathy (BSE) under the auspices of Kansas State University.

We regret the apparent misunderstanding on the part of Creekstone Farms regarding USDA's
position on this issue.  USDA's position was accurately represented by Dr. Randall Levings,
Director of USDA's National Veterinary Services Laboratories, in his August 5, 2004, letter to
Dean Ralph Richardson of Kansas State University.  As indicated in that response, Kansas State
University does not have the authority to designate satellite laboratories for BSE testing.  We
must again emphasize that USDA will continue to limit approval for conducting BSE tests to
Federal and State/Federal cooperative laboratories, and will not authorize Creekstone Farms to
conduct such testing.

Sincerely,

/s/


Bill Hawks
Under Secretary
Marketing and Regulatory Programs

An Equal Opportunity Employer

cc:    MRP, Wash., DC
        Dr. John R. Clifford, VS, Wash., DC w/cy of inc.
        Ms. Felicia Stepney, LPA, Riverdale, MD w/cy of inc.

DRAFT:APHIS:LPA:RuthGoldberg:tw:9/9/04:734-7776:22-4257329:cw6427
FINAL:APHIS:LPA:RuthGoldberg:tw:9/20/04:734-7776:22-4257329:cw6427

<u>Clearances:</u>
EC_____
LPA_____
VS_____
OA_____

SOURCE: BGaston, OA; LFerguson, VS; RLevings, NVSL; TWalsh, OGC

# EXHIBIT 13

# The Washington Times

**www.washingtontimes.com**

## Producer battles to test all beef

By Dan Caterinicchia
THE WASHINGTON TIMES
Published April 28, 2006

A Kansas beef producer is in Washington this week trying to garner legislative support in its two-year battle against the U.S. Department of Agriculture, which will not allow the company to test all of its cattle for mad cow disease.

Creekstone Farms Premium Beef LLC last month filed a lawsuit in U.S. District Court for the District of Columbia against the USDA for refusing to allow the company to voluntarily test all of its cattle for bovine spongiform encephalopathy (BSE), commonly known as mad cow disease, at its Arkansas City, Kan., facility.

Advertisement


The company is challenging the USDA's claim that it has the legal authority to control access to and the use of the test kits needed to detect BSE, a fatal neurological disease that can be passed to humans who eat infected meat.

"Our position is this is something our customers want, and since when does a government tell companies how to market?" John Stewart, chief executive and founder of Creekstone Farms, told editors and reporters yesterday at The Washington Times. "We hope our government will come to its senses and allow us to do this."

The USDA says there is no reason for 100 percent testing because the tests cannot detect the disease in animals younger than 30 months. BSE has an incubation period of four to five years, but is fatal for cattle within months of showing symptoms, the World Health Organization says.

Two leading industry organizations -- the American Meat Institute and the National Cattlemen's Beef Association -- agree with the USDA.

Mr. Stewart said that is because his competitors and the government know that more testing means finding more mad cow disease.

U.S. companies last year produced nearly 25 billion pounds of beef valued at about $80 billion, government and industry estimates show.

The first confirmed case of BSE was reported in Washington state in December 2003 in an animal imported from Canada. The next day, more than 55 countries banned U.S. beef, which eliminated 35 percent of Creekstone Farms' business, Mr. Stewart said, adding that he has lost $100 million in profit from export markets in last three years.

South Korea this week announced that it will resume beef imports from the U.S., but Japan, the top importer of American beef, has not. Japan lifted the ban in December, but

reinstated it a few weeks later, arguing that to resume it would hurt a country does not accept.

Mr. Stewart said his trip this week to meet with lawmakers represented the "very early stages of developing our legislative approach," and he hoped to find a congressional champion on the issue within a few weeks. The USDA must respond to Creekstone's lawsuit by May 23.

Jim Rogers, a spokesman for the USDA's Animal and Plant Health Inspection Service, would not discuss the lawsuit, but said the agency has tested about 700,000 of the "highest risk animals" in the past two years under the BSE enhanced surveillance program and found two positive cases: one in Alabama last month and the other in Texas last year.

An additional 20,000 animals showing no signs of the disease had been tested and none was positive, Mr. Rogers said. The agency tests about 1 percent of the 35 million cattle slaughtered annually.

