# EXHIBIT 15

20:45 09May2006 US House panel--No mad cow testing by meatpackers (108)

By Charles Abbott

WASHINGTON, May 9 (Reuters) - Meatpackers should not be allowed to run their own tests for mad cow disease, the House Appropriations Committee voted on Tuesday in an issue wrapped into U.S. efforts to revive beef sales to Japan.

On a voice vote, committee members refused to meddle in the Agriculture Department's monopoly on the tests. Lawmakers said private testing was a marketing gimmick that eventually would destroy confidence in U.S. beef.

The United States persuaded Japan to drop its own requirement for universal testing of cattle but as part of a framework to resume beef trade. But testing remains widespread among Japanese beef firms.

A Kansas meatpacker, Creekstone Farms Premium Beef LLC, filed suit in federal court on March 23 to force USDA to give it access to mad cow testing kits. It said the tests would provide reassurance to customers in markets like Japan.

Kansas Republican Todd Tiahrt unsuccessfully offered an amendment to require USDA to let meatpackers do the tests.

"If that's what it takes to sell beef, we ought to do it," said Tiahrt. "It would let us ... open markets."

Foes said food safety was a government role. Texas Republican Henry Bonilla said calls for private testing fanned the "absolutely false" idea that mad cow is a major risk.

USDA says mad cow incubates for years and is not detected in young cattle, the bulk of the 35 million U.S. cattle slaughtered for beef each year. Public health is protected by restrictions on ingredients in cattle feed, USDA says, and by removal at slaughter of brains, spinal cords and nervous tissue most at risk of carrying the infective agent for mad cow.

Three U.S. cases of mad cow disease have been found since December 2003. USDA says its tests of more than 700,000 older cattle in the past 18 months show the disease is rare.

The Appropriations Committee voted on Tiahrt's amendment as part of work on a $93.56 billion funding bill for USDA and related agencies for fiscal 2007, beginning Oct. 1. The bill now goes to the floor for a vote expected next week.

It includes funding for 40,000 tests in fiscal 2007, far lower than the current pace. USDA has said it intends to scale back testing but has not fleshed out its plans.

"I think that's going in the wrong direction," said Wisconsin Democrat Dave Obey.

In a report accompanying the spending bill, the committee said it was dissatisfied with USDA's plan for a traceback system that would be used to find suspect animals in case of mad cow or other dangerous livestock diseases.

"The committee feels that all interested parties would benefit from a transparent process of decision-making ... and therefore requires" USDA to follow the usual rule-making process, which includes seeking public feedback, the report said.

In the past year, USDA has decided to rely on voluntary reporting of livestock whereabouts and to let private databases, rather than government computers, hold the information.

((Editing by Michael Miller; Reuters Messaging: chuck.abbott.reuters.com@reuters.com; +1 202 898 8319))

Tuesday, 09 May 2006 20:45:27
RTRS [nN09359465] {C}
ENDS

# EXHIBIT 16

## CURRENT NEWS

**Japan says U.S. suit won't change beef trade rules**

March 24, 2006

By Aya Takada

TOKYO, March 24 (Reuters) - Japanese Agriculture Minister Shoichi Nakagawa said on Friday beef trade rules between Japan and the United States won't be affected by a lawsuit filed by a U.S. firm against the U.S. government over mad cow testing.

Creekstone Farms Premium Beef LLC filed a suit earlier in the week against the U.S. Agriculture Department for refusing to allow the Kansas company to voluntarily test its cattle for mad cow disease.

The company wants to test all its slaughter cattle for the fatal disease, formally known as bovine spongiform encephalopathy (BSE), so that it can prove to customers, especially in Japan, that its beef is safe.

In Japan all cattle slaughtered for food have been tested for BSE since October 2001 as a way of excluding infected animals from the food chain. After the central government dropped its blanket testing policy last August, all local governments have voluntarily continued universal testing to meet consumer demand.

Nakagawa said he understands Creekstone's eagerness to regain access to the Japanese market, which has been shut to American beef since Jan. 20 when Japanese inspectors discovered banned spinal material in a shipment of U.S. veal.

