# EXHIBIT 21

DOW JONES NEWSWIRES

August 9, 2006 Thursday

USMEF Says Japanese Consumers Snapping Up US Beef

KANSAS CITY (Dow Jones)-Contrary to what might be expected given published reports that most Japanese consumers don't want U.S. beef, the U.S. Meat Export Federation Wednesday issued a statement that the roughly five metric tons of U.S. beef at three Costco stores in the Tokyo area sold out in the first day.

'The first shipment of U.S. beef to Japan began selling in the Costco store nearest Tokyo Wednesday, and interest among media and consumers was high, the USMEF said. About 60 media representatives were on hand to capture video footage and conduct consumer interviews starting at 1 p.m. local time.

The USMEF's "We Care" campaign gives Japanese audiences information demonstrating the U.S. beef industry's commitment to taking the proper steps in assuring food safety, quality and taste, the release said.

Although polls show many Japanese consumers still have some doubts about the safety of the U.S. product and are reluctant to buy, results from the Costco reintroduction demonstrated that consumers were open to factual information and were willing to give the product a try, the USMEF said. Japanese shoppers lined up for tastes of U.S. beef being sampled at the store, and many purchased multiple packs of the product.

The "We Care" campaign, with participation and support from the U.S. government, beef producers and exporting companies, was introduced Aug. 4, and is intended to help re-establish the high quality image U.S. beef previously held by the Japanese, the release said.

It includes advertising in major newspapers, a Web site, retail and foodservice promotions, interviews and public relations events. Later a major media conference, seminars and "We Care" barbecues are planned.

The U.S. Meat Export Federation is the trade association responsible for developing international markets for the U.S. red meat industry and is funded by the U.S. Agriculture Department, exporting companies, and the beef, pork, lamb, corn, sorghum and soybean checkoff programs.

-By Lester Aldrich; Dow Jones Newswires; 913-322-5179; lester.aldrich@dowjones.com

(END) Dow Jones Newswires

August 09,2006 16:46 ET (20:46 GMT)

Copyright (c) 2006 Dow Jones & Company, Inc.

# EXHIBIT 22

AGENCE FRANCE PRESSE ENGLISH WIRE
Copyright 2006 Agence France-Presse

September 6, 2006

Japan's Yoshinoya to put beef bowls back on menu

TOKYO, Sept 6, 2006 (AFP) - Japanese beef bowl restaurant chain Yoshinoya said Wednesday that it will put its main dish back on the menu later this month following the end of a ban on US beef imports.

Yoshinoya D and C Co. aims to serve one million dishes of gyudon -- bowls of rice topped with seasoned beef -- across its restaurants for one day only on September 18, company spokeswoman Eiko Tanisawa said.

After that, sales will be gradually phased in due to limited supplies of US beef, which Japan has banned twice since December 2003 due to mad cow fears.

The company will start selling one million beef bowls nationwide a day for five days from October 1 and again from November 1, the spokeswoman said.

"It will be sometime in December that the company will be able to serve the dish everyday," she said. "But it still won't be served 24 hours."

Tokyo in late July announced it would allow imports of US beef on condition the cattle were 20 months old or younger at the time of slaughter, with brains, spinal cords and other risky body parts removed.

About 80 percent of the beef for Yoshinoya's beef bowls will be imported from the Untied States, while the remaining about 20 percent will be from Mexico, Tanisawa said.

The barbecue restaurant Zenshoku last month became the first major chain in Japan to start serving US beef again.

Many Japanese consumers remain sceptical that the meat is safe.

Japan is the only Asian country to have confirmed bovine spongiform encephalopathy (BSE), the brain-wasting condition commonly known as mad cow disease, in its own herd.

Unlike the United States, Japan tests every cow to be slaughtered for meat.

Word Count: 343

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 23

Brownfield: Ag News for America
www.brownfieldnetwork.com

More Japanese supermarkets decide to sell U.S. beef
Friday, September 1, 2006, 12:05 PM

by Jason Vance

Audio related to this story (Audio with Phil Seng, CEO of the U.S. Meat Export Federation. MP3 1:56)

Five Japanese supermarkets are set to start selling U.S. beef as early as the middle of next week. The Nihon Keizai Shimbun reported that C.G.C. Japan Co., a cooperative buying organization, said Thursday that five stores plan to resume sales of U.S. beef.

