IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-544 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, and MIKE JOHANNS, IN HIS ) | |
| CAPACITY AS THE SECRETARY OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.1, defendants respectfully submit the following material facts as to which there is no genuine issue:

1. The incubation period for BSE ranges from two to eight years with an average of five years, meaning that on average it takes five years from the date a cow is infected with BSE for the cow to show any outward clinical signs of the disease, such as abnormal posture, inability to walk, and other impaired coordination. Declaration of Lisa A. Ferguson ("Ferguson Decl.") (Exhibit 1 to Consolidated Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment ("Defs.' Mem.")) ¶ 5. As a result, BSE generally affects older cattle, typically more than 30 months of age. Id. Only a few cases of BSE have been found in animals less than 30 months of age, and these have occurred primarily in countries with significant levels of circulating infectivity. Id.

2. In the United States, the majority of cattle going to slaughter are less than 24 months old. Ferguson Decl. ¶ 5; Stanley B. Prusiner, "Detecting Mad Cow Disease," Scientific

American (July 2004) ("Prusiner Article") at 91 (attached as Exhibit 3 to Pl.'s Mem.).

   3. The earliest point at which current testing methods can detect a positive case of BSE is two to three months before a cow would demonstrate clinical signs of the disease. Ferguson Decl. ¶ 6; Declaration of Byron Rippke ("Rippke Decl.") (Exhibit 2 to Defs.' Mem.) ¶ 9.

   4. Given that the average incubation period of the disease is five years, a negative test on a cow under 24 months old cannot be interpreted to mean that the cow is necessarily "BSE-free." Ferguson Decl. ¶ 6; Prusiner Article at 91.

   5. Since 1990, the USDA's Animal and Plant Health Inspection Service ("APHIS") has conducted surveillance testing of cattle in the United States in order to estimate the prevalence of BSE in the nation's herd. Ferguson Decl. ¶ 9. In June 2004, APHIS implemented an enhanced BSE surveillance testing program under which the agency, in a one-time effort, set out to test as many cattle as possible in the high-risk population for a 12 to 18 month period in order to obtain a snapshot of the U.S. cattle population and to provide a more accurate estimate of the prevalence, if any, of BSE in that population. Id. The BSE testing is performed exclusively by a number of government-affiliated labs; private testing is not permitted. Id. To date, APHIS has tested over 750,000 cattle for BSE with only two positive results. Id. Analysis of the test results indicates that the prevalence of BSE in the United States is less than one case per million adult cattle and estimates that out of the 42 million adult cattle population in the United States between four and seven cattle are expected to be infected with the disease. Id. ¶ 10.

   6. The high-risk cattle that the APHIS surveillance testing targets include cattle older than 30 months of age, cattle exhibiting signs of central nervous system disorders, and non-ambulatory cattle. Ferguson Decl. ¶ 10.

7. Because USDA's surveillance testing targets high risk and older cattle, in which the disease, if present, has had a sufficient amount of time to mature to become detectable, the BSE tests are more effective at correctly determining whether a cow has BSE when used on those cattle than when used on cattle younger than 24 months old exhibiting no signs of the disease. Ferguson Decl. ¶ 6; Prusiner Article at 91; 70 Fed. Reg. 460, 475 (Jan. 4, 2005).

8. The World Organization for Animal Health (Office International des Epizooties ("OIE")) has stated that "[t]esting of routine slaughter cattle 36 months of age or less is of relatively very little value." OIE, Terrestrial Animal Health Code – 2005, Appendix 3.8.4 Surveillance for Bovine Spongiform Encephalopathy, Article 3.8.4.2. (Exhibit 26 to Defs.' Mem.).

9. There have been only three confirmed cases of cattle infected with BSE in the United States. Ferguson Decl. ¶ 12.

10. Japan has lifted its ban against U.S. beef and has resumed importing U.S. beef. Ferguson Decl. ¶ 13; Carl Freire, Japan's Health Minister Announces Lifting of Ban on US Beef Imports, Associated Press, July 27, 2006 (Exhibit 18 to Defs.' Mem.).

11. Plaintiff has resumed its shipments of beef to Japan. See Kansas Meatpackers Say South Korea Move Will Boost Sales, Associated Press, September 12, 2006 (Exhibit 19 to Defs.' Mem.); Phyllis Jacobs Griekspoor, Creekstone Prepares to Resume Exports to Japan, Wichita Eagle, July 29, 2006 (Exhibit 20 to Defs.' Mem.).

