IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 06-544 (JR) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.1, defendants respond to plaintiff's statement of material facts as to which plaintiff alleges there is no genuine issue. Plaintiff's numbered statements are reproduced below, each followed by the defendants' individual response. As a general matter, however, defendants object to each of plaintiff's statements of material facts in light of plaintiff's failure to include in any of its statements citations to the record or any other evidence supporting such statements as required under LCvR 56.1.

1. Defendant USDA has denied Creekstone's requests to obtain and use USDA-approved bovine spongiform encephalopathy ("BSE") test kits, to be designated as a USDA-approved laboratory to use such test kits, and/or to have a USDA process verification for BSE-tested beef.

**Response:** Undisputed that USDA refused to license manufacturers or importers of BSE test kits to sell them to plaintiff for the purposes plaintiff identified.

2. USDA has cited, as authority for the actions in Paragraph 1 and for restricting access

to BSE test kits, the Virus-Serum-Toxin Act, 21 U.S.C. § 151 et seq., and 9 C.F.R. § 102.5(d) and § 104.1.

**Response:** Undisputed, except to the extent that the statement implies that the cited provisions are the exclusive bases of authority for the USDA actions referenced therein.

3. BSE test kits are intended for the detection of prion proteins, which are not antigens, antibodies, nucleic acids, or immunity.

**Response:** Disputed insofar as the statement asserts that prion proteins are not antigens. BSE test kits act through the detection of a unique identifier antigen, $Prp^{res}$, which is a prion protein. BSE test kits use a monoclonal antibody that recognizes and binds to the $Prp^{res}$ antigen following treatment of the sample with protease. The $Prp^{res}$ is a unique protein present only in animals infected with BSE. The Steadman's Medical Dictionary defines antigen as any of various sorts of material (e.g. microorganisms, toxoides, exotoxins, foreign proteins, and others) that, as a result of coming in contact with appropriate tissues of an animal body, stimulate an immune response. Declaration of Dr. Byron Rippke ("Rippke Decl.") ¶ 7 (Exhibit 2 to Defs.' Mem.).

4. BSE test kits do not act primarily through the direct stimulation, supplementation, enhancement, or modulation of the immune system or immune response.

**Response:** Disputed. BSE test kits use a monoclonal antibody that recognizes and binds to the $Prp^{res}$ antigen following treatment of the sample with protease. The binding of the monoclonal antibody to the target antigen is an immunological reaction that can be detected and indicates the presence of $Prp^{res}$. In this manner, BSE test kits act through the stimulation or modulation of the immune system or immune response. Rippke Decl. ¶ 7.

5. BSE itself is a cellular pathology that does not involve an immunological response or the immune system.

**Response:**  Undisputed but not material.

6. BSE test kits are not a virus, serum, or toxin.

**Response:**  Undisputed, except to the extent that the statement implies that BSE test kits are not analogous to viruses, serums, or toxins.  BSE test kits, through their use of antibodies and antigens to stimulate an immune response are similar to viruses, serums, and toxins.  Rippke Decl. ¶¶ 6-8.

7. BSE test kits do not function similarly to a virus, serum, or toxin.

**Response:**  Disputed.  BSE test kits, through their use of antibodies and antigens to stimulate an immune response are similar to viruses, serums, and toxins.  Rippke Decl. ¶¶ 6-8.

8. BSE test kits are not intended for use for purposes of treating animals or for protecting or aiding animal health.

**Response:**  Disputed.  Diagnosis of a disease is an inherent aspect of treating a disease and BSE test kits are used to diagnose the presence of the BSE disease.  Rippke Decl. ¶¶ 7, 8, 11.  Use of BSE test kits in a program of targeted surveillance testing also protects or aids animal health by providing estimates of the prevalence of the disease in the United States and by determining the effectiveness of other BSE mitigation measures in place which limit the spread of the disease.  Declaration of Lisa Ferguson ("Ferguson Decl.") ¶ 9 (Exhibit 1 to Defs.' Mem.).  In addition, BSE surveillance testing contributes to the knowledge of the disease and may increase the chances of developing therapies or potential cures for the disease in the future.  Rippke Decl. ¶ 10.

9. BSE test kits are not worthless, contaminated, dangerous, or harmful.

**Response:** Disputed to the extent that BSE test kits are used on normal-looking slaughtered-aged cattle for animal health or for food safety purposes. When used on such cattle, use of BSE test kits are scientifically unjustified and serve no meaningful purpose regarding human or animal health or food safety and are worthless. Ferguson Decl. ¶¶ 5-6; 70 Fed. Reg. 460, 475 (Jan. 4, 2005); OIE, Terrestrial Animal Health Code – 2005, Appendix 3.8.4 Surveillance for Bovine Spongiform Encephalopathy, Article 3.8.4.2. (Exhibit 26 to Defs.' Mem.).

10. USDA has used BSE test kits supplied by Bio-Rad Laboratories, Inc., to test hundreds of thousands of cattle for BSE at taxpayer expense, including thousands of cattle that had no outward signs of BSE or other risk factors and thousands of cattle that were under 30 months of age.

**Response:** Undisputed, except to the extent that the statement asserts that USDA tested thousands of cattle that had no outward signs of BSE or other risk factors. USDA's surveillance BSE testing is performed on higher risk cattle, which includes cattle older than 30 months that may not show outward signs of the disease because age itself is a risk factor and cattle that do show outward signs of the disease whether they are under or over 30 months of age because displaying signs of the disease is also a risk factor. See Ferguson Decl. ¶¶ 6, 9, 10.

Dated: September 22, 2006                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

/s/ Edward H. White
JAMES J. GILLIGAN
EDWARD H. WHITE (D.C. Bar No. 468531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Defendants