IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-544 (JR) |

**[PROPOSED] ORDER**

Upon consideration of plaintiff's motion for summary judgment, defendants' cross-motion for summary judgment, and the memoranda and exhibits filed in support thereof and in opposition thereto, it is hereby

ORDERED that defendant's motion for summary judgment is GRANTED, and it is

FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

_____          _____
Date                                                              JAMES ROBERTSON
                                                                        United States District Judge