IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
CREEKSTONE FARMS PREMIUM BEEF, LLC,        )
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )   Civil Action No. 06-544 (JR)
                                           )
UNITED STATES DEPARTMENT OF AGRICULTURE,   )
and MIKE JOHANNS, IN HIS CAPACITY AS THE   )
SECRETARY OF AGRICULTURE,                  )
                                           )
                Defendants.                )
_____)

**UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff, Creekstone Farms Premium Beef, LLC ("Creekstone" or "the Company") respectfully moves the Court for modification of the October 16, 2006 deadline for submission of Creekstone's reply in support of its motion for summary judgment and opposition to Defendants' cross-motion for summary judgment ("Creekstone's Reply") that was established in the Court's order of September 13, 2006.

Good cause exists for the requested schedule change because unforeseen events have made it impossible for Creekstone to obtain needed documents for, and secure needed client review of, Creekstone's planned filing. This is primarily because the founder and Chief Executive Officer of Creekstone, John D. Stewart, retired from the Company last week. Mr. Stewart's decision to retire was announced within the Company last week and to the public today. This change in the management of Creekstone has impeded communications with customers and suppliers whose declarations are needed to support a

Creekstone's Reply. It also has impeded prompt review of a draft of Creekstone's Reply, and the positions to be taken therein, by the Company's management.

Accordingly, and after consultation with Defendants, Creekstone respectfully requests that the Court extend the deadlines established by the Court's September 13, 2006 order by two weeks, as follows:

| | |
|---|---|
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment | October 30, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | November 20, 2006 |

The undersigned counsel has contacted counsel of record for Defendants, who has authorized me to represent that Defendants do not object to this requested modification of the schedule established by the Court's September 13, 2006 order. A proposed order is attached.

Dated: October 16, 2006

Respectfully submitted,

    /s/ Russell S. Frye_____
Russell S. Frye (D.C. Bar No. 331124)
FryeLaw PLLC
P.O. Box 33195
Washington, DC 20033-0195
Tel: (202) 572-8267
Fax: (866) 850-5198
Email: rfrye@fryelaw.com

Attorney for Plaintiff