IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CREEKSTONE FARMS PREMIUM BEEF, LLC,                 )
                                                    )
            Plaintiff,                              )
                                                    )
            vs.                                     )   Civil Action No. 06-544 (JR)
                                                    )
UNITED STATES DEPARTMENT OF AGRICULTURE,            )
and MIKE JOHANNS, IN HIS CAPACITY AS THE            )
SECRETARY OF AGRICULTURE,                           )
                                                    )
            Defendants.                             )
_____)


**[PROPOSED] ORDER**


The Court having considered the plaintiff's unopposed motion for modification of

briefing schedule, and good cause having been shown, plaintiff's motion is hereby

GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary

judgment shall proceed henceforth according to the following schedule:

| | |
|---|---|
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment | October 30, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | November 20, 2006 |

- 2 -

IT IS SO ORDERED.

_____          _____
         Date                                                                    JAMES ROBERTSON
                                                    United States District Judge