IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CREEKSTONE FARMS PREMIUM BEEF, LLC,     )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )  Civil Action No. 06-544 (JR)
                                        )
UNITED STATES DEPARTMENT OF AGRICULTURE,)
and MIKE JOHANNS, IN HIS CAPACITY AS THE)
SECRETARY OF AGRICULTURE,               )
                                        )
            Defendants.                 )
_____)

### UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Plaintiff, Creekstone Farms Premium Beef, LLC ("Creekstone" or "the Company") respectfully moves the Court for modification of the October 30, 2006 deadline for submission of Creekstone's reply in support of its motion for summary judgment and opposition to Defendants' cross-motion for summary judgment ("Creekstone's Reply") that was established in the Court's order of October 18, 2006.

Good cause exists for the requested extension because unforeseen events have made it impracticable for Creekstone to obtain needed declarations in support of Creekstone's planned filing in a manner that would allow Creekstone to complete its reply and opposition by today's deadline. Specifically, all three of the individuals who are providing declarations in support of Creekstone's Reply have been out of the country recently, returning as late as last Friday, making it difficult to communicate with them and obtain final versions of their declarations that could be used in preparing Creekstone's Reply.

In addition, in one instance there was a new development in Korea over the weekend just ended, requiring a change in one of the declarations. These constraints were unforeseen and prevented Creekstone's counsel from being able to complete its responsive documents currently due today.

Accordingly, and after consultation with Defendants, Creekstone respectfully requests that the Court extend the deadline established by the Court's October 18, 2006 order for Creekstone's Reply by four days and, to accommodate planned travel by Defendants' counsel over the Thanksgiving holiday, to extend the deadline for Deefendants' reply in support of their cross-motion for summary judgment by 11 days. The schedule would then be as follows:

| | |
|---|---|
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment | November 3, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | December 1, 2006 |

The undersigned counsel has contacted counsel of record for Defendants, who has authorized me to represent that Defendants do not object to this requested modification of the schedule established by the Court's October 18, 2006 order. A proposed order is attached.

Dated: October 30, 2006

                                    Respectfully submitted,

                                      /s/  Russell S. Frye
                                  Russell S. Frye (D.C. Bar No. 331124)

FryeLaw PLLC
P.O. Box 33195
Washington, DC 20033-0195
Tel: (202) 572-8267
Fax: (866) 850-5198
Email: rfrye@fryelaw.com

Attorney for Plaintiff

- 3 -