IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 06-544 (JR) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and MIKE JOHANNS, IN HIS CAPACITY AS THE SECRETARY OF AGRICULTURE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

The Court having considered the plaintiff's October 30, 2006 unopposed motion for modification of briefing schedule, and good cause having been shown, plaintiff's motion is hereby

GRANTED, and it is

ORDERED that submission and briefing of the parties' cross-motions for summary judgment shall proceed henceforth according to the following schedule:

| | |
|---|---|
| Plaintiff's reply in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment | November 3, 2006 |
| Defendants' reply in support of their cross-motion for summary judgment | December 1, 2006 |

- 2 -

IT IS SO ORDERED.

_____           _____
       Date                                                              JAMES ROBERTSON
                                                                         United States District Judge