Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Summary Judgment Reply and Opposition

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, <br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br> and MIKE JOHANNS, IN HIS CAPACITY AS THE <br> SECRETARY OF AGRICULTURE, <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:06-cv-00544-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF Boyd R. Oase**

I, Boyd Oase, certify and state as follows:

      1.     I am Meat and Seafood Director of Kowalski's Markets. Kowalski's Corporation

is a 10 store chain of retail grocery stores. My company has been in this business for 22 years. I

make this declaration based on my personal knowledge.

      2.     Kowalski's Markets is a customer of Creekstone Farms Premium Beef, LLC

("Creekstone").

      3.     Kowalski's Markets and our customers would like to purchase beef from cattle

tested for bovine spongiform encephalopathy ("BSE").

      4.     Based on indications from my customers that they prefer beef from BSE-tested

cattle, my company would be willing to pay a higher price for such beef and my company would

be in a position to purchase larger amounts of beef from Creekstone.

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on October /?, 2006.

                             Signed _____