Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Summary Judgment Reply and Opposition

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE<br>SECRETARY OF AGRICULTURE,<br>Defendants. | Case No. 1:06-cv-00544-JR |

**DECLARATION OF [INSERT NAME]**

**I, [Darin Parker], certify and state as follows:**

1. I am [CEO] of [Parker International, Inc.]. [Parker International Inc] is an [export trading comapny]. My company has been in this business for 13 years. I make this declaration based on my personal knowledge.

2. [Parker International Inc.] is a customer of Creekstone Farms Premium Beef, LLC ("Creekstone").

3. [Darin Parker] and our customers would like to purchase beef from cattle tested for bovine spongiform encephalopathy ("BSE").

4. Based on indications from my customers that they prefer beef from BSE-tested cattle, my company would be willing to pay a higher price for such beef and my company would be in a position to purchase larger amounts of beef from Creekstone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2006.

Signed _____