Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Summary Judgment Reply and Opposition

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE )<br>SECRETARY OF AGRICULTURE, )<br>Defendants. )<br>) | Case No. 1:06-cv-00544-JR |

### DECLARATION OF KYU O KIM

I, Kyu O Kim, certify and state as follows:

1.  I am a managing member of NY-SK Trading, LLC ("NYSK"). NYSK is a New York Limited Liability Company established by Steve Kim and others in April 1995 to sell and market Creekstone Farms' beef products in Korea in anticipation of the re-opening of the Korean market for U.S beef products. Steve Kim and his associates in Korea have been in the business of selling meat products at both wholesale and retail levels for over ten years. I make this declaration based on my personal knowledge.

2.  NYSK is a customer of Creekstone Farms Premium Beef, LLC ("Creekstone").

3.  NYSK and our customers would like to purchase beef from cattle tested for bovine spongiform encephalopathy ("BSE").

4.  Based on indications from my customers that they prefer beef from BSE-tested cattle, my company would be willing to pay a higher price for such beef and my company would be in a position to purchase larger amounts of beef from Creekstone, especially since one of the biggest hurdles for the Korean market is the perception among Korean consumers that American beef is not as safe as Korean beef or Australian beef.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2006.

Signed _____