Creekstone Farms Premium Beef v. USDA
Civ. Action No. 06-544 (JR)
Plaintiff's Summary Judgment Reply and Opposition

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC,<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and MIKE JOHANNS, IN HIS CAPACITY AS THE SECRETARY OF AGRICULTURE,<br>Defendants. | Case No. 1:06-cv-00544-JR |

## DECLARATION OF THE PENN TRAFFIC COMPANY

I, Steve Erdley certify and state as follows:

1. I am Vice President of perishable merchandising of Penn Traffic Company. Penn Traffic is a supermarket & food wholesaling business. My company has been in this business for over 100 years. I make this declaration based on my personal knowledge.

2. Penn Traffic is a customer of Creekstone Farms Premium Beef, LLC ("Creekstone").

3. Penn Traffic and our customers would like to purchase beef from cattle tested for bovine spongiform encephalopathy ("BSE").

4. Based on indications from my customers that they prefer beef from BSE-tested cattle, my company would be willing to pay a higher price for such beef and my company would be in a position to purchase larger amounts of beef from Creekstone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2006.

Signed /s/ Steve Erdley