IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
CREEKSTONE FARMS PREMIUM BEEF, LLC, )
)
               Plaintiff, )
)
            vs. )  Civil Action No. 06-544 (JR)
)
UNITED STATES DEPARTMENT OF AGRICULTURE, )
and MIKE JOHANNS, IN HIS CAPACITY AS THE )
SECRETARY OF AGRICULTURE, )
)
             Defendants. )
_____)

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS OUT OF TIME

      Plaintiff, Creekstone Farms Premium Beef, LLC ("Creekstone") respectfully moves the Court for leave to file out of time its response to the Defendants' Statement of Undisputed Material Facts, dated September 22, 2006. Per the Court's order of November 2, 2006, Creekstone's opposition to Defendants' cross-motion for summary judgment was due on November 3, 2006.

      Good cause exists for the requested motion for leave to file out of time for the following reason: On the evening of November 3, 2006, undersigned counsel for Creekstone tried many times to log on to the District Court's electronic case filing system, always getting an error message. Finally, with the midnight deadline for filing Creekstone's opposition to Defendants' cross-motion for summary judgment less than an hour away, undersigned counsel arranged for co-counsel to burn the documents on a CD and head for

the courthouse to place the CD in the night filing drop box. Then, shortly before midnight, the electronic case filing system suddenly became available. In the rush to get Creekstone's reply and opposition memorandum and eleven exhibits uploaded and filed before midnight, undersigned counsel overlooked uploading and filing Creekstone's response to Defendants' Statement of Undisputed Material Facts at the same time. Counsel became aware of the oversight when reviewing the PACER docket today to look for an *amicus curiae* filing.

     Undersigned counsel has contacted counsel of record for Defendants, who has authorized me to represent that Defendants do not object to this motion for leave to file Creekstone's response to Defendants' Statement of Undisputed Material Facts out of time. Defendants' reply in support of their cross-motion for summary judgment is not due for over three weeks, so the slight delay in filing Creekstone's response will not prejudice Defendants. A copy of Creekstone's response is attached, which Creekstone respectfully requests be accepted and filed.

Dated: November 6, 2006

                                              Respectfully submitted,

                                                /s/ Russell S. Frye_____
                                            Russell S. Frye (D.C. Bar No. 331124)
                                            FryeLaw PLLC
                                            P.O. Box 33195
                                            Washington, DC 20033-0195
                                            Tel: (202) 572-8267
                                            Fax: (866) 850-5198
                                            Email: rfrye@fryelaw.com

                                            Attorney for Plaintiff