IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE )<br>SECRETARY OF AGRICULTURE, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-544 (JR) |

**[PROPOSED] ORDER**

The Court having considered the plaintiff's November 6, 2006 unopposed motion for leave to file response to defendants' statement of material facts out of time, and good cause having been shown, plaintiff's motion is hereby

GRANTED, and it is

ORDERED that the Clerk shall file plaintiff's Response to Defendants' Statement of Undisputed Material Facts that was tendered with the motion.

IT IS SO ORDERED.

_____                    _____
         Date                                                                    JAMES ROBERTSON
                                                                                       United States District Judge