UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | Civil Action No. 06-544 (JR) |

## ORDER

Upon consideration of the Motion for Leave to Appear as *Amicus Curiae* in Opposition to Defendants' Motion for Summary Judgment filed by Wild Oats Markets, Inc., it is hereby

ORDERED, that said motion be and hereby is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. James Robertson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: _____

Serve All Counsel by CM/ECF

7235528_1