IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES DEPARTMENT OF  ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS  ) <br> CAPACITY AS THE SECRETARY OF  ) <br> AGRICULTURE,  ) <br> ) <br> Defendants.  ) <br> ) | Civil Action No. 06-544 (JR) |

**UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Defendants United States Department of Agriculture ("USDA") and Mike Johanns, Secretary of Agriculture ("Secretary") (collectively "defendants"), respectfully move the Court for modification of the December 1, 2006 deadline for submission of defendants' reply in support of their cross-motion for summary judgment ("defendants' reply") that was established in the Court's minute order of November 2, 2006, which granted plaintiff's unopposed motion for modification of the briefing schedule.

Good cause exists for the requested schedule change because undersigned trial counsel for defendants was occupied for approximately the past two weeks in responding to an unanticipated emergency motion in separate litigation involving a detainee held at Guantanamo Bay, Cuba, which prevented counsel from preparing defendants' reply in the above-captioned case.

Plaintiff has made similar requests for modification of the briefing schedule on June 26, 2006 (dkt. no. 5), October 16, 2006 (dkt. no. 12), and October 30, 2006 (dkt. no. 13), all of

which the Court has granted. Defendants' request for modification will not result in a substantial delay of the resolution of this matter.

Accordingly, and after consultation with and consent by plaintiff's counsel, defendants respectfully request that the Court extend the December 1, 2006 deadline for submission of defendants' reply by two weeks, making defendants' reply due on December 15, 2006.

Therefore, for the reasons stated above, defendants respectfully request that the Court grant their unopposed motion for modification of the briefing schedule.

A proposed order is attached.

Dated: November 28, 2006              Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  JEFFREY A. TAYLOR
                                  United States Attorney

                                  /s/ Edward H. White
                                  JAMES J. GILLIGAN
                                  EDWARD H. WHITE (D.C. Bar No. 468531)
                                  Attorneys
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue, N.W. Room 6110
                                  Washington, D.C. 20530
                                  Tel: (202) 514-5108
                                  Fax: (202) 318-4268
                                  email: ned.white@usdoj.gov

                                  Attorneys for Defendants