**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, and MIKE JOHANNS, IN HIS )<br>CAPACITY AS THE SECRETARY OF )<br>AGRICULTURE, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-544 (JR) |

**[PROPOSED] ORDER**

The Court having considered defendants' unopposed motion for modification of briefing schedule, and good cause having been shown, defendants' motion is hereby

GRANTED, and it is

ORDERED that defendants' reply in support of their cross-motion for summary judgment shall be due on or before December 15, 2006.

IT IS SO ORDERED.

_____          _____
Date                                                                  JAMES ROBERTSON
                                                                      United States District Judge