IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-544 (JR) |

### DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Defendants United States Department of Agriculture ("USDA") and Mike Johanns, Secretary of Agriculture ("Secretary") (collectively "defendants"), respectfully move the Court for permission to exceed the twenty-five (25) page limitation set for reply memoranda as provided in both LCvR 7(e) and in the parties' Joint Stipulation and Motion Regarding Page Limitations for Submissions Related to Cross-Motions for Summary Judgment (dkt. no. 9) (Sept. 22, 2006) ("Joint Stipulation Regarding Page Limitations"), which the Court granted by minute order on September 25, 2006. Defendants seek an additional ten (10) pages to be allotted to their Reply Memorandum in Support of their Cross-Motion for Summary Judgment.

Good cause exists for Defendants' Reply Memorandum to exceed the current page limitation. Under the parties' Joint Stipulation Regarding Page Limitations, plaintiff was allotted forty-five (45) pages for its reply and opposition brief, and its memorandum in support of its motion for summary judgment was also forty-five (45) pages long, giving plaintiff a total of ninety (90) pages of briefing to support and oppose the cross-motions for summary judgment in

this case.  The Joint Stipulation Regarding Page Limitations, however, merely allotted fifty-five (55) pages for defendants' opposition and cross-motion brief and twenty-five (25) pages for defendants' reply brief, leaving defendants with only eighty (80) total pages of briefing to support and oppose the cross-motions for summary judgment in this case.  Thus, the requested ten (10) additional pages for defendants' reply brief would equalize the total pages afforded to the parties for their cross-motions for summary judgment.  In addition, an *amicus* brief was recently filed and raised new arguments in opposition to defendants' cross-motion for summary judgment, and plaintiff attached voluminous exhibits and declarations to its reply and opposition brief, all of which require additional pages for defendants to set forth an adequate response.

Counsel for defendants consulted with plaintiff's counsel, and plaintiff's counsel consents to defendants' request for an additional ten (10) pages to be allotted to their reply memorandum.

Accordingly, for the reasons stated above, defendants respectfully request that the Court grant their unopposed motion to exceed page limitations and allow defendants a total of thirty-five (35) pages for their reply memorandum.

A proposed order is attached.

Dated: December 15, 2006              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              KEVIN V. RYAN
                                              United States Attorney

                                              /s/ Edward H. White
                                              JAMES J. GILLIGAN
                                              EDWARD H. WHITE (D.C. Bar No. 468531)
                                              Attorneys
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, N.W.  Room 6110
                                              Washington, D.C. 20530
                                              Tel: (202) 514-5108
                                              Fax: (202) 318-4268
                                              email: ned.white@usdoj.gov

                                              Attorneys for Defendants