IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and MIKE JOHANNS, IN HIS CAPACITY AS THE SECRETARY OF AGRICULTURE, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 06-544 (JR)

**[PROPOSED] ORDER**

The Court having considered defendants' unopposed motion to exceed page limitations, and good cause having been shown, defendants' motion is hereby

GRANTED, and it is

ORDERED that defendants' reply memorandum in support of their cross-motion for summary judgment shall be limited to thirty-five (35) pages in length.

IT IS SO ORDERED.

_____        _____
Date                                                             JAMES ROBERTSON
                                                                       United States District Judge