UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CREEKSTONE FARMS PREMIUM BEEF, L.L.C., :
:
Plaintiff, :
:
v. : Civil Action No. 06-0544 (JR)
:
U.S. DEPARTMENT OF AGRICULTURE, :
*et al.*, :
:
Defendants. :

### ORDER

For the reasons set forth in the accompanying memorandum, each of the parties' cross-motions for summary judgment [6, 10] is **granted in part and denied in part**. Defendants' motion is **granted** as to Count I and **denied** as to Count II, and plaintiff's motion is **denied** as to Count I and **granted** as to Count II.  It is

**ORDERED, ADJUDGED** and **DECREED** that defendants' prohibition of the private use of rapid test kits to screen cattle for bovine spongiform encephalopathy is unlawful.  It is

**FURTHER ORDERED** by the Court *sua sponte* that the effectiveness of this order is **stayed pending appeal**.  If no appeal is taken, it will become effective on June 1, 2007.

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge