IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, and MIKE JOHANNS, IN HIS ) <br> CAPACITY AS THE SECRETARY OF ) <br> AGRICULTURE, ) <br> ) <br> Defendants. ) | Civil Action No. 06-544 (JR) |

## NOTICE OF APPEAL

NOTICE is hereby given that defendants United States Department of Agriculture ("USDA") and Mike Johanns, the Secretary of Agriculture (collectively "defendants") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum and Order dated March 29, 2007 (dkt. nos. 22 & 23) granting plaintiff's motion for summary judgment and denying defendants' cross-motion for summary judgment as to Count II of plaintiff's complaint and finding that defendants' prohibition of the private use of rapid test kits to screen cattle for bovine spongiform encephalopathy is unlawful.

Dated: May 24, 2007                   Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      KEVIN V. RYAN
                                      United States Attorney

/s/ Edward H. White
JAMES J. GILLIGAN
EDWARD H. WHITE (D.C. Bar No. 468531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Defendants