IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE<br>SECRETARY OF AGRICULTURE,<br><br>Defendants. | Civil Action No. 06-544 (JR) |

## NOTICE OF APPEAL

NOTICE is hereby given that plaintiff Creekstone Farms Premium Beef, LLC ("Creekstone") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum and Order dated March 29, 2007 (dkt. nos. 22 & 23) denying Creekstone's motion for summary judgment and granting defendants' cross-motion for summary judgment as to Count I of Creekstone's complaint, and finding that the Virus-Serum-Toxin Act, 21 U.S.C. §§ 151-159, authorized the promulgation of regulations allowing the imposition of restrictions on the use of viruses, serums, toxins, and analogous products and restrictions on the manufacture, distribution in commerce, or use of diagnostic tests.

Dated: June 12, 2007

Respectfully submitted,

_/s/ Russell S. Frye_
Russell S. Frye (D.C. Bar No. 331124)
FryeLaw PLLC

1101 30th Street, N.W.
Suite 220
Washington, DC 20007-3769
Tel: (202) 572-8267
Fax: (866) 850-5198
Email: rfrye@fryelaw.com

**Attorney for Plaintiff**