IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>and MIKE JOHANNS, IN HIS CAPACITY AS THE )<br>SECRETARY OF AGRICULTURE, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-544 (JR) |

NOTICE OF CHANGE OF ADDRESS

Please take notice that the mailing address for the undersigned, counsel for plaintiff Creekstone Farms Premium Beef, LLC, has changed as follows:

> FryeLaw PLLC
> 1101 30th St., N.W.
> Suite 220
> Washington, DC 20007-3769

Thank you for your attention to this matter.

Dated: June 12, 2007

Respectfully submitted,

_____
Russell S. Frye (D.C. Bar No. 331124)
FryeLaw PLLC
1101 30th Street, N.W.
Suite 220
Washington, DC 20007-3769
Tel: (202) 572-8267
Fax: (866) 850-5198
Email: rfrye@fryelaw.com
Attorney for Plaintiff