**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CREEKSTONE FARMS PREMIUM BEEF, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-544 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, and MIKE JOHANNS, IN HIS ) | |
| CAPACITY AS THE SECRETARY OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court is hereby requested to enter the appearance of James J. Gilligan as

counsel of record in the above-captioned action for defendants United States Department of

Agriculture and Mike Johanns, Secretary of Agriculture.

Correspondence may be addressed to Mr. Gilligan as follows:

By regular mail:            James J. Gilligan
                            U.S. Department of Justice
                            P.O. Box 883
                            Washington, D.C. 20044


By overnight/
hand delivery:              James J. Gilligan
                            U. S. Department of Justice
                            20 Massachusetts Avenue, N.W.
                            Room 7208
                            Washington, D.C.  20001

Correspondence may also be addressed to Mr. Gilligan by electronic mail at

james.gilligan@usdoj.gov, and by facsimile at (202) 616-8470.  Mr. Gilligan's telephone

number is (202) 514-3358.


Dated:  June 13, 2007


Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney



 /s/ James J. Gilligan
JAMES J. GILLIGAN (D.C. Bar No. 422152)
Assistant Branch Director
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Tel: (202) 514-3358
Fax: (202) 616-8470
email:  james.gilligan@usdoj.gov

Attorneys for Defendants