Creekstone Farm executives acknowledged that the tests were not foolproof, but argued that neither was the science used by the government because the disease is still being studied.

Mr. Stewart said the company gains more public support for its cause after every positive test worldwide, the latest of which occurred this month in Canada.

Tyson Foods Inc., Cargill Inc., Swift & Co. and National Beef Packing Co. are the four biggest U.S. beef packers and control 82 percent of the market compared with Creekstone Farms' 1 percent, Mr. Stewart said. He soon expects at least one of those companies to publicly support Creekstone Farms' testing position, but not the lawsuit.

"We're not trying to reinvent the wheel or make trouble," he said. "We want to test our product above and beyond."

---

Copyright © 2006 News World Communications, Inc. All rights reserved.

---

**Return to the article**



Want to use this article? Click here for options!
Copyright The Washington Times .

# EXHIBIT 14

CQ COMMITTEE COVERAGE
House Appropriations Committee Markup
May 9, 2006

# Committee Approves $93.6 Billion Agriculture Spending Bill

By Libby George and Catharine Richert, CQ Staff

The House Appropriations panel on Tuesday gave its voice vote approval to a $93.6 billion fiscal 2007 Agriculture spending bill, after adopting controversial amendments that would extend a federal peanut subsidy program and allow the reimportation of prescription drugs.

The draft measure, which funds the Agriculture Department, Food and Drug Administration (FDA), and related agencies, would provide $18.5 billion in discretionary funding, with the remainder going for mandatory programs such as crop subsidies, food stamps and other nutrition programs.

The measure is expected to be considered on the House floor next week, according to panel Chairman Jerry Lewis, R-Calif.

Appropriators officially allocated $17.8 billion in discretionary spending for the Agriculture bill, but they were able to add more than $650 million to that total through accounting maneuvers, including cuts to some mandatory programs.

The panel, bucking the usual deference to committee leaders, approved several amendments that Lewis and Agriculture Subcommittee Chairman Henry Bonilla, R-Texas, explicitly opposed.

In its first act of defiance, the panel adopted by voice vote an amendment by Jack Kingston, R-Ga., that would extend a peanut storage subsidy to ensure that peanut farmers are paid through fiscal 2007 for crop storage.

The payments, which were initially authorized by the 2002 farm law (PL 107-171), are set to expire this fiscal year. Peanut farmers say paying a year's worth of storage fees out-of-pocket would pose a huge financial burden, and they also argue that if the subsidy is not extended, it will put them at a disadvantage when lobbying for its inclusion in the farm bill reauthorization, which is expected to happen next year.

Bonilla warned that House authorizers will likely remove the language on the floor under a point of order, but his warning did not affect the panel's decision.

Following Kingston's success, ranking Democrat David R. Obey of Wisconsin offered his own amendment to extend for one month the Milk Income Loss Contract (MILC) program, which compensates milk producers when the price of milk falls below a federally set level.

Obey said that when Congress extended the program early this year, they put the end date a month earlier as an accounting measure to ensure that it fit under the budget

reconciliation cost ceiling. However, Obey said, the later end-date is necessary so that the MILC program will be properly scored by the Congressional Budget Office when Congress reauthorizes the farm law.

"If we don't get these problems corrected, it's going to be a dog-eat-dog world when we reauthorize the farm bill," Obey said.

Also against Bonilla's wishes, the panel revived the annual battle to allow prescription drug reimportation, adopting by voice vote an amendment by Anne M. Northup, R-Ky., that would prevent the FDA from using appropriated money to enforce a ban on importing pharmaceuticals from abroad.

"I'll let the chips fall where they may," Bonilla said after pointing out that similar amendments have been stripped from the measure in the past several years.

Maurice D. Hinchey, D-N.Y., won adoption, by voice vote, of an amendment intended to protect the integrity of FDA advisory panels. The measure would block the FDA from giving waivers to any members of its advisory panels or committees who have conflicts of interest. Bonilla argued that language in the bill is sufficient to prevent such conflicts from having negative effects, but many panel members disagreed.

Republican Harold Rogers of Kentucky said he would "reluctantly support" the amendment after experiencing a failed bid to get the FDA to reconsider rules for the prescription pain reliever Oxycontin, which he said was causing problems in his district.