The suspension came just a month after Japan partially lifted a two-year-old ban on U.S. beef imposed over mad cow disease fears. Before the ban, Japan was the top importer of U.S. beef, buying 240,000 tonnes valued at $1.4 billion in 2003.

But Nakagawa added that Japan cannot give preferential treatment to the company as the Japanese and U.S. governments have already set beef trade rules that do not require Washington to conduct universal testing on slaughter cattle for BSE.

"We don't deny their efforts to adapt themselves to the Japanese system at a high cost, but how can we make exceptions of them?" Nakagawa asked at a news conference.

Under the beef trade agreement between the two governments, U.S. companies must remove specified risk materials that could spread mad cow disease, such as spinal cords, from cattle of all ages before the meat is shipped to Japan. They also cannot export beef from animals older than 20 months.

USDA has opposed private BSE testing of cattle, saying it is too costly and cannot be justified scientifically.

But consumer groups in the United States and Japan have applauded the action by Creekstone and urged Washington to allow the company to test all its cattle for mad cow disease.

"We hope this case will eventually force the U.S. government to tighten its rules over mad cow testing," said Hiroko Mizuhara, secretary general of the Consumers Union of Japan.

Currently the USDA is drawing up plans to scale down its mad cow testing programme that found two of the three U.S. cases of the disease, including one this month.

To press for the reopening of the Japanese market to U.S. beef, USDA will send a technical team to Japan for a meeting with Japanese counterparts next week. Nakagawa said the ministry has not yet set the date for a meeting with USDA officials.

Nakagawa also said he wants USDA officials to fully answer Japanese questions about the veal shipment before they move a step closer to a possible resumption of U.S. beef imports.

"I hope we can have a meaningful meeting to move us forward," Nakagawa told reporters.

Japan has said it could not allow imports to restart until Washington found the cause of the violation and took measures to prevent a recurrence.

The Japanese government, under fire from opposition critics who say it lifted its initial ban too quickly under U.S. pressure, is cautious about an early resumption of beef imports.

2006-03-24 03:44:52 GMT (Reuters)

(c) Reuters 2006. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

http://www.reuters.com

Powered by InfoDesk

# EXHIBIT 17

Kansas.com

Posted on Thu, Jun. 22, 2006

SKEPTICISM GREETS JAPAN ANNOUNCEMENT

# Inspections precede beef exports to Asia

BY PHYLLIS JACOBS GRIEKSPOOR
The Wichita Eagle

Kansas beef packers, like Kansas congressional delegation members, are not taking for granted that Japan's stated intention to resume imports of U.S. beef will become reality.

"We're going to wait and see what happens next," Kevin Pentz, manager of Creekstone Farms Premium Beef at Arkansas City, said Wednesday. "We've heard this before."

Earlier this year, Japan resumed imports of U.S. beef, only to halt shipments after three weeks when bone fragments were discovered in a shipment of veal. It announced Wednesday that it would end the latest ban pending inspections of American meat processing plants.

Sens. Sam Brownback and Pat Roberts also expressed some skepticism about the announcement.

"This is not the first time Japan has said it will re-open its market," Brownback said.

Roberts introduced legislation Wednesday that would place tariffs on Japanese goods coming into the U.S. until a date for the resumption of beef shipments is announced.

Beef is a $5 billion industry in Kansas, and the export market is important. In 2003, Kansas exported $871 million worth of meat and animals. That fell to $343 million in 2004 after the ban by Japan and other Asian countries.

Creekstone and the Dodge City plant of Wichita-based Cargill Meat Solutions are among the 30 facilities that Japan will visit during the next month. Pentz said he expects to see Japanese auditors at Creekstone the week of July 10.

Creekstone was also among 38 plants that Korean auditors visited several weeks ago.

"It's our understanding that they will be looking at general food safety -- at the handling of specific risk materials and at the separation of imported and domestic cattle -- as well as at age verification to be sure cattle are under 20 months of age," Pentz said.

Mad cow disease affects older cattle and has never been confirmed in an animal younger than 21 months.

Creekstone is not concerned about meeting the requirements, Pentz said. Its systems for removal of spinal cord material and its food safety standards are top of the line, he said. And Creekstone, the nation's 11th-largest beef packer, slaughters only source-verified, domestic cattle.