Many supermarkets continue to be hesitant about U.S. beef, although consumer demand has been very high since the ban was lifted in July. The five supermarkets made the decision to sell U.S. beef because of consumer requests.

According to Phil Seng, CEO of the U.S. Meat Export Federation, supply seems to be the issue as opposed to demand.

“Our offices in Tokyo have been overwhelmed with requests for information about U.S. beef and when they can procure the product,” Seng said. “We’re very enthused about what the opportunities appear to be in the Japanese market today.”

The requirement that U.S. beef must come from cattle less than 21 months of age is a limiting factor to moving forward in the market, but Seng says beyond that with demand what it is there is tremendous potential for growth in the Japanese market.

“There is a very steady cliental for our product, among the trade they’ve made money, the margins are very good with our product and the consistency, and all the natural attributes of U.S. beef are still there,” Seng said. “We do feel that we have to get the word out, we have mounted a major campaign called ‘We Care’, and I think it’s going to have some impact as far as the Japanese consumers are concerned and also the trade.”

# EXHIBIT 24

# TOTAL U.S. BEEF EXPORTS 1996-2005

## (Including Variety Meats)

| | Volume (MT) | Value ($Billions) |
|---|---|---|
| 2005 | 472,668 | 1.365 |
| 2004 | 321,967 | .809 |
| 2003 | 1,274,098 | 3.856 |
| 2002 | 1,233,769 | 3.204 |
| 2001 | 1,273,173 | 3.405 |
| 2000 | 1,279,717 | 3.615 |
| 1999 | 1,179,537 | 3.281 |
| 1998 | 1,046,135 | 2.842 |
| 1997 | 981,247 | 2.968 |
| 1996 | 968,188 | 3.051 |

### Top Export Markets for U.S. Beef (including variety meat)

**Japan**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 2,307 | 7.9 |
| 2004 | 797 | 3.7 |
| 2003 | 375,455 | 1,391 |
| 2002 | 332,197 | 1,028 |
| 2001 | 513,174 | 1,617 |
| 2000 | 546,010 | 1,814 |
| 1999 | 511,978 | 1,723 |
| 1998 | 481,997 | 1,602 |
| 1997 | 434,266 | 1,638 |
| 1996 | 515,373 | 1,931 |

**Mexico**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 282,115 | 882 |
| 2004 | 197,617 | 566 |
| 2003 | 334,736 | 874 |
| 2002 | 350,002 | 855 |
| 2001 | 311,404 | 775 |
| 2000 | 248,819 | 605 |
| 1999 | 226,840 | 527 |
| 1998 | 196,658 | 460 |
| 1997 | 150,844 | 351 |
| 1996 | 89,332 | 199 |

**Republic of Korea**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 2,106 | 1.2 |
| 2004 | 672 | .930 |
| 2003 | 246,595 | 815 |
| 2002 | 238,001 | 648 |
| 2001 | 149,772 | 390 |
| 2000 | 159,238 | 512 |
| 1999 | 114,650 | 344 |
| 1998 | 58,272 | 149 |
| 1997 | 95,404 | 301 |
| 1996 | 81,206 | 254 |

**Canada**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 48,860 | 209 |
| 2004 | 23,332 | 98 |
| 2003 | 91,902 | 331 |
| 2002 | 97,673 | 298 |
| 2001 | 95,728 | 287 |
| 2000 | 98,521 | 308 |
| 1999 | 96,082 | 281 |
| 1998 | 97,657 | 294 |
| 1997 | 104,569 | 318 |
| 1996 | 106,994 | 331 |

**China/Hong Kong**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 1,000 | 2.4 |
| 2004 | 1,960 | 3.7 |
| 2003 | 40,199 | 119 |
| 2002 | 39,790 | 102 |
| 2001 | 32,445 | 87 |
| 2000 | 37,007 | 95 |
| 1999 | 23,602 | 61 |
| 1998 | 21,869 | 55 |
| 1997 | 22,582 | 66 |
| 1996 | 22,722 | 68 |

**Taiwan**

| | Volume (MT) | Value ($Millions) |
|---|---|---|
| 2005 | 7,764 | 41.8 |
| 2004 | 364 | .296 |
| 2003 | 19,191 | 76 |
| 2002 | 18,612 | 56 |
| 2001 | 13,126 | 46 |
| 2000 | 20,741 | 64 |
| 1999 | 13,831 | 50 |
| 1998 | 9,955 | 34 |
| 1997 | 11,035 | 48 |
| 1996 | 10,097 | 46 |

Statistics provided by U.S. government and compiled by USMEF (303) 623-6328.