12. A significant portion of plaintiff's products historically have been sold in Asia, especially Japan. Complaint ¶ 4.

13. In 2003, before it imposed its ban, Japan was the top importer of U.S. beef,

purchasing approximately $1.4 billion worth of American beef.  See Aya Takada, Japan Says U.S. Suit Won't Change Beef Trade Rules, Reuters, March 24, 2006 (Exhibit 16 to Defs.' Mem.); Phyllis Jacobs Griekspoor, Creekstone Prepares to Resume Exports to Japan, Wichita Eagle, July 29, 2006 (Exhibit 20 to Defs.' Mem.).

14.  The first shipment of U.S. beef to Japan since Japan lifted its ban, consisting of approximately five metric tons of beef, sold out the first day it was offered at Tokyo area stores.  See Lester Aldrich, USMEF Says Japanese Consumers Snapping Up US Beef, Dow Jones Newswires, August 9, 2006 (Exhibit 21 to Defs.' Mem.).

15.  South Korea recently lifted its ban against U.S. beef and is expected to resume its imports of U.S. beef in the next few weeks.  Ferguson Decl. ¶ 13.

16.  On March 17, 2004, USDA's Animal and Plant Health Inspection Service's ("APHIS") Center for Veterinary Biologics ("CVB") issued its Notice No. 04-08.  See March 17, 2004 Notice No. 04-08 (Exhibit 5 to Defs.' Mem.).  In this notice, the CVB indicated that Biological Product Licenses for BSE test kits will be issued subject to the restrictions that the sale of BSE test kits in the United States be restricted to laboratories approved by State and Federal (USDA) animal health officials for the purpose of participating in USDA's program of BSE surveillance testing, and that distribution and use of BSE test kits shall be under the supervision or control of USDA's APHIS Veterinary Services.  Id.

17.  On April 8, 2004, at a meeting between representatives of plaintiff and USDA, USDA informed plaintiff that its request for a license to use BSE rapid test kits in a private marketing program could not be granted, because BSE test kits were designed for animal health surveillance purposes, the indiscriminate testing of all animals at slaughter regardless of age or

outward signs of disease, as proposed by plaintiff, would serve no animal health purpose, and plaintiff's proposed use of the test kits would imply a food safety aspect that is not scientifically justified.  See Ferguson Decl. ¶ 11.  USDA issued a press release the following day explaining its decision and reiterating that USDA has taken a number of measures to protect consumer health and the animal herd from BSE and that an international panel of experts noted that "there is no scientific justification for 100 percent testing because the disease does not appear in younger animals."  April 9, 2004 USDA Press Release No. 0141.04 (Exhibit 6 to Defs.' Mem.).

18. On May 9, 2006, the House Appropriations Committee voted against an amendment that would have required USDA to allow meatpackers, such as plaintiff, to conduct private BSE testing.  See Libby George and Catharine Richert, Committee Approves $93.6 Billion Agriculture Spending Bill, Congressional Quarterly, May 9, 2006, at 2, 5 (Exhibit 14 to Defs.' Mem.).

19. Diagnostic tests commonly detect or measure antigens, antibodies, nucleic acids, or immunity.  See Rippke Decl. ¶ 6.

20. Like viruses, serums, or toxins, diagnostic tests frequently interact with the immune system in order to identify the presence or absence of a disease or condition.  See Rippke Decl. ¶ 6.

21. Diagnosis is an inherent and commonsense aspect of any treatment.  Rippke Decl. ¶ 11.

22. BSE test kits employ antibodies that interact and bind with the abnormal protein prions thought to cause BSE.  See Rippke Decl. ¶ 7; Pl.'s Mem. at 8-9.  Antibodies have a direct effect on the immune system like viruses, serums, and toxins do.  See Rippke Decl. ¶¶ 5-7.

23. Serums contain antibodies and are used to transfer immunity to another individual, and toxins are capable of inducing neutralizing antibodies or antitoxins. Pl.'s Mem. at 35 n.14.

24. BSE test kits are used to diagnose the presence of the BSE disease in cattle. See Rippke Decl. ¶ 7.

25. Current BSE surveillance testing conducted under the auspices of USDA contributes to the knowledge of the disease and may increase the chances of developing therapies or cures for the disease in the future. See Rippke Decl. ¶ 10.

26. Indiscriminate testing of all animals at slaughter, regardless of age or outward signs of disease, serves no human or animal health or food safety purpose. See Ferguson Decl. ¶¶ 5-6, 11.

Dated: September 22, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

/s/ Edward H. White
JAMES J. GILLIGAN
EDWARD H. WHITE (D.C. Bar No. 468531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Defendants