"Their minds were made up before we walked through that door," Rogers said.

The committee also adopted by voice vote an amendment by Rosa DeLauro, D-Conn., that would allow the FDA to require clinical studies after a drug is on the market.

The panel rejected, 24-36, another DeLauro amendment that would have reduced recently-enacted tax cuts for those making more than $1 million annually and funneled the money — roughly $500 million — to renewable energy and rural development programs.

The panel also rejected by voice vote an amendment by Todd Tiahrt, R-Kan., that would have allowed beef producers to test all their cattle for mad cow disease.

**Committee Votes**

## HR 5384

**Fiscal 2007 Agriculture Appropriations/Manager's Amendment**
Amendment text ☒
Bonilla, R-Texas — Amendment that would reduce funding for the Agricultural Research Service by $7.4 million, to $1.06 billion, and increase the funding for the Cooperative State Research, Education and Extension Service's payments to

agricultural experiment stations, cooperative forestry, research, facilities and other expenses by roughly $2 million, to $652.6 million.

For the Cooperative State Research, Education and Extension Service's other research and education programs, the amendment would increase funding by $990,000, to $39.5 million.

The amendment also would increase the funding for the Food and Drug Administration by $14.2 million, to $1.9 billion. It also would give increases to the following FDA programs:

• The Center for Drug Evaluation and Research would get a $4 million increase, for a total of $545.1 million.
• The Center for Biologics Evaluation and Research would get a $10 million increase, for a total of $194.6 million.

The amendment also would lower the total amount of money in the bill that could be used for salaries and expenses under the conservation security program by nearly $8 million, to $280.2 million.

## Report Language

The amendment would remove language in the report that said: "the committee does not believe that the USDA has the authority to carry out a (a provisional reconstruction) program, and encourages the department to work with the Congress to obtain such authority.

The amendment would insert into the report language encouraging the USDA to establish an international market development program for U.S. wine. The program would include a student exchange and internship program involving the Virginia and California wine industries with the goal of improving U.S. wine production and promoting the exportation of U.S. wines.

Under the amendment, the report would direct that $200,000 of the $500,000 appropriated for the advancement of intervention strategies for livestock and poultry diseases go to Athens, Ga. It would remove report language that demands a $100,000 increase for the ARS research laboratory in Maricopa, Ariz., and instead direct that money to the Southwest Watershed Research Center in Tucson, Ariz., and to the University of Arizona.

The amendment would add report language calling for a ten-fold increase in the amount directed toward obesity research, from $350,000 to $3.5 million.

The amendment also would insert language to the report that would:

• Recognize the importance of research on the emerald ash borer, and continue funding of $404,700 for the work.
• Recognize the importance of plant genetic and nutrition research as it relates to finding solutions to America's obesity concerns. It would encourage the USDA and ARS to work with the University of North Carolina research campus at Kanapolis

to establish public-private partnerships to search for new ways to address current and future health concerns.

The amendment would add report language recommending a change in the location of a supported U.S. Center for Grape Genetics from Ithaca, N.Y., to Geneva, N.Y., and requesting the ARS to update a feasibility study on the Athens, Ga., poultry research facility. The updated study also would include a phased construction plan that would be complete and usable.

In the section that specifies which programs are eligible for rural development grants and financial aid, the amendment would remove the West Baton Rouge Parish, Baker city fire department and add the East Baton Rouge Parish, Baker city fire department. It also would remove five Kansas projects from the eligibility list, and add the Alligator Rural Water and Sewer Company's Alligator Sewer Project in Chesterfield County, S.C., and the Wellcare Model Project in Screven County, Ga.

The amendment contains report language urging an increase of $4 million in the amount allocated to the FDA's research on human drugs, to a total of $9.9 million. It would suggest the FDA increase funding for generic drugs by $4 million, to $5 million.

Finally, the amendment would insert report language to include the redeployment requested by the FDA for the Center for Biologics Evaluation and Research, the National Center for Toxicological Research and for other activities on the area with the understanding, and direction, that the reductions would not adversely affect public health, safety, or the agency's ability to ensure the safety of the products it regulates.