The plant passed the Korean inspection, Pentz said, but seven of the plants visited did not.

"We were told the main concern was the separation of Canadian cattle from domestic cattle," Pentz said. "The Koreans said they would resume imports if their concerns at those seven plants were addressed.

"But our own government refused to make any changes and said that Korea had to approve the entire system before any plants could resume exports."

Pentz said he's concerned that a similar situation will occur with the Japanese audit.

Creekstone had sold almost 30 percent of its production to Japan before the ban on U.S. beef that followed the discovery of a case of mad cow disease in December 2003. Last March, Creekstone sued the government for the right to exceed U.S. standards by testing all its cattle for mad cow disease.

Cargill Meat Solutions, the nation's second-largest beef packer, operates five plants in the United States. Japanese inspectors will visit all five, spokesman Mark Klein said.

"We are looking at this as another step toward resumption of trade," Klein said.

Japanese audit teams will arrive in the United States this weekend to inspect U.S. cattle and complete their work by July 21, the U.S. Agriculture Department said.

---

*Reach P.J. Griekspoor at 316-268-6660 or at pgriekspoor@wichitaeagle.com.*

---

© 2006 Wichita Eagle and wire service sources. All Rights Reserved.
http://www.kansas.com

# EXHIBIT 18

*Westlaw.*                                                          **NewsRoom**

7/27/06 APALERTMEDIC 06:08:35                                         Page 1


7/27/06 AP Alert - Med. 06:08:35

                        AP Alert - Medical
 Copyright 2006 The Associated Press. All rights reserved. This material may not be
               published, broadcast, rewritten or redistributed.

                          **July 27, 2006**

**Japan's   health   minister   announces   lifting   of   ban   on   US
                      beef   imports**
                       By CARL FREIRE
                    Associated Press Writer

TOKYO_Japan's health minister announced the resumption of U.S. beef imports
Thursday, ending a ban imposed in January due to concerns about mad cow disease.

The lifting of the ban, imposed after Japanese inspectors checking a veal shipment
found banned parts believed to be at risk for the illness, removes a key irritant
between Tokyo and Washington and restores access to a lucrative market for U.S.
exporters.

Health Minister Jiro Kawasaki announced the lifting of the ban after the Agriculture
Ministry's mad cow advisory committee approved a resumption in imports.

"We've decided on the resumption and that the agriculture and health ministries will
jointly notify the U.S. of the decision on the resumption of imports," Kawasaki told
reporters.

"We think it is possible to guarantee safety so long as the U.S. observes its export
program to Japan," he added. "We strongly hope that the U.S. will ensure compliance
with the export program."

Japanese inspectors on Sunday returned from a monthlong tour of 35 facilities in the
United States to evaluate whether they comply with safeguards against mad cow
disease. Japan requested the tour in June as a condition for its agreement in
principle to resume imports.

Kawasaki said the inspectors found no problems at 20 of the 35 facilities. Thirteen
of the 15 facilities with problems had made sufficient improvements by Thursday to
be eligible for export to Japan, he said.

Of the remaining pair, one facility will be kept under close surveillence while the
other's exports will not be allowed in Japan, he said.

The health ministry will also monitor how well the U.S. observes its export
verification program over the next six months, according to a ministry statement.
There are no plans to add more facilities to the list of those approved for export
to Japan, it said.

U.S. Embassy officials will be notified of the decision at the agriculture ministry
later Thursday, Kawasaki said. Ministry officials will also convey the decision to

          © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Japan's Food Safety Commission later Thursday, he said.

Under an agreement between the countries, all U.S. beef shipped to Japan must come from cattle less than 20 months old, and no brain or spinal material can be included because the disease can be carried in that tissue.

Shipments from the 34 approved plants are likely to arrive in Japan in two weeks if shipped by sea, according to Kyodo News agency.

Japan was a huge consumer of U.S. beef before 2003, when it imposed an import ban over concerns about possible mad cow disease _ formally known as bovine spongiform encephalopathy, or BSE _ among U.S. cattle.

The ban was lifted late last year, only to be reimposed in January after inspectors found prohibited animal parts in a veal shipment from New York.