# EXHIBIT 25

9/15/06 Inside US Trade (Pg. Unavail. Online)
2006 WLNR 16031739

Inside US Trade
Copyright 2006 Inside Washington Publishers

**September 15, 2006**

Section: 37

**SOUTH KOREA PARTIALLY OPENS BEEF MARKET , BONE FRAGMENTS UNRESOLVED**

South Korea late last week announced that it would allow imports of U.S. boneless beef products from cattle younger than 30 months of age, provided the cattle were slaughtered on or after Sept. 11, which is when the deal took effect.

However, no agreement had been reached on a tolerance standard for bone fragments, and sources said some U.S. beef plants would not ship until they received assurances that Korea would allow some bone fragments in the boneless beef, as the U.S. allows in its own imports.

Regarding bone tolerances, sources said USDA hoped to meet with Korean officials in Seoul next week to press for resolution of the issue. A USDA official said a meeting was tentatively slated for Sept. 19, but a firm date had not yet been set.

On Sept. 8, a Korean official said that Korea would consider any bone fragment in the U.S. boneless beef to be a violation of the bilateral beef import agreement, and declined to specify whether any bone fragments could lead to another total ban on beef from the United States.

Agriculture Secretary Mike Johanns in a Sept. 7 statement said "significant technical issues" still must be resolved, an apparent reference to the bone fragment issue. Johanns said USDA would work with Korea "in the coming days" to address the issue.

"We look forward to expanding our access to the Korean market and other export markets to achieve trade that is consistent with international guidelines," Johanns said.

Similarly, Senate Finance Ranking Member Max Baucus (D-MT) said that in order to live up to the relevant World Animal Health Organization (OIE) guidelines, it is "imperative" that Korea import all beef products.

However, Korea considers its marketing opening announced last week to fully satisfy the requirement of the bilateral agreement with the United States that it allow beef imports consistent with OIE guidelines, a Korean official said.

Creekstone Farms, a specialty beef processor, was freezing beef from cattle slaughtered on Sept. 11 so it could begin shipping to Korea, according to an

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

informed source. Creekstone placed extra employees on its production lines to monitor the Korea-bound boneless beef for any bone fragments, this source said.

Allowing time for shipment, the first U.S. beef to arrive in Korea since December 2003 is expected in early October, sources said.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Economics & Trade (1EC26))

INDUSTRY: (Veterinary Services (1VE79); Meat Processing (1ME83); Beef Cattle Farming (1BE48); Agriculture, Food & Beverage Regulatory (1AG56); Food & Beverage Production (1FO79); Healthcare (1HE06); Beef (1BE75); Agriculture (1AG63); Food & Beverage Regulatory (1FO94); Agriculture, Food & Beverage (1AG53))

REGION: (South Korea (1SO65); Americas (1AM92); North America (1NO39); Asia (1AS61); Far East (1FA27); Eastern Asia (1EA61); USA (1US73))

Language: EN

OTHER INDEXING: (OIE; SIMILARLY SENATE FINANCE RANKING MEMBER MAX BAUCUS; USDA) (Agriculture; Creekstone; Creekstone Farms; Johanns; Mike Johanns; SOUTH KOREA PARTIALLY OPENS BEEF)

Word Count: 465
9/15/06 INSUST (No Page)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 26

Search for

Help

Health standards

[Français][Español]

International Animal Health Code - 2006

PART 3. ..« ».. SECTION 3.8. ..« ».. CHAPTER 3.8.4. ..« »»

Contents ? - Index

- Site Map

- The OIE
- The Veterinary Services
- Press releases/Editorials
- International meetings
- World animal health situation
- Official animal health status
- Animal diseases data
- OIE Expertise
- Certification of diagnostic assays
- Health standards
- OIE Publications
- Jobs/Internships/Services
- Links

*Copyright © 2006 OIE World Organisation for Animal Health http://www.oie.int/*

APPENDIX 3.8.4.