**Adopted** by voice vote; May 9, 2006.

## HR 5384
### Fiscal 2007 Agriculture Appropriations/Peanut Program

J. Kingston, R-Ga. — Amendment that would extend the peanut storage and handling fees program through fiscal 2007. The extension would cost a total of $77 million, but would not be needed until fiscal 2008.

**Adopted** by voice vote; May 9, 2006.

## HR 5384
### Fiscal 2007 Agriculture Appropriations/Milk Income Loss Contract CBO Scoring
Amendment text ☑

Obey, D-Wis. — Amendment that would restore Sept. 30, 2007, as the baseline for Congressional Budget Office scoring of the Milk Income Loss Contract (MILC). The program otherwise would expire on Aug. 31, 2007.

**Adopted** by voice vote; May 9, 2006.

## HR 5384
**Fiscal 2007 Agriculture Appropriations/Drug Importation**
Amendment text ☒

Northup, R-Ky. – Amendment that would prohibit the Food and Drug Administration from using funds provided in the bill to prevent the importation of drugs approved by the FDA.

**Adopted** by voice vote; May 9, 2006.

## HR 5384
**Fiscal 2007 Agriculture Appropriations/FDA Conflicts of Interest**
Amendment text ☒

Hinchey, D-N.Y. – Amendment that would prohibit the Food and Drug Administration from using funds provided in the bill to give any voting members of any of its advisory committees conflict of interest waivers.

**Adopted** by voice vote; May 9, 2006.

## HR 5384
**Fiscal 2007 Agriculture Appropriations/Mad Cow Testing**
Amendment text ☒

Tiahrt, R-Kan. – Amendment that would allow private beef producers and processors to voluntarily test their cattle for bovine spongiform encephalopathy (mad cow disease) in Food Safety and Inspection Service-inspected facilities.

**Rejected** by voice vote; May 9, 2006.

## HR 5384
**Fiscal 2007 Agriculture Appropriations/Research at Historically Black Colleges**
Amendment text ☒

S. Bishop, D-Ga. – Amendment that would add the following language to the report accompanying the bill:

"The committee is concerned with the level of participation by 1,890 universities in the Department's research activities, particularly those administered by the Agricultural Research Service and the Cooperative State Research, Education and Extension Service. The committee directs the [Agriculture] secretary to develop a demonstration program which encourages and fosters expanded cooperative, collaborative, and/or multi-state research opportunities between 1,890 institutions and larger land grant institutions, and to report back to the committee with an action plan for these two schools, as well as potential strategies to expand research collaborative opportunities for all 1,890 university programs by March 15, 2007."

**Adopted** by unanimous consent; May 9, 2006.

## HR 5384

**Fiscal 2007 Agriculture Appropriations/FDA Test Requirements**
Amendment text

DeLauro, D-Conn. – Amendment that would grant the Food and Drug Administration authority to require companies to conduct studies of FDA-approved drugs that are already on the market. If the companies fail to comply, the amendment would allow the FDA to consider the drug to be misbranded.

**Adopted** by voice vote; May 9, 2006.

## HR 5384

**Fiscal 2007 Agriculture Appropriations/Early Warning for Plant Diseases**
Amendment text
Wamp, R-Tenn. – Amendment that would add the following language to the report accompanying the bill:

"The committee encourages the Cooperative State Research, Education and Extension Service to engage in and promote activities to enhance, create and combine technologies in biotechnology and photonics that produce crop plants for use as early-warning sentinels for the detection of plant diseases."

**Adopted** by unanimous consent; May 9, 2006.

## HR 5384

**Fiscal 2007 Agriculture Appropriations/Mad Cow Food Study**
Amendment text
Hinchey, D-N.Y. – Amendment that would direct the Food and Drug Administration to use $700,000 of its funding provided under the "other expenses" category for a study with the National Academy of Sciences.

The amendment would require the study to examine the distribution of bovine spongiform encephalopathy (BSE, or mad cow disease) infectivity in bovine tissues and the impact of a full ban of "specified risks materials" from non-ruminant animal feed. Non-ruminant animals are any of a variety of hoofed, and usually horned, mammals such as cattle, sheep and goats.

The amendment would add language to the report that would specify that the study should examine the risks of human exposure to BSE from the inclusion of skull, eyes, trigeminal ganglia, dorsal root ganglia and vertebral column from cattle 30 months of age and older and tonsils and small intestine from cattle of all ages in non-ruminant animal feed.