In 2003, Japan bought about US$1.4 billion (euro1.1 billion) worth, about 10 percent of U.S. beef sales. Some American senators have threatened sanctions unless imports are restarted within weeks.

Mad cow disease _ formally known as bovine spongiform encephalopathy, or BSE _ is a degenerative nerve disease in cattle. In humans, eating meat contaminated with BSE is linked to variant Creutzfeldt-Jakob Disease, a rare and deadly nerve disease.

___

Eds: Associated Press Writer Chisaki Watanabe contribued to this report.

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Imports (1IM45); World Trade (1WO85); Economics & Trade (1EC26))

INDUSTRY:  (Meat Processing (1ME83); Beef Cattle Farming (1BE48); Food & Beverage Production (1FO79); Manufacturing (1MA74; Food Safety & Testing (1FO17); Veal (1VE35); Beef (1BE75); Agriculture (1AG63); Agriculture, Food & Beverage (1AG53))

REGION:  (Americas (1AM92); North America (1NO39); Japan (1JA96); Asia (1AS61); Far East (1FA27); Eastern Asia (1EA61); USA (1US73))

Language:  EN

OTHER INDEXING:  (AGRICULTURE MINISTRY; BSE; EDS: WRITER CHISAKI WATANABE; FOOD SAFETY COMMISSION; KYODO NEWS AGENCY; MINISTRY; TOKYO; US EMBASSY) (Creutzfeldt-Jakob Disease; Thirteen)  (Japan; JPN; Asia; United States; USA; NorthAmerica)

KEYWORDS:  (i);  (Medical);  (Agriculture);  (Business);  (Law)

Word Count: 652
7/27/06 APALERTMEDIC 06:08:35

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

7/27/06 APALERTMEDIC 06:08:35                                    Page 3

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 19

Kansas meatpackers say South Korea move will boost sales

Copyright 2006 Associated Press
All Rights Reserved
The Associated Press State & Local Wire

September 12, 2006 Tuesday  5:08 AM GMT

**SECTION:** STATE AND REGIONAL

**LENGTH:** 484 words

**HEADLINE:** Kansas meatpackers say South Korea move will boost sales

**DATELINE:** WICHITA Kan.

**BODY:**

Kansas beef producers say resumed trade with South Korea and Japan will help them gain back the trust of Asian meat consumers, though they don't think sales will rebound to levels seen before the two countries imposed bans over concerns about mad cow disease.

South Korea had been one of the largest foreign beef markets before the country shut its doors to American beef imports in 2003 after the first U.S. case of mad cow disease. Last week, South Korea agreed to resume those imports.

Kansas meatpacking plant operators say that market's reopening, combined with Japan's decision in July to lift its ban on American beef, will boost sales to Asian markets, albeit gradually.

"We have some product moving, but it's not very fast," said Kevin Pentz, general manager at the Arkansas City-based Creekstone Farms Premium Beef. "I don't think we'll see any great surge in demand."

Creekstone, which specializes in premium black Angus beef, employs about 750 people to process about 5,250 head of cattle a week. Before 2003, Creekstone had sold about one-third of its beef to Japan, which at one time imported $1.4 billion worth of U.S. beef a year.

But Japan banned U.S. beef imports after the discovery in 2003 of bovine spongiform encephalopathy, a degenerative nerve illness in cattle commonly called mad cow disease.

Creekstone sued the U.S. government in March for refusing to let the company test for mad cow disease in every animal it slaughters, saying the company's Japanese customers wanted comprehensive testing.

Kansas cattlemen agree Japan's decision this summer to resume imports of U.S. beef is having a noticeable impact.

While beef exports still are 57 percent below 2003 levels, they are up almost 70 percent from 2005, said Jim Mintert, a livestock market economist at Kansas State University.

Mintert said the resumption of beef trade with South Korea will bolster those numbers.

"They're allowing beef from animals younger than 30 months of age, where Japan is less than 20 months," Mintert said. "But one major problem is this is boneless beef only, with a zero tolerance for even the smallest bone fragment. That's a tough restriction to meet."

Mintert said ranchers across the Great Plains are struggling to recover from the summer drought, which forced them to cull herds and sell off livestock. He said that has kept cattlemen from entering the expansion cycle that would be expected with today's prices, which top $92 per hundredweight.