**SURVEILLANCE FOR BOVINE SPONGIFORM ENCEPHALOPATHY**

Article 3.8.4.1.

**Introduction**

1. Depending on the risk category of a country, *zone* or *compartment* with regard to bovine spongiform encephalopathy (BSE), surveillance for BSE may have one or more goals:

   a. detecting BSE, to a pre-determined design prevalence, in a country, *zone* or *compartment*;

   b. monitoring the evolution of BSE in a country, *zone* or *compartment*;

   c. monitoring the effectiveness of a feed ban and/or other risk mitigation measures, in conjunction with auditing;

   d. supporting a claimed BSE status;

   e. gaining or regaining a higher BSE status.

2. When the BSE agent is present in a country or *zone*, the cattle population will comprise the following sectors, in order of decreasing size:

   a. cattle not exposed to the infective agent;

   b. cattle exposed but not infected;

   c. infected cattle, which may lie within one of three stages in the progress of BSE:

      i. the majority will die or be killed before reaching a stage at which BSE is detectable by current methods;

      ii. some will progress to a stage at which BSE is detectable by testing before clinical signs appear;

      iii. the smallest number will show clinical signs.

3. The BSE status of a country, *zone* or *compartment* cannot be determined only on the basis of a surveillance programme but should be determined in

accordance with all the factors listed in Article 2.3.13.2. The surveillance programme should take into account the diagnostic limitations associated with the above sectors and the relative distributions of infected cattle among them.

4. With respect to the distribution and expression of the BSE agent within the sectors described above, the following four subpopulations of cattle have been identified for surveillance purposes:

   a. cattle over 30 months of age displaying behavioural or clinical signs consistent with BSE (clinical suspects);

   b. cattle over 30 months of age that are non-ambulatory, recumbent, unable to rise or to walk without assistance; cattle over 30 months of age sent for emergency slaughter or condemned at ante-mortem inspection (casualty or emergency slaughter or downer cattle);

   c. cattle over 30 months of age which are found dead or killed on farm, during transport or at an *abattoir* (fallen stock);

   d. cattle over 36 months of age at routine slaughter.

5. A gradient is used to describe the relative value of surveillance applied to each subpopulation. Surveillance should focus on the first subpopulation, but investigation of other subpopulations will help to provide an accurate assessment of the BSE situation in the country, *zone* or *compartment*. This approach is consistent with Appendix 3.8.1. on general guidelines for animal health surveillance.

6. When establishing a surveillance strategy, authorities need to take into account the inherent difficulties of obtaining samples on farm, and overcome them. These difficulties include higher cost, the necessity to educate and motivate owners, and counteracting potentially negative socio-economic implications.

Article 3.8.4.2.

**Description of cattle subpopulations**

1. Cattle over 30 months of age displaying behavioural or clinical signs consistent with BSE (clinical suspects)

   Cattle affected by illnesses that are refractory to treatment, and displaying progressive behavioural changes such as excitability, persistent kicking when milked, changes in herd hierarchical status, hesitation at doors, gates and barriers, as well as those displaying progressive neurological signs without signs of infectious illness are candidates for examination. These behavioural changes, being very subtle, are best identified by those who handle animals on a daily basis. Since BSE causes no pathognomonic clinical signs, all countries with cattle populations will observe individual animals displaying clinical signs consistent with BSE. It should be recognised that cases may display only some of these signs, which may also vary in severity, and such animals should still be investigated as potential BSE affected animals. The rate at which such suspicious cases are likely to occur will differ among epidemiological situations and cannot therefore be predicted reliably.

   This subpopulation is the one exhibiting the highest prevalence. The accurate recognition, reporting and classification of such animals will depend on the ongoing owner/veterinarian awareness programme. This and the quality of the investigation and laboratory examination systems (Article 2.3.13.2.), implemented by the *Veterinary Services*, are essential for the credibility of the surveillance system.