**Withdrawn**; May 9, 2006.

## HR 5384

**Fiscal 2007 Agriculture Appropriations/Renewable Energy and Rural**

# Development
Amendment text ▣

DeLauro, D-Conn. – Amendment that would reduce the recently-enacted tax cuts for those making more than $1 million annually (PL 107-16, PL 108-27 and PL 108-311 by 1.21 percent, for a revenue of $500 million. The amendment would distribute the money raised to energy and rural development programs in the following amounts:

- $120 million increase for eligible bioenergy producers (ethanol and diesel) based on any year-to-year increases in the quantity of biodiesel they produce.
- $50 million increase for federal grants for ethanol and biodiesel producers who construct or expand capacity.
- $28 million to reauthorize and fund the Biomass Research and Development Act of 2000, which would be used to coordinate federally funded biomass research.
- $25 million increase in research funding for the nation's agricultural colleges that are working on promising biofuels technology.
- $23 million more for renewable energy system and energy efficiency improvements, which would be used to provide grants, loans and loan guarantees to farmers, ranchers and rural small businesses for the development of renewable energy projects and energy efficient improvements.
- $12 million more for value-added agricultural programs, which would go toward providing competitive grants for producers with feasibility studies, business plans, marketing strategies and start-up capital for farm or ranch based renewable energy.
- $10 million more for energy audit and renewable energy grants. The grants assist producers in identifying their on-farm potential for energy efficiency and renewable energy use.
- $4 million increase for rural business and cooperative loans and grants.

**Rejected 24-36: R 0-36; D 24-0; I 0-0; May 9, 2006.**

<u>Vote Key</u>

## YEAS (24)

### Democrats (24)

| | | |
|---|---|---|
| Berry (Ark.) | Bishop, S. (Ga.) | Boyd (Fla.) |
| Clyburn (S.C.) | Cramer (Ala.) | DeLauro (Conn.) |
| Dicks (Wash.) | Edwards (Texas) | Farr (Calif.) |
| Fattah (Pa.) | Hinchey (N.Y.) | Hoyer (Md.) |
| Kaptur (Ohio) | Kilpatrick (Mich.) | Lowey (N.Y.) |
| Moran, James (Va.) | Obey (Wis.) | Olver (Mass.) |
| Price, D. (N.C.) | Rothman (N.J.) | Roybal-Allard (Calif.) |
| Sabo (Minn.) | Serrano (N.Y.) | Visclosky (Ind.) |

## NAYS (36)

### Republicans (36)

| | | |
|---|---|---|
| Aderholt (Ala.) | Alexander, R. (La.) | Bonilla (Texas) |

## HR 5384

### Fiscal 2007 Agriculture Appropriations/Organic Food Definition

Amendment text ☑

Obey, D-Wis. – Amendment that would repeal the last section of the Fiscal 2006 Agriculture Appropriations law (PL 109-97), which defines what food can be considered "organic" under Food and Drug Administration regulations.

**Withdrawn:** May 9, 2006.

### NOT VOTING (6)

**Republicans (1)**

Istook (Okla.) ?

**Democrats (5)**

| | |
|---|---|
| Jackson, J. (Ill.) ? | Kennedy, P. (R.I.) ? | Mollohan (W.Va.) ? |
| Murtha (Pa.) ? | Pastor (Ariz.) ? | |

| | |
|---|---|
| Carter (Texas) | Crenshaw (Fla.) | Culberson (Texas) |
| DeLay (Texas) | Doolittle (Calif.) | Emerson (Mo.) |
| Frelinghuysen (N.J.) | Goode (Va.) | Granger (Texas) |
| Hobson (Ohio) | Kingston (Ga.) | Kirk (Ill.) |
| Knollenberg (Mich.) | Kolbe (Ariz.) | LaHood (Ill.) |
| Latham (Iowa) | Lewis, Jerry (Calif.) | Northup (Ky.) |
| Peterson, J. (Pa.) | Regula (Ohio) | Rehberg (Mont.) |
| Rogers, H. (Ky.) | Sherwood (Pa.) | Simpson (Idaho) |
| Sweeney (N.Y.) | Taylor, C. (N.C.) | Tiahrt (Kan.) |
| Walsh (N.Y.) | Wamp (Tenn.) | Weldon, D. (Fla.) |
| Wicker (Miss.) | Wolf (Va.) | Young, C.W. (Fla.) |

## HR 5384

### Fiscal 2007 Agriculture Appropriations/Vote to Report

Appropriate $93.6 billion for fiscal 2007 for programs under the jurisdiction of the Agriculture, Rural Development, FDA and Related Agencies Subcommittee. Of the total, $18.5 billion is discretionary funding.