Still, many producers say any progress is a positive step, and resumed trade with South Korea will help build back trust of consumers across Asia as they see that U.S. beef exports are safe and healthy.

"I try to keep looking on the positive side of it," said Frank Harper, a Harvey County rancher and small feedlot operator. "If we can gain a trust factor from their (Japanese and South Korean) visits to our packing plants, it'll be a really good thing."

**LOAD-DATE:** September 12, 2006

**EXHIBIT 20**

Case 1:06-cv-00544-JR    Document 10-7    Filed 09/22/2006    Page 16 of 17

7/29/06 Wichita Eagle (Kan.) b6
2006 WLNR 13084110

Wichita Eagle (KS)
Copyright 2006 The Wichita Eagle

**July 29, 2006**

Section: b

**Creekstone      prepares      to      resume      exports      to      Japan**

BY PHYLLIS JACOBS GRIEKSPOOR, The Wichita Eagle

Creekstone Farms Premium Beef in Arkansas City is gearing up to resume beef shipments to customers in Japan, most likely by the end of next week.

But there has not been an outpouring of demand, Creekstone spokesman Joe Meng said Friday.

"Initially, we'll be sending them frozen product," Meng said. "We're beginning to manufacture for them, but I think it's going to be a long, slow process to recapture those customers."

Meng said Creekstone could move more rapidly to regain customers in Japan if the USDA would allow the company to test all the animals it slaughters for mad cow disease. It has sued the USDA over the matter.

"We are pursuing our lawsuit for the right to conduct those tests, which we still believe are key to regaining the market," Meng said.

Japanese auditors recently completed their inspection of 35 U.S. packing plants, including Creekstone Farms, and announced Thursday that Japan would resume U.S. imports.

Kansas is the nation's second-largest beef-producing state, behind Texas. It has pushed for months to reopen Japanese markets that were once worth $1.4 billion nationally before Japan's 2003 ban on U.S. beef following a case of mad cow disease in Washington state.

John Stewart, chief executive and founder of Creekstone, said regaining market share could be tough for U.S. packers. Since Japan closed its borders to U.S. beef, Australia and New Zealand have captured more than 80 percent of the market.

Creekstone continues to be concerned that the USDA has not reopened South Korean markets to the 30 U.S. plants, including Creekstone, that passed South Korea's inspection and are approved to send beef there.

USDA has held up shipments to South Korea because a few U.S. plants did not pass the

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

7/29/06 WCHTEAG b6                                                    Page 2

Korean inspection.

Creekstone, founded more than 10 years ago, produces premium Black Angus beef and
sells to retail outlets and restaurants. It also produces natural beef, with no
added hormones or antibiotics.

Before the Japanese ban, Creekstone sold about 30 percent of its production to
Japan.

                            ---- INDEX REFERENCES ----

NEWS SUBJECT:  (Economics & Trade (1EC26))

INDUSTRY:  (Beef Cattle Farming (1BE48); Agriculture, Food & Beverage Regulatory
(1AG56); Agriculture (1AG63); Agriculture, Food & Beverage (1AG53))

REGION:  (South Korea (1SO65); USA (1US73); Oceania (1OC40); Americas (1AM92); Japan
(1JA96); North America (1NO39); Far East (1FA27); Asia (1AS61); Eastern Asia
(1EA61))

Language:  EN

OTHER INDEXING:  (Joe Meng; John Stewart)  (CREEKSTONE FARMS; CREEKSTONE FARMS
PREMIUM BEEF; USDA)  (Black Angus; Creekstone; Initially; Joe Meng; John Stewart;
Kansas; Meng)  (Japan; Japan; Japan; Kansas; Texas; Washington state; Japan;
Australia; New Zealand; South Korea; Japan; us; usa; na; us.ks; us.ks.wichta; au;
aus; jp; jpn; kor; kr; nz; nzl; an; anz; as; asp; us.tx; us.wa)

KEYWORDS:  (CT/agr);  (CT/ebf);  (NT/Farming);  (SU/agriculture);  (SU/business)

EDITION: main

Word Count: 403
7/29/06 WCHTEAG b6




END OF DOCUMENT




© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.