2. Cattle over 30 months of age that are non-ambulatory, recumbent, unable to rise or to walk without assistance; cattle over 30 months of age sent for emergency slaughter or condemned at ante-mortem inspection (casualty or emergency

slaughter, or downer cattle)

These cattle may have exhibited some of the clinical signs listed above which were not recognised as being consistent with BSE. Experience in countries where BSE has been identified indicates that this subpopulation is the one demonstrating the second highest prevalence. For that reason, it is the second most appropriate population to target in order to detect BSE.

3. Cattle over 30 months of age which are found dead or killed on farm, during transport or at an abattoir (fallen stock)

   These cattle may have exhibited some of the clinical signs listed above prior to death, but were not recognised as being consistent with BSE. Experience in countries where BSE has been identified indicates that this subpopulation is the one demonstrating the third highest prevalence.

4. Cattle over 36 months of age at routine slaughter

   Experience in countries where BSE has been identified indicates that this subpopulation is the one demonstrating the lowest prevalence. For that reason, it is the least appropriate population to target in order to detect BSE. However, sampling in this subpopulation may be an aide in monitoring the progress of the epizootic and the efficacy of control measures applied, because it offers continuous access to a cattle population of known class, age structure and geographical origin. Testing of routine slaughter cattle 36 months of age or less is of relatively very little value (Table 2).

Article 3.8.4.3.

**Implementation of surveillance**

In order to implement efficiently a surveillance strategy for BSE, a country must use documented records or reliable estimates of the age distribution of the adult cattle population and the number of cattle tested for BSE stratified by age and by subpopulation within the country, *zone* or *compartment*.

The approach assigns ‘point values’ to each sample, based on the subpopulation from which it was collected and the likelihood of detecting infected cattle in that subpopulation. The number of points a sample is assigned is determined by the subpopulation from which the sample is collected and the age of the animal sampled. The total points accumulation is then periodically compared to the target number of points for a country, *zone* or *compartment*.

A surveillance strategy should be designed to ensure that samples are representative of the herd of the country, *zone* or *compartment*, and include consideration of demographic factors such as production type and geographic location, and the potential influence of culturally unique husbandry practices. The approach used and the assumptions made should be fully documented, and the documentation retained for 7 years.

The points targets and surveillance point values in this Appendix were obtained by applying the following factors to a statistical model:

a. the design prevalence for Type A or Type B surveillance;

b. a confidence level of 95%;

c. the pathogenesis, and pathological and clinical expression of BSE:

   i. sensitivity of diagnostic methods used;

   ii. relative frequency of expression by age;

   iii. relative frequency of expression within each subpopulation;

iv. interval between pathological change and clinical expression;

d. demographics of the cattle population, including age distribution;

e. influence of BSE on culling or attrition of animals from the cattle population via the four subpopulations;

f. percentage of infected animals in the cattle population which are not detected.

Although the procedure accepts very basic information about a cattle population, and can be used with estimates and less precise data, careful collection and documentation of the data significantly enhance their value. Since samples from clinical suspect animals provide many times more information than samples from healthy or dead-of-unknown-cause animals, careful attention to the input data can substantially decrease the procedure's cost and the number of samples needed. The essential input data are:

b. cattle population numbers stratified by age;

c. the number of cattle tested for BSE stratified by age and by subpopulation.

This Appendix utilises Tables 1 and 2 to determine a desired surveillance points target and the point values of surveillance samples collected.

Within each of the subpopulations above in a country, *zone* or *compartment*, a country may wish to target cattle identifiable as imported from countries or *zones* not free from BSE and cattle which have consumed potentially contaminated feedstuffs from countries or *zones* not free from BSE.

All clinical suspects should be investigated, regardless of the number of points accumulated. In addition, animals from the other subpopulations should be tested.

1. Type A surveillance

   The application of Type A surveillance will allow the detection of BSE around a design prevalence of at least one case per 100,000 in the adult cattle population in the country, *zone* or *compartment* of concern, at a confidence level of 95%.

2. Type B surveillance

   The application of Type B surveillance will allow the detection of BSE around a design prevalence of at least one case per 50,000 in the adult cattle population in the country, *zone* or *compartment* of concern, at a confidence level of 95%.