The bill would provide:

- $80 million for avian flu countermeasures and monitoring.
- $853 million for the Food Safety and Inspection Service.
- $904 million for the Animal and Plant Health Inspection Service.
- $1.9 billion for the Food and Drug Administration.
- $90 million for bovine spongiform encephalopathy (BSE), or "mad cow" detection and prevention activities.

It also would fund the Food Stamp Program at $37.9 billion, and the Food for Peace Program at $1.2 billion.

The measure would appropriate $13.3 billion for Child Nutrition programs, which includes school breakfast and lunch; $5.2 billion for a special supplemental nutrition program for Women, Infants and Children (WIC); and $118.3 million for the Commodity Supplemental Food Program.

For the Farm Service Agency, the bill would appropriate $1 billion, and it would provide $1.06 billion for the Agricultural Research Service. It would fund Conservation Operations at $791 million, and the Rural Community Advancement Program at $700 million.

The bill also includes a provision that, for the second year, would block USDA funding to administer the Premium Reduction crop insurance program, which allows crop insurers to give rebates to customers on premiums.

The bill would block the USDA from using funding in the bill to implement a rule that would allow imports to the United States of processed poultry and other poultry products from China.

As amended by a manager's amendment, the bill would increase the funding for the Cooperative State Research, Education and Extension Service's payments to agricultural experiment stations, cooperative forestry, research, facilities and other expenses by roughly $2 million from the funding level in the bill as introduced to $652.6 million.

For the Cooperative State Research, Education and Extension Service's other research and education programs, the bill would increase funding by $990,000 to $39,542,000 from $38,552,000.

It also would provide for increase to the following FDA programs:

- The Center for Drug Evaluation and Research would get a $4 million increase, for a total of $545.1 million.
- The Center for Biologics Evaluation and Research would get a $10 million increase, for a total of $194.6 million.

The bill as amended also would lower the total amount of money that could be used for salaries and expenses under the Conservation Security Program by nearly $8 million, to $280.2 million.

Also as amended, the bill would extend the peanut storage and handling fees program through fiscal 2007. The extension would cost a total of $77 million, but not until fiscal 2008.

The measure also would restore Sept. 30, 2007, as the baseline for Congressional Budget Office scoring of the Milk Income Loss Contract (MILC). MILC is a subsidy program that compensates dairy farmers when prices fall below a level set by the federal government.

The bill would prohibit the Food and Drug Administration from using funds to prevent the importation of drugs approved by the FDA, and also would prohibit the FDA from using funds to give any voting members of any of its advisory committees conflict of interest waivers.

As amended, the report accompanying the bill would include language outlining the committee's concern over the 1,890 universities involved in the department's research activities, particularly those administered by the Agricultural Research Service (ARS) and the Cooperative State Research, Education and Extension Service (CSREES). It would direct the Agriculture secretary to develop a demonstration program that would encourage expanded cooperative, collaborative, and/or multi-state research opportunities between those institutions and larger land grant institutions, and to report back to the committee by March 15, 2007.

The report would also include language to encourage the Cooperative State Research, Education and Extension Service to engage in and promote activities to enhance, create and combine technologies in biotechnology and photonics that produce crop plants for use as early-warning sentinels for the detection of plant diseases.

**Reported favorably to the full House** (as amended) by voice vote; May 9, 2006.

| Committee Vote Position Key | | | |
|---|---|---|---|
| * | Proxy Vote | # | Paired for |
| P | Voted Present | X | Paired against |
| A | Abstained | + | Announced for |
| ? | Did not vote | - | Announced against |

Source: CQ Committee Coverage
*Gavel-to-gavel coverage and votes of every markup on Capitol Hill.*
© 2006 Congressional Quarterly Inc. All Rights Reserved