   Type B surveillance may be carried out by countries, *zones* or *compartments* of negligible BSE risk status (Article 2.3.13.13.) to confirm the conclusions of the risk assessment, for example by demonstrating the effectiveness of the measures mitigating any risk factors identified, through surveillance targeted to maximise the likelihood of identifying failures of such measures.

   Type B surveillance may also be carried out by countries, *zones* or *compartments* of controlled BSE risk status (Article 2.3.13.4.), following the achievement of the relevant points target using Type A surveillance, to maintain confidence in the knowledge gained through Type A surveillance.

Article 3.8.4.4.

1. Selecting the points target

   The surveillance points target should be selected from Table 1, which shows

target points for adult cattle populations of different sizes. The size of the adult ca population of a country, *zone* or *compartment* may be estimated or may be set at one mi because, for statistical reasons, one million is the point beyond which sample size does further increase with population size.

Table 1. **Points targets for different adult cattle population sizes in a country, zone or compartment**

| Points targets for country, zone or compartment | | |
|---|---|---|
| **Adult cattle population size (24 months and older)** | **Type A surveillance** | **Type B surveillan** |
| >1,000,000 | 300,000 | 150,000 |
| 800,000-1,000,000 | 240,000 | 120,000 |
| 600,000-800,000 | 180,000 | 90,000 |
| 400,000-600,000 | 120,000 | 60,000 |
| 200,000-400,000 | 60,000 | 30,000 |
| 100,000-200,000 | 30,000 | 15,000 |
| 50,000-100,000 | 15,000 | 7,500 |

2. Determining the point values of samples collected

Table 2 can be used to determine the point values of the surveillance samples collected. approach assigns point values to each sample according to the likelihood of detec infection based on the subpopulation from which the sample was collected and the age of animal sampled. This approach takes into account the general principles of surveilla described in Appendix 3.8.1. and the epidemiology of BSE.

Because precise aging of the animals that are sampled may not be possible, Tab combines point values into five age categories. The point estimates for each category w determined as an average for the age range comprising the group. The age groups w selected on their relative likelihoods of expressing BSE according to scientific knowledg the incubation of the disease and the world BSE experience. Samples may be collected f any combination of subpopulations and ages but should reflect the demographics of cattle herd of the country, *zone* or *compartment*. In addition, countries should sample at l three of the four subpopulations.

If a country, *zone* or *compartment* determines, based on the demographics epidemiological characteristics of its cattle population, that precise classification of subpopulations 'casualty or emergency slaughter, or downer cattle' and 'fallen stock' is possible, these subpopulations may be combined. In such a case, the surveillance p values accorded to the combined subpopulation would be that of 'fallen stock'.

The total points for samples collected may be accumulated over a period of a maximur 7 consecutive years to achieve the target number of points determined in Table 1.

Table 2. **Surveillance point values for samples collected from animals in the given subpopulation and age category**

| Surveillance subpopulation | | | |
|---|---|---|---|
| **Routine slaughter**[2.] | **Fallen stock**[3.] | **Casualty slaughter**[4.] | **Clinical suspect**[5.] |
| **Age >1 year and <2years** | | | |
| 0.01 | 0.2 | 0.4 | N/A |

| Age >2 years and <4 years (young adult) | | | |
|---|---|---|---|
| 0.1 | 0.2 | 0.4 | 260 |
| Age >4 years and <7 years (middle adult) | | | |
| 0.2 | 0.9 | 1.6 | 750 |
| Age >7 years and <9 years (older adult) | | | |
| 0.1 | 0.4 | 0.7 | 220 |
| Age >9 years (aged) | | | |
| 0.0 | 0.1 | 0.2 | 45 |

Surveillance points remain valid for 7 years (the 95th percentile of the incubation period).

---

1. DP (design prevalence) is used to determine the size of a testing survey expressed in terms of target points. If the actual prevalence is greater than the selected design prevalence, the survey is highly likely to detect disease.

2. See point 4) of Article 3.8.4.2.

3. See point 3) of Article 3.8.4.2.

4. See point 2) of Article 3.8.4.2.

5. See point 1) of Article 3.8.4.